UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK JACK, et al., | CASE NO. C17-0537JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ASBESTOS CORPORATION LTD., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received Defendants CBS Corporation ("CBS") and Foster Wheeler Energy Corporation's ("Foster Wheeler") motion for a protective order quashing Plaintiff Patrick Jack's notice of deposition. (Mot. (Dkt. # 107).) Given the time-sensitive nature of the motion and the court's calendar, the court orders the parties to comply with the following expedited briefing and hearing schedule for disposition of the motion. Mr.

Jack must respond to CBS and Foster Wheeler's motion no later than 5:00 p.m. on Monday, May 22, 2017.  Mr. Jack's response must otherwise comply with the Local Civil Rules for the Western District of Washington.  Any other party to this action may, but is not required to, respond to the motion subject to the same requirements.  The court will not permit CBS and Foster Wheeler to file a reply.

The court further orders CBS, Foster Wheeler, and Mr. Jack to appear in person for a hearing on the motion on Tuesday, May 23, 2017, at 3:00 p.m.  Any other party may also appear at the hearing in person or telephonically.  Any party—other than CBS, Foster Wheeler, and Mr. Jack—wishing to appear telephonically must contact the Honorable James L. Robart's Courtroom Deputy no later than Monday, May 22, 2017, at 4:00 p.m. to arrange its telephonic appearance.

Filed and entered this 18th day of May, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk