# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICK JACK, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>　　　　　　Defendants. | CASE NO. C17-0537JLR<br><br>ORDER |

Pursuant to the court's practice, counsel for Plaintiffs Patrick Jack and Leslie Jack (collectively, "Plaintiffs") contacted the court to request a conference regarding a deposition-related discovery dispute between Plaintiffs and Defendants CBS Corporation ("CBS"), General Electric Company ("GE"), and Foster Wheeler Energy Corporation ("Foster Wheeler"). (*See* 5/23/17 Min. Entry (providing for two days (12 hours total) to take Mr. Jack's deposition and ordering that the deposition begin on either June 29, 2017, or June 30, 2017).) The court ORDERS Plaintiffs, CBS, GE, and Foster Wheeler to file

statements of no more than three (3) pages explaining the nature of the discovery dispute, specifically describing the matters each party seeks to address, and providing brief argument in support of the parties' position. Plaintiffs must also discuss the relevance of Mr. Jack's medical condition to any change in the schedule for Mr. Jack's deposition, and Defendants must also discuss what specific additional discovery, if any, they contend is necessary before Mr. Jack's deposition. The parties must file their statements no later than Saturday, June 10, 2017, at 6:00 p.m. Plaintiffs must jointly file a single statement subject to the page limit and deadline set forth above, and CBS, GE, and Foster Wheeler must jointly file a single statement subject to the page limit and deadline set forth above.

The court further ORDERS Plaintiffs, CBS, GE, and Foster Wheeler to appear in person at a hearing on Monday, June 12, 2017, at 11:30 a.m. Any other defendant may appear in person or by telephone if it wishes. The undersigned judge's Courtroom Deputy will email all of the parties permitted to appear by telephone with instructions for appearing by telephone.

Dated this 9th day of June, 2017.

JAMES L. ROBART
United States District Judge