UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK JACK, et al.,

        Plaintiffs,

v.

ASBESTOS CORPORATION LTD, et al.,

        Defendants.

No. C17-0537JLR

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES

| | |
|---|---|
| **JURY TRIAL DATE** | **October 15, 2018 at 1:30 p.m.** |
| Length of Trial | 15 days |
| Deadline for joining additional parties | July 18, 2017 |
| Status Conference to be attended by all parties | March 21, 2018 at 10:30 a.m. |
| Deadline for amended pleadings | April 18, 2018 |
| Disclosure of expert testimony under FRCP 26(a)(2) | April 18, 2018 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | May 18, 2018 |
| Discovery completed by | June 18, 2018 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | July 17, 2018 |

ORDER SETTING TRIAL DATE
AND RELATED DATES – 1

| | |
|---|---|
| Settlement conference held no later than | August 16, 2018 |
| All motions in limine must be filed by<br>    All motions in limine shall be filed as one motion. | September 4, 2018 |
| Agreed pretrial order due | September 24, 2018 |
| Deposition Designations must be submitted to the court (not filed on CM/ECF) by (*see* LCR 32(e)) | September 26, 2018 |
| Pretrial conference to be held at 2:00 PM on | October 1, 2018 |
| Trial briefs, proposed voir dire, jury instructions by<br><br>    Motions in limine raised in trial briefs will not be considered. | October 9, 2018 |

The court is aware of the unique circumstances of this case, particularly the health of one of the plaintiffs and the large number of defendants. Accordingly, the court reviewed the parties' joint status report carefully and accommodated the parties' requests when possible.

All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the court, not by agreement of counsel or parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant

must request a conference with the court" by notifying Ashleigh Drecktrah at (206) 370-8520. *See* Fed. R. Civ. P. 16(b)(3)(B)(v).

Counsel are directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to the courtroom deputy by close of business the Thursday before trial. Each exhibit shall be clearly marked. Plaintiffs' exhibits shall be numbered consecutively beginning with 1; Defendants' exhibits shall be numbered consecutively beginning with A−1. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Ashleigh Drecktrah at (206) 370-8520 as soon as possible. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the court deems appropriate.

A copy of this Minute Order shall be mailed to all counsel of record.

DATED: June 22, 2017.

       s/ Ashleigh Drecktrah
Ashleigh Drecktrah, Deputy Clerk to
Hon. James L. Robart
(206) 370-8520