Honorable James L. Robart
Trial Date: October 15, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK JACK AND LESLIE JACK, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>ASBESTOS CORPORATION LTD. et al.;<br><br>Defendants. | No. 2:17-cv-00537-JLR<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO FOR LEAVE TO AMEND COMPLAINT<br><br>[~~PROPOSED~~] *JLR* |

This matter having come on regularly before this Court upon *Plaintiffs' Motion for Leave to Amend Complaint*. The Court has considered the papers filed in support thereof and opposition thereto, which were: (Dkt. #185)

1. Plaintiffs' Motion for Leave to Amend the Complaint;
2. Declaration of Benjamin H. Adams in Support of Plaintiffs' Motion for Leave to Amend the Complaint and the Exhibits thereto;
3. Defendants' Response (if any);
4. _____
5. _____
6. _____
7. _____

ORDER GRANTING PLAINTIFFS' MOTION TO
FOR LEAVE TO AMEND COMPLAINT– 1
2:17-cv-00537-JLR
365987

SCHROETER GOLDMARK & BENDER
500 Central Building, 810 Third Avenue Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion (Dkt. #185)
2  for Leave to Amend Complaint is GRANTED.
3  Dated this 4th day of August, 2017.

THE HONORABLE JAMES L. ROBART

Presented by:

SCHROETER, GOLDMARK & BENDER

By: *s/Thomas J. Breen*
KRISTIN HOUSER, WSBA #7286
THOMAS J. BREEN, WSBA # 34574
LUCAS GARRETT, WSBA #38452
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: houser@sgb-law.com;
       breen@sgb-law.com;
       garrett@sgb-law.com;
       SGBasbestos@sgb-law.com

and

DEAN OMAR BRANHAM, LLP
By: *s/ Benjamin H. Adams*
BENJAMIN H. ADAMS (*Pro hac vice*)
CA. BAR NO. 272909
4343 Finley Avenue, #5
Los Angeles, CA 90027
(214) 722-5990
badams@dobllp.com
*Counsel for Plaintiffs*

ORDER GRANTING PLAINTIFFS' MOTION TO
FOR LEAVE TO AMEND COMPLAINT– 2
2:17-cv-00537-JLR

365987

SCHROETER GOLDMARK & BENDER
500 Central Building, 810 Third Avenue Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randy J Aliment   randy.aliment@lewisbrisbois.com, colette.saunders@lewisbrisbois.com

Ronald C Gardner   rgardner@gandtlawfirm.com, khensley@gandtlawfirm.com

James Edward Horne   jhorne@gth-law.com, gschardt@gth-law.com, imoservice@gth-law.com, kcalkins@gth-law.com

Kristin M Houser   houser@sgb-law.com, bell@sgb-law.com, farley@sgb-law.com, jones@sgb-law.com, oneil@sgb-law.com, ylitalo@sgb-law.com

Diane J. Kero   dkero@gth-law.com, dnorris@goodwinlaw.com, gschardt@gth-law.com, service@gth-law.com

Barry Neal Mesher   barry.mesher@sedgwicklaw.com, alan.clements@sedgwicklaw.com, asbestos.seattle@sedgwicklaw.com

Michael Edward Ricketts   mricketts@gth-law.com, gschardt@gth-law.com, imoservice@gth-law.com, kcalkins@gth-law.com

William Joel Rutzick   rutzick@sgb-law.com, farley@sgb-law.com, jones@sgb-law.com, leiferman@sgb-law.com, scrawford@sgb-law.com, valanty@sgb-law.com, ylitalo@sgb-law.com

G William Shaw   bill.shaw@klgates.com, Ryan.Groshong@klgates.com, janet.h.lewis@klgates.com, kathryn.jacobson@klgates.com, phong.hong@klgates.com

Tim D. Wackerbarth   wackerbartht@lanepowell.com, docketing-sea@lanepowell.com, mitchells@lanepowell.com, wallg@lanepowell.com

Chris Robert Youtz   chris@sylaw.com, matt@sylaw.com, theresa@sylaw.com

Brian D Zeringer   brian.zeringer@sedgwicklaw.com, asbestos.seattle@sedgwicklaw.com

Richard G Gawlowski   gawlowski@wscd.com, ossenkop@wscd.com,

ORDER GRANTING PLAINTIFFS' MOTION TO FOR LEAVE TO AMEND COMPLAINT– 3
2:17-cv-00537-JLR
365987

SCHROETER GOLDMARK & BENDER
500 Central Building, 810 Third Avenue Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  reyes@wscd.com

2  Mark J Fucile    mark@frllp.com, service@frllp.com, signe@frllp.com

3  Christopher S Marks    chris.marks@sedgwicklaw.com,
4  Asbestos.Seattle@Sedgwicklaw.com, Service.Seattle@sedgwicklaw.com,
   maria.tiegen@sedgwicklaw.com, sharon.oconnell@sedgwicklaw.com,
5  tiffany.gaines@sedgwicklaw.com

6  Kevin J Craig    kcraig@gordonrees.com, lgallegos@gordonrees.com,
7  opidgorodetskaya@gordonrees.com, tbarrington@gordonrees.com

8  Mark B Tuvim    mtuvim@gordonrees.com, akendrick@gordonrees.com,
   lgallegos@gordonrees.com, opidgorodetskaya@gordonrees.com,
9  tbarrington@gordonrees.com

10  Dana C Kopij    dkopij@williamskastner.com, jsteward@williamskastner.com

11  Katherine M. Steele    Asbestos@bullivant.com, freida.mason@bullivant.com

12  Richard D Ross    rross@selmanlaw.com, ahightower@selmanlaw.com,
13  mmadderra@selmanlaw.com

14  Jeffrey M Odom    odomj@lanepowell.com, carchanoh@lanepowell.com,
    carrington-dahlk@lanepowell.com, docketing-sea@lanepowell.com
15

16  David E Chawes    dchawes@pregodonnell.com, hvanburen@pregodonnell.com

17  James D Hicks    jhicks@foleymansfield.com

18  John G Goller    jgoller@vonbriesen.com, jmitten@vonbriesen.com,
19  tdahms@vonbriesen.com

20  Jeanne F Loftis    jeanne.loftis@bullivant.com, Asbestos-pdx@bullivant.com,
    alicia.soine@bullivant.com, portlanddocketing@bullivant.com,
21  stephanie.wilken@bullivant.com

22  Thomas J. Breen    breen@sgb-law.com, bell@sgb-law.com, farley@sgb-law.com,
23  jones@sgb-law.com, liberio@sgb-law.com, ylitalo@sgb-law.com

24  Marc Marshall Carlton    marc.carlton@lewisbrisbois.com, Seattle-
    Asbestos@lewisbrisbois.com, stacey.miller@lewisbrisbois.com
25

26  Allen Eraut    aeraut@rizzopc.com, recordsmanagement@rizzopc.com

ORDER GRANTING PLAINTIFFS' MOTION TO
FOR LEAVE TO AMEND COMPLAINT– 4
2:17-cv-00537-JLR

365987

SCHROETER GOLDMARK & BENDER
500 Central Building, 810 Third Avenue Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

Erin P Fraser    erin.fraser@sedgwicklaw.com

Claude Bosworth    cbosworth@rizzopc.com, recordsmanagement@rizzopc.com

Kristine E Kruger    kkruger@perkinscoie.com, JListon@perkinscoie.com, docketpor@perkinscoie.com, kristinekruger@gmail.com

Brian Bernard Smith    bsmith@foleymansfield.com, asbestos-sea@foleymansfield.com, brianrunfar@yahoo.com

Nicole R. MacKenzie    nmackenzie@williamskastner.com, cberry@williamskastner.com, wkgasbestos@williamskastner.com

Alice Coles Serko    alice.serko@sedgwicklaw.com, alan.clements@sedgwicklaw.com

Lucas W.H. Garrett    garrett@sgb-law.com

Ryan W Vollans    rvollans@williamskastner.com, cberry@williamskastner.com

Michael Mackenzie Brown    mac.brown@bullivant.com, Freida.Mason@bullivant.com

Benjamin H. Adams    badams@dobllp.com, jwall@dobllp.com

Michael J Madderra    mmadderra@selmanlaw.com

DATED:    July 18, 2017, at Seattle, Washington.

*s/Robert Ylitalo*
Paralegal
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
ylitalo@sgb-law.com

ORDER GRANTING PLAINTIFFS' MOTION TO FOR LEAVE TO AMEND COMPLAINT– 5
2:17-cv-00537-JLR
365987

SCHROETER GOLDMARK & BENDER
500 Central Building, 810 Third AvenueSeattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305