The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK JACK AND LESLIE JACK, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | Civil Action No. 2:17-cv-00537-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO CROWN CORK AND SEAL COMPANY, INC. ONLY<br><br>**CLERK'S ACTION REQUIRED** |

**STIPULATION**

Plaintiffs and Defendant Crown Cork and Seal Company, Inc. hereby stipulate that all claims against Crown Cork and Seal Company, Inc. only may be dismissed with prejudice and without costs and/or attorney fees as to either party.

SCHROETER, GOLDMARK & BENDER
DEAN OMAR AND BRANHAM, LLP

Thomas J. Breen, WSBA #34574
Benjamin H. Adams, CA Bar #272909
(Admitted via *Pro Hac Vice*)
Charles W. Branham, III, TX Bar #24012323
(Admitted via *Pro Hac Vice*)
Attorneys for Plaintiffs

SEDGWICK LLP

Barry N. Mesher, WSBA #8845
Alice C. Serko, WSBA #45992
Attorneys for Defendant
Crown Cork and Seal Company, Inc.



SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiffs and Defendant Crown Cork and Seal Company, Inc. to dismiss all claims against Crown Cork and Seal Company, Inc. only with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendant Crown Cork and Seal Company, Inc. only are hereby dismissed with prejudice and without costs or attorney fees as to any party.

FURTHER, the Court finds that there is no just reason for delaying entry of final judgment in regard to Defendant Crown Cork & Seal Company, Inc. Based on the foregoing finding, the Court hereby directs that pursuant to CR 54(b) final judgment be entered dismissing all claims against the Defendant Crown Cork & Seal Company, Inc.

DONE this 10th day of November, 2017.

THE HONORABLE JAMES L. ROBART

PRESENTED BY:
SEDGWICK LLP

Barry N. Mesher, WSBA #7845
Alice C. Serko, WSBA #45992
Attorneys for Defendant Crown Cork and Seal Company, Inc.

APPROVED AS TO FORM AND CONTENT BY:
SCHROETER, GOLDMARK & BENDER; and,
DEAN OMAR BRANHAM, LLP.

~~Thomas J. Breen, WSBA #34574~~
Benjamin H. Adams, CA Bar #272909 (Admitted via *Pro Hac Vice*)
Charles W. Branham, III, TX Bar #24012323 (Admitted via *Pro Hac Vice*)
Attorneys for Plaintiffs



SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560