The Honorable James L. Robart
Trial Date: October 15, 2018

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICK JACK AND LESLIE JACK, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD.; et al.,<br><br>Defendants. | No. 2:17-cv-00537-JLR<br><br>~~(PROPOSED)~~ ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

This matter having come before the Court on the motion of Chris S. Marks, Erin P. Fraser and Sedgwick LLP seeking leave to withdraw as counsel for General Electric Company, CBS Corporation and Foster Wheeler Energy Corporation, and the Court having considered the records and files herein, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Chris S. Marks, Erin P. Fraser and Sedgwick LLP may withdraw as counsel of record for General Electric Company, CBS Corporation and Foster Wheeler Energy Corporation. *These Defendants will now be represented by Chris S. Marks and Erin P. Fraser of Tanenbaum Keale LLP.*

DATED this 21st day of December, 2017.

_____
THE HONORABLE JAMES L. ROBART

~~(PROPOSED)~~ ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
Case No.: 3:17-cv-00537-JLR

85677458v1

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

1  Presented by:
2
3  By: Christopher S. Marks
   By: Erin P. Fraser
4  Christopher S. Marks, WSBA #28634
   Erin P. Fraser, WSBA #43379
5  SEDGWICK LLP
   One Union Square
6  600 University Street, Suite 2915
   Seattle, WA  98101-4172
7  Phone:  206.462.7560
8  Fax:  877.541.3918
   E-mail:   christopher.marks@sedgwicklaw.com
9             erin.fraser@sedgwicklaw.com
              asbestos.seattle@sedgwicklaw.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

(PROPOSED) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
Case No.: 3:17-cv-00537-JLR

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA  98101-4172
206.462.7560

85677458v1

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Kristin Houser<br>Thomas J. Breen<br>William Rutzick<br>Lucas W.H. Garrett<br>Charles W. Branham III<br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104-1657<br>Phone: (206) 622-8000<br>FAX#: (206) 682-2305<br>Email: SGBasbestos@sgb-law.com<br>***Attorneys for Plaintiffs*** | Benjamin H. Adams<br>DEAN OMAR & BRANHAM, LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>Phone: (214) 722-5990<br>Fax: (214) 722-5991<br>Email: badams@dobllp.com<br>       DSmith-Hogan@dobllp.com<br>***Attorneys for Plaintiffs*** |
| Allen E. Eraut<br>RIZZO MATTINGLY BOSWORTH PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201-3530<br>Phone: (503) 229-1819<br>FAX #: (503) 229-0630<br>Email: asbestos@rizzopc.com<br>***Attorneys for Warren Pumps, LLC*** | Tim D. Wackerbarth<br>Jeffrey M. Odom<br>Andrew G. Yates<br>Viiu Spangler Khare<br>Ryan T. Moore<br>LANE POWELL PC<br>BERKES CRANE ROBINSON & SEAL<br>1420 Fifth Avenue Suite 4200<br>Seattle, WA 98111-9402<br>Phone: (206)223-7000<br>FAX #: (206)223-7107<br>Email: wackerbartht@lanepowell.com<br>       odomj@lanepowell.com<br>       docketing-sea@lanepowell.com<br>       yatesa@lanepowell.com<br>       asbestos@lanepowell.com<br>***Attorneys for Union Pacific Railroad Company*** |

[PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3
Case No.: 3:17-cv-00537-JLR

85677458v1

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

| | |
|---|---|
| Chris Marks<br>Erin Fraser<br>SEDGWICK LLP<br>600 University Street, Suite 2915<br>Seattle, WA 98101<br>Phone: (206) 462-7560<br>FAX #: (877) 541-3918<br>Email: asbestos.seattle@sedgwicklaw.com<br>*Attorneys for General Electric Company; CBS Corporation; Foster Wheeler Energy Corporation* | Barry N. Mesher<br>Alice C. Serko<br>SEDGWICK LLP<br>600 University Street, Suite 2915<br>Seattle, WA 98101<br>Phone: (206) 462-7560<br>FAX #: (877) 541-3918<br>Email: asbestos.seattle@sedgwicklaw.com<br>*Attorneys for Air & Liquid Systems Corporation; Crown Cork & Seal Company, Inc.* |
| Brian Smith<br>James D. Hicks<br>FOLEY & MANSFIELD, PLLP<br>999 Third Avenue, Suite 3760<br>Seattle, WA 98104<br>Phone: (206) 684-9462<br>FAX #: (206) 456-5361<br>Email: asbestos-sea@foleymansfield.com<br>*Attorneys for The Wm. Powell Company* | Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>Phone: (206) 623-4100<br>FAX #: (206) 623-9273<br>Email: MetLifeAsbestos@wscd.com<br>*Attorneys for Defendant Metropolitan Life Insurance Company* |
| Ronald C. Gardner Esq.<br>Amy J. Talarico<br>William D. Lancaster<br>GARDNER TRABOLSI & ASSOCIATES PLLC<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA 98121-1849<br>Phone: (206) 256-6309<br>FAX #: (206) 256-6318<br>Email: asbestos@gandtlawfirm.com<br>        amy.talarico@morganlewis.com<br>        william.lancaster@morganlewis.com<br>        william.schaub@morganlewis.com<br>*Attorneys for Goulds Pumps, Inc.; Viad Corporation* | Mark B. Tuvim<br>Kevin J. Craig<br>GORDON & REES LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle WA 98104<br>Phone: (206) 695-5100<br>FAX #: (206) 689-2822<br>E-Mail: SEAAsbestos@gordonrees.com<br>*Attorneys for Asbestos Corporation Ltd.; Ingersoll Rand Company; Velan Valve Corporation; Hennessy Industries, Inc* |

[PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 4
Case No.: 3:17-cv-00537-JLR

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

85677458v1

| | |
|---|---|
| Chris R. Youtz<br>SIRIANNI YOUTZ SPOONEMORE HAMBURGER<br>701 5th Avenue, Suite 2560<br>Seattle, WA 98104<br>Phone: (206) 223-0303<br>FAX #: (206) 223-0246<br>Email: cyoutz@sylaw.com<br>       matt@sylaw.com<br>       theresa@sylaw.com<br>*Attorneys for Uniroyal, Inc.* | James Horne<br>Michael Ricketts<br>GORDON, THOMAS, HONEYWELL LLP<br>600 University Street, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 676-7500<br>FAX #: (206) 676-7575<br>Email: IMOservice@gth-law.com<br>*Attorneys for IMO Industries, Inc.* |
| Dana Kopij<br>Nicole R. MacKenzie<br>WILLIAMS KASTNER & GIBBS<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>Phone: (206) 628-6600<br>FAX #: (206) 628-6611<br>Email: wkgasbestos@williamskastner.com<br>*Attorneys for Weir Valve & Controls USA, Inc.; The Nash Engineering Company; Autosales, Incorporated d/b/a Summit Racing Equipment* | G. William Shaw<br>K&L GATES<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>Phone: (206) 370-7955<br>FAX #: (206) 370-6169<br>Email: se.asbestos@klgates.com<br>*Attorneys for Crane Co.* |
| Mark Fucile<br>Daniel K. Reising<br>FUCILE & REISING LLP<br>800 NW 6th Ave., Suite 211<br>Portland OR 97209<br>Phone: (503)224-4895<br>FAX #: (503)224-4332<br>Email: mark@frllp.com<br>       dan@frllp.com<br>       service@frllp.com<br>*Attorneys for Ford Motor Company* | Jeanne F. Loftis<br>BULLIVANT HOUSER BAILEY PC<br>888 SW Fifth Avenue, Ste 300<br>Portland, OR 97024<br>Phone: (503)499-4430<br>FAX #: (206) 386-5130<br>Email: jeanne.loftis@bullivant.com<br>       asbestos-pdx@bullivant.com<br>*Attorneys for Genuine Parts Company; Aurora Pump Company* |

(PROPOSED) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 5
Case No.: 3:17–cv–00537–JLR

85677458v1

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

| | |
|---|---|
| Brian Smith<br>James D. Hicks<br>FOLEY & MANSFIELD PLLP<br>800 Fifth Avenue, Suite 3850<br>Seattle, WA 98104<br>Phone: (206)456-5360<br>FAX #: (206)456-5361<br>Email: asbestos-sea@foleymansfield.com<br>*Attorneys for WM Powell Company* | Richard D. Ross<br>Michael J. Madderra<br>SELMAN BREITMAN LLP<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: 206.447.6461<br>FAX #: 206.588.4185<br>Email: rross@selmanlaw.com<br>        mmadderra@selmanlaw.com<br>        asbestoswa@selmanlaw.com<br>*Attorneys for Borg-Warner Morse Tec, LLC; John Crane, Inc.* |
| David E. Chawes<br>PREG O'DONNELL & GILLETT PLLC<br>901 Fifth Avenue Suite 3400<br>Seattle, WA 98164<br>Phone: (206) 287-1775<br>FAX #: (206) 287-9113<br>Email: dchawes@pregodonnell.com<br>        hvanburen@pregodonnell.com<br>        asbestos@pregodonnell.com<br>*Attorneys for Armstrong International, Inc.* | Rachel Tallon Reynolds<br>BULLIVANT HOUSER BAILEY PC<br>1700 Seventh Avenue, Suite 1810<br>Seattle, WA 98101<br>Phone: (206) 292-8930<br>FAX #: (206) 386-5130<br>Email: Asbestos@bullivant.com<br>*Attorneys for Kelsey-Hayes Company; M.W. Custom Papers, LLC* |
| Diane J. Kero<br>GORDON, THOMAS, HONEYWELL LLP<br>600 University Street, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 676-7500<br>FAX #: (206) 676-7575<br>Email: Service@gth-law.com<br>*Attorneys for Pneumo Abex, LLC* | Barry N. Mesher<br>Alice C. Serko<br>SEDGWICK LLP<br>One Union Square<br>600 University Street, Suite 2915<br>Seattle, WA 98101-4172<br>Phone: (206) 462-7560<br>FAX #: (877) 541-3918<br>Email: barry.mesher@sedgwicklaw.com<br>        alice.serko@sedgwicklaw.com<br>        asbestos.seattle@sedgwicklaw.com |
| | John G. Goller<br>von BRIESEN & ROPER, S.C.<br>411 E. Wisconsin Avenue, Suite 1000<br>Milwaukee, WI 53202<br>Phone: (414) 287-1242<br>FAX #: (414) 238-6554<br>Email: jgoller@vonbriesen.com<br>*Attorneys for Crosby Valve, LLC* |

[~~PROPOSED~~] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 6
Case No.: 3:17-cv-00537-JLR

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

85677458v1

| | |
|---|---|
| Randy J. Aliment<br>Marc M. Carlton<br>LEWIS BRISBOIS BISGAARD<br>1111 Third Avenue, Suite 2700<br>Seattle, Washington 98101<br>Phone: (206) 436-2020<br>FAX #: (206) 436-2030<br>Email: randy.aliment@lewisbrisbois.com<br>       marc.carlton@lewisbrisbois.com<br>       Seattle-Asbestos@lewisbrisbois.com<br>*Attorneys for Flowserve US, Inc.* | Claude F. Bosworth<br>RIZZO MATTINGLY BOSWORTH PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR 97201-3530<br>Phone: (503) 229-1819<br>FAX #: (503) 229-0630<br>Email: asbestos@rizzopc.com<br>*Attorneys for Gardner Denver, Inc.* |
| Mary Z. Gaston<br>Kristine E. Kruger<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Tel: (206) 359-8000<br>Email: HW_Asbestos_SEA@perkinscoie.com<br>       docketpor@perkinscoie.com;<br>       kkruger@perkinscoie.com<br>*Attorneys for Honeywell International, Inc.* | Nicole R. MacKenzie<br>Ryan W. Vollans<br>WILLIAMS KASTNER & GIBBS<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>Phone: (206) 628-6600<br>FAX #: (206) 628-6611<br>Email: wkgasbestos@williamskastner.com<br>       nmackenzie@williamskastner.com<br>       rvollans@williamskastner.com<br>*Attorneys for Carrier Corporation; Parker-Hannifin Corporation; Standard Motors Products, Inc.* |
| Diana J. Kero<br>GORDON THOMAS HONEYWELL LLP<br>600 University, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 676-7500<br>FAX #: (206) 676-7575<br>Email: Service@gth-law.com<br>       dkero@gth-law.com<br>*Attorneys for Dana Companies, LLC.* | |

Signed at Seattle, Washington this 21st day of December, 2017.

s/Maria Tiegen
Maria Tiegen
SEDGWICK LLP
600 University Street, Suite 2915
Seattle, WA 98101
Telephone: (206) 462-7560

(PROPOSED) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 7
Case No.: 3:17-cv-00537-JLR

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

85677458v1

| | |
|---|---|
| 1 | Email:  maria.tiegen@sedgwicklaw.com |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

[PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 8
Case No.: 3:17-cv-00537-JLR

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

85677458v1