The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PATRICK JACK AND LESLIE JACK, Husband and Wife,

Plaintiffs,

v.

ASBESTOS CORPORATION LTD., et al.,

Defendants.

Civil Action No. 2:17-cv-00537-JLR

[PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

This matter having come before the Court on the motion of Barry Mesher, Alice Serko and Sedgwick LLP (Mot. (Dkt. #245)) seeking leave to withdraw as counsel for Crosby Valve, LLC, with John G. Goller of von BRIESEN & ROPER, S.C. and Ronald C. Gardner of Gardner Trabolsi & Associates, PLLC remaining as counsel for Crosby Valve, LLC (see Documents 123 and 244 respectively) and the Court having considered the records and files herein, it is hereby:

ORDERED, ADJUDGED, AND DECREED that Barry Mesher, Alice Serko and Sedgwick LLP may withdraw as counsel of record for Crosby Valve, LLC and John G. Goller of von BRIESEN & ROPER, S.C. (see Document 123) and Ronald C. Gardner of Gardner Trabolsi & Associates, PLLC (see Document 244) remaining as counsel for Crosby Valve, LLC..

DATED this 22nd day of December, 2017.

_____
THE HONORABLE JAMES L. ROBART

[PROPOSED] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL- 1
No. 2:17-cv-00537-JLR

85629482v1

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA 98101-4172
206.462.7560

Presented by:

Withdrawing Attorneys for Defendant Crosby Valve, LLC

SEDGWICK LLP

s/Barry N. Mesher
s/Alice C. Serko
Barry N. Mesher, WSBA #07845
Alice C. Serko, WSBA #45992

One Union Square
600 University Street, Suite 2915
Seattle, WA  98101-4172
Phone:  206.462.7560
Fax:  877.541.3918
Email:    barry.mesher@sedgwicklaw.com
          alice.serko@sedgwicklaw.com
          asbestos.seattle@sedgwicklaw.com

(PROPOSED) ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL- 2
No. 2:17-cv-00537-JLR

85629482v1

SEDGWICK LLP
One Union Square
600 University Street, Suite 2915
Seattle, WA  98101-4172
206.462.7560