The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK JACK AND LESLIE JACK, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | NO. 2:17-cv-00537 JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT AUTOSALES, INCORPORATED d/b/a SUMMIT RACING EQUIPMENT |

## STIPULATION

Plaintiffs Patrick Jack and Leslie Jack and defendant Autosales Incorporated d/b/a Summit Racing Equipment by and through their respective counsel of record, hereby stipulate and agree that all claims against defendant Autosales Incorporated d/b/a Summit Racing Equipment only may be dismissed in their entirety without prejudice and without costs.

\\
\\
\\
\\
\\

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT AUTOSALES, INCORPORATED d/b/a SUMMIT RACING EQUIPMENT- 1
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6348313.1

| | | |
|---|---|---|
| 1 | DATED this 21st day of February, 2018. | DATED this 20th day of February, 2018. |
| 2 | */s/ Nicole R. MacKenzie* | */s/* |
| 3 | Nicole R. MacKenzie, WSBA #45741 | Benjamin H. Adams *(Pro Hac Vice)* |
| | Dana C. Kopij, WSBA #31648 | Charles W. Branham, III *(Pro Hac Vice)* |
| 4 | WILLIAMS, KASTNER & GIBBS PLLC | DEAN OMAR BRANHAM LLP |
| | 601 Union Street, Suite 4100 | 302 N. Market Street, Suite 300 |
| 5 | Seattle, WA 98101-2380 | Dallas, Texas 75202 |
| | Telephone: (206) 628-6600 | Telephone: (214) 722-5990 |
| 6 | Email: nmackenzie@williamskastner.com | Email: badams@dobllp.com |
| | dkopij@williamskastner.com | cbranham@dobllp.com |
| 7 | | |
| 8 | Attorneys for Autosales, Incorporated d/b/a Summit Racing Equipment | Thomas J. Breen, WSBA #34574 |
| | | Lucas Garrett, WSBA #38452 |
| 9 | | William Rutzick, WSBA #11533 |
| | | Kristin Houser, WSBA #7286 |
| 10 | | SCHROETER GOLDMARK & BENDER |
| | | 810 Third Avenue, Suite 500 |
| 11 | | Seattle, WA 98104 |
| | | Telephone: (206) 622-8000 |
| 12 | | Email: breen@sgb-law.com |
| | | garrett@sgb-law.com |
| 13 | | rutzick@sgb-law.com |
| | | houser@sgb-law.com |
| 14 | | |
| 15 | | Attorneys for Plaintiffs |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT AUTOSALES, INCORPORATED d/b/a SUMMIT RACING EQUIPMENT- 2
2:17-cv-00537 JLR

6348313.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

## ORDER OF DISMISSAL

The Court having considered the Stipulation by the plaintiffs and defendant Autosales, Incorporated d/b/a Summit Racing Equipment and being fully advised in the premises, now, therefore, hereby ORDERS that all claims against defendant Autosales, Incorporated d/b/a Summit Racing Equipment only are hereby dismissed without prejudice and without costs to any party.

FURTHER, the Court finds that there is no just reason for delaying entry of final judgment in regard to Autosales, Incorporated d/b/a Summit Racing Equipment. Based on the foregoing finding, the Court hereby directs that pursuant to CR 54(b) final judgment be entered dismissing all claims against the Defendant Autosales, Incorporated d/b/a Summit Racing Equipment.

DATED this 21ST day of February, 2018.

_____
THE HONORABLE JAMES L. ROBART

PRESENTED BY:

s/Nicole R. MacKenzie
Nicole R. MacKenzie, WSBA #45741
Dana C. Kopij, WSBA #31648
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Email: nmackenzie@williamskastner.com
       dkopij@williamskastner.com
*Attorneys for* **Autosales Incorporated d/b/a Summit Racing Equipment**

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT AUTOSALES, INCORPORATED d/b/a SUMMIT RACING EQUIPMENT- 3
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6348313.1

APPROVED as to form and content:

*s/Benjamin H. Adams*
Benjamin H. Adams *(Pro Hac Vice)*
Charles W. Branham, III *(Pro Hac Vice)*
DEAN OMAR BRANHAM LLP
302 N. Market Street, Suite 300
Dallas, Texas 75202
Telephone: (214) 722-5990
Email: badams@dobllp.com
cbranham@dobllp.com

Thomas J. Breen, WSBA #34574
Lucas Garrett, WSBA #38452
William Rutzick, WSBA #11533
Kristin Houser, WSBA #7286
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 622-8000
Email: breen@sgb-law.com
garrett@sgb-law.com
rutzick@sgb-law.com
houser@sgb-law.com

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO DEFENDANT AUTOSALES, INCORPORATED d/b/a SUMMIT RACING EQUIPMENT- 4
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6348313.1