Hon. James L. Robart
Trial Date:  October 15, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

**PATRICK JACK** and **LESLIE JACK**,
husband and wife,

Plaintiff,

v.

**ASBESTOS CORPORATION, LTD**. et al.;

Defendants.

No. 2:17 cv-00537-JLR

STIPULATION AND ~~[PROPOSED]~~
ORDER FOR FILING OF SECOND
AMENDED COMPLAINT

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective attorneys of record that Plaintiffs Leslie Jack and David Jack may file without

leave of court a Second Amended Complaint, a true and correct copy of which is attached

hereto as **Exhibit A**.

IT IS FURTHER STIPULATED that the defendants waive notice and service of

the Second Amended Complaint and shall not be required to answer the amendment, and that

all denials, responses and affirmative defenses contained in the answer filed by defendant to

the original complaint shall be responsive to the amended complaint.

STIPULATION AND ~~[PROPOSED]~~ ORDER
FOR FILING OF SECOND AMENDED
COMPLAINT– 1

644430

SCHROETER GOLDMARK & BENDER
500 Central Building, 810 Third AvenueSeattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

1   DATED: February 21, 2018

2

SCHROETER, GOLDMARK & BENDER

3

/s/ Thomas J. Breen
Thomas J. Breen, WSBA #34574

4

810 Third Avenue, Suite 500
Seattle, WA 98104

5

Phone: (206) 622-8000

6

*Attorneys for Plaintiffs Leslie Jack and David Jack*

7

8   DATED: February 18, 2018

DEAN OMAR BRANHAM, LLP

9

/s/ Benjamin H. Adams
Benjamin H. Adams

10

302 N. Market St., Ste. 300
Dallas, TX 75202

11

214/722-5990

12

*Attorneys for Plaintiffs Leslie Jack and David Jack*

13

14   DATED: February 19, 2018

GORDON, THOMAS, HONEYWELL LLP

15

/s/ James Horne

16

James Horne
Michael Ricketts

17

600 University, Ste 2100
Seattle, WA 98101

18

206-676-7575

19

*Attorneys for IMO Industries, Inc.*

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
FOR FILING OF SECOND AMENDED
COMPLAINT– 2

644430

1   DATED: February 19, 2018         WILLIAM KASTNER & GIBBS

2

3                                   */s/ Dana C. Kopij*

*/s/ Nicole MacKensie*

Dana C. Kopij

4                                     Nicole R. Mackenzie

Ryan W. Vollans

5                                     601 Union Street, Ste 4100

Seattle, WA 98101

6                                     206-628-6614

7                                     *Attorneys for Standard Motor Products, Inc.; Carrier Corporation; Parker-Hannifin; Valve & Controls USA, Inc.; The Nash Engineering Company; Autosales, Incorporates d/b/a Summit Racing Equipment*

8

9

10

11    DATED: February 19, 2018         SIRIANNI YOUTZ SPOONEMORE HAMBURGER

12

13                                     */s/ Chris R. Youtz*

Chris R. Youtz

14                                   701 5th Ave, Ste 2560

Seattle, WA 98104

15                                     206-223-0303

16                                     *Attorneys for Uniroyal Holdings, Inc.*

17

18    DATED: February 21, 2018         FOLEY & MANSFIELD, PLLP

19                                     *See attached signature page*

Brian Smith

20                                     James D. Hicks

999 Third Ave, Ste 3760

21                                     Seattle, WA 98104

22                                     206-456-5056

*Attorneys for The William Powell Company*

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
FOR FILING OF SECOND AMENDED
COMPLAINT– 3

644430

SCHROETER GOLDMARK & BENDER
500 Central Building, 810 Third AvenueSeattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

DATED: February _19_, 2018                    FOLEY & MANSFIELD, PLLP


Brian Smith
James D. Hicks
*Attorneys for The William Powell Company*


DATED: February ___, 2018                    BULLIVANT HOUSER BAILEY PC


Jeanne F. Loftis
Melissa Kenney
*Attorneys for Genuine Parts Company;*
*Aurora Pump Company*


DATED: February ___, 2018                    SELMAN BREITMAN LLP


Richard D. Ross
Michael J. Maddera
*Attorneys for Borg-Warner Morse Tec, LLC;*
*John Crane, Inc.*


DATED: February ___, 2018                    FUCILE & REISLING LLP


Mark J. Fucile
*Attorneys for Ford Motor Company*


STIPULATION AND [PROPOSED] ORDER FOR FILING OF SECOND AMENDED COMPLAINT   PAGE - 3

1   DATED: February 19, 2018              BULLIVANT HOUSER BAILEY PC

2

3                                         */s/ Elizabeth Bain*_____
                                          Jeanne F. Loftis
4                                         Elizabeth Bain
                                          1700 Seventh Ave, Ste 1800
5                                         Seattle, WA 98101
                                          206-292-8930
6                                         *Attorneys for Genuine Parts Company;*
                                          *Aurora Pump Company*
7

8
    DATED: February 19, 2018              SELMAN BREITMAN LLP
9

10                                        */s/ Richard . Ross*_____
                                          Richard D. Ross
11                                        Michael J. Madderra
                                          800 Fifth Ave, Ste 4100
12                                        Seattle, WA 98104
                                          206-447-6461
13                                        *Attorneys for Borg-Warner Morse Tec,*
                                          *LLC; John Crane, Inc.*
14

15  DATED: February 16, 2018              FUCILE & REISLING LLP

16                                        */s/ Mark J. Fucile*_____
                                          Mark J. Fucile
17                                        800 NW Sixth Ave, Ste 211
                                          Portland, OR 97209
18                                        503-224-4332
                                          *Attorneys for Ford Motor Company*
19

20  DATED: February 19, 2018              TANENBAUM KEALE, LLP

21                                        */s/ Erin P. Fraser*_____
                                          Christopher S. Marks
22                                        Erin P. Fraser
                                          601 Union St., Ste. 4253
23                                        Seattle, WA 98101
                                          206/227-5477
24                                        *Attorneys for General Electric*
                                          *Company; CBS Corporation; Foster*
25                                        *Wheeler Energy Corporation*

26
    STIPULATION AND [PROPOSED] ORDER
    FOR FILING OF SECOND AMENDED           SCHROETER GOLDMARK & BENDER
    COMPLAINT– 4                           500 Central Building, 810 Third AvenueSeattle, WA  98104
                                           Phone (206) 622-8000 ● Fax (206) 682-2305

    644430

1  DATED: February 21, 2018          PREG O'DONNELL & GILLETT
   PLLC
2
                                     */s/ David E. Chawes*
3                                    David E. Chawes
                                     901 Fifth Ave, Ste 3400
4                                    Seattle, WA 98164
                                     206-287-1775
5                                    *Attorneys for Armstrong International,*
                                     *Inc.*
6

7  DATED: February 19, 2018          GORDON & REES LLP

8                                    */s/ Mark B. Tuvin*
9                                    Mark B. Tuvin
                                     Kevin J. Craig
10                                   701 5th Ave, Ste 2100
                                     Seattle, WA 98104
11                                   206-695-5100
12                                   *Attorneys for Asbestos Corporation Ltd.;*
                                     *Ingersoll Rand Company; Velan Valve*
13                                   *Corporation.*

14

15 DATED: February 19, 2018          GORDON,  THOMAS,  HONEYWELL
   LLP
16
                                     */s/ Diane J. Kero*
17                                   Diane J. Kero
                                     600 University, Ste 2100
18                                   Seattle, WA 98101
                                     206-676-7575
19                                   *Attorney for Pneumo Abex, LLC; Dana*
                                     *Companies, LLC*
20

21

22 DATED: February 21, 2018          RIZZO MATTINGLY BOSWORTH PC

23                                   */s/ Claude F. Bosworth*
                                     Claude F. Bosworth
24                                   1300 SW Sixth Ave, Ste 330
                                     Portland, OR 97201
25                                   503-229-1819
                                     *Attorney for Gardner Denver, Inc.*
26

STIPULATION AND [PROPOSED] ORDER
FOR FILING OF SECOND AMENDED          SCHROETER GOLDMARK & BENDER
COMPLAINT– 5                          500 Central Building, 810 Third AvenueSeattle, WA  98104
                                      Phone (206) 622-8000 • Fax (206) 682-2305

644430

1    DATED: February 20, 2018               LEWIS BRISBOIS BISGAARD &
                                            SMITH LLP
2

3                                           /s/ Marc M. Carlton
                                            Randy J. Aliment
4                                           Marc M. Carlton
                                            1111 Third Avenue, Ste 2700
5                                           Seattle, WA 98101
                                            206-436-2020
6                                           *Attorneys for Flowserve US, Inc., solely
                                            as Successor-in-interest to Edward*
7                                           *Valves, Inc.*

8    DATED: February 19, 2018               K&L GATES LLP
9

10                                          /s/ G. William Shaw
                                            G. William Shaw
11                                          Ryan J. Groshong
                                            925 4th Avenue, Suite 2900
12                                          Seattle, WA 98104
                                            206-623-7580
13                                          *Attorneys for Crane Co.*

14   DATED: February 19, 2018               BULLIVANT HOUSER BAILEY PC
15

16                                          /s/ Michael Mackenzie Brown
                                            Katherine M. Steele
17                                          Michael Mackenzie Brown
                                            1700 Seventh Ave, Ste 1800
18                                          Seattle, WA 98101
                                            206-292-8930
19                                          *Attorneys for M.W. Custom Papers,
                                            LLC; Kelsey-Hayes Company*
20

21   DATED: February 19, 2018               GARDNER TRABOLSI &
                                            ASSOCIATES, PLLC
22

23                                          /s/ Ronald C. Gardner
                                            Ronald C. Gardner
24                                          2200 6th Ave, Ste 600
                                            Seattle, WA 98121
25                                          206-256-6309
                                            *Attorneys for Goulds Pumps, LLC;
26                                          Viad Corporation; Crosby Valves, LLC.*

STIPULATION AND [PROPOSED] ORDER
FOR FILING OF SECOND AMENDED                SCHROETER GOLDMARK & BENDER
COMPLAINT– 6                                500 Central Building, 810 Third AvenueSeattle, WA  98104
                                            Phone (206) 622-8000 • Fax (206) 682-2305

644430

1  DATED: February 20, 2018                    PERKINS COIE LLP

2

3                                              /s/ Kristine E. Kruger
                                               Mary Z. Gaston
4                                              Kristine E. Kruger
                                               1201 Third Avenue, Ste 4900
5                                              Seattle, WA 98101
                                               Attorneys for Honeywell International,
6                                              Inc.

7  DATED: February 20, 2018                    RIZZO MATTINGLY BOSWORTH PC

8
                                               /s/ Allen E. Fraut
9                                              Allen E. Eraut
                                               Shaun M. Morgan
10                                             1300 SW Sixth Ave, Ste 330
                                               Portland, OR 97201
11                                             503-229-1819
12                                             Attorneys for Warren Pumps, LLC

13 DATED: February 19, 2018                    LANE   POWELL/BERKES   CRANE
                                               ROBINSON  & SEAL
14

15
                                               /s/ Viiu Spangler Khare
16                                             Tim D. Wackerbarth
                                               Jeffrey M. Odom
17                                             Ryan T. Moore
                                               Viiu Spangler Khare
18                                             1420 Fifth Ave, Ste 4200
                                               Seattle, WA 98111
19                                             206-223-7000
20                                             Attorneys for Union Pacific Railroad
                                               Company
21

22                              **ORDER**

23        The Court, having reviewed the Stipulation of the Parties and finding good cause,

24 hereby issues an Order that:

25        1.      Plaintiffs may file without leave of court a Second Amended Complaint; and

26

STIPULATION AND [PROPOSED] ORDER
FOR FILING OF SECOND AMENDED                   SCHROETER GOLDMARK & BENDER
COMPLAINT– 7                                    500 Central Building, 810 Third AvenueSeattle, WA  98104
                                               Phone (206) 622-8000 • Fax (206) 682-2305

644430

2.      Defendants waive notice and service of the Second Amended Complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answers filed by defendants to the original complaint shall be responsive to the Second Amended Complaint.

IT IS SO ORDERED.

DATED:  22 February 2018

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:
SCHROETER, GOLDMARK & BENDER

By: s/ Thomas J. Breen
By: s/ Lucas Garrett
By: s/ Kristin Houser
THOMAS J. BREEN, WSBA #34574
LUCAS GARRETT, WSBA #38452
KRISTIN HOUSER, WSBA #7286
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000/ Fax:  (206) 682-2305
Email:  houser@sgb-law.com;
        breen@sgb-law.com

and

DEAN OMAR BRANHAM, LLP

By: s/ Benjamin H. Adams
BENJAMIN H. ADAMS (Pro hac vice)
CA. BAR NO. 272909
4343 Finley Avenue, #5
Los Angeles, CA 90027
(214) 722-5990
badams@dobllp.com

Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER
FOR FILING OF SECOND AMENDED
COMPLAINT– 8

SCHROETER GOLDMARK & BENDER
500 Central Building, 810 Third AvenueSeattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

644430

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Allen Eraut    aeraut@rizzopc.com, recordsmanagement@rizzopc.com

Andrew Gordon Yates    yatesa@lanepowell.com, beneskik@lanepowell.com, docketing-sea@lanepowell.com, mitchells@lanepowell.com

Barry Neal Mesher    bnm@bnmesherlaw.com

Benjamin H. Adams    badams@dobllp.com, case@dobllp.com, cweeks@dobllp.com, dsmith-hogan@dobllp.com

Brendan Hanrahan    brendan.hanrahan@bullivant.com, genevieve.schmidt@bullivant.com, leslie.narayan@bullivant.com

Brian Bernard Smith    bsmith@foleymansfield.com, asbestos-sea@foleymansfield.com, brianrunfar@yahoo.com

Brian D Zeringer    brian.zeringer@sedgwicklaw.com, asbestos.seattle@sedgwicklaw.com

Charles W Branham , III    tbranham@dobllp.com

Chris Robert Youtz    chris@sylaw.com, matt@sylaw.com, theresa@sylaw.com

Christopher S Marks    cmarks@tktrial.com, asbestos.service@tktrial.com, mtiegen@tktrial.com

Claude Bosworth    cbosworth@rizzopc.com, recordsmanagement@rizzopc.com

Dana C Kopij    dkopij@williamskastner.com, jsteward@williamskastner.com

STIPULATION AND [PROPOSED] ORDER
FOR FILING OF SECOND AMENDED
COMPLAINT– 9

SCHROETER GOLDMARK & BENDER
500 Central Building, 810 Third AvenueSeattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

644430

1    David E Chawes    dchawes@pregodonnell.com, hvanburen@pregodonnell.com

2    Diane J. Kero    dkero@gth-law.com, gschardt@gth-law.com, service@gth-law.com

3    Erin P Fraser    efraser@tktrial.com, mtiegen@tktrial.com

4    G William Shaw    bill.shaw@klgates.com, Janet.Lewis2@klgates.com,

5
6    peggy.mitchell@klgates.com, phong.hong@klgates.com, Ryan.Groshong@klgates.com

7    James D Hicks    jhicks@foleymansfield.com

8    James Edward Horne    jhorne@gth-law.com, gschardt@gth-law.com,

9    imoservice@gth-law.com, kcalkins@gth-law.com

10    Jeanne F Loftis    jeanne.loftis@bullivant.com, alicia.soine@bullivant.com,

11   Asbestos-pdx@bullivant.com, portlanddocketing@bullivant.com,

12   stephanie.wilken@bullivant.com

13
14    Jeffrey M Odom    odomj@lanepowell.com, carchanoh@lanepowell.com,

15   carrington-dahlk@lanepowell.com, docketing-sea@lanepowell.com

16    John G Goller    jgoller@vonbriesen.com, jmitten@vonbriesen.com,

17   tdahms@vonbriesen.com

18    Katherine M. Steele    Asbestos@bullivant.com, freida.mason@bullivant.com

19    Kevin J Craig    kcraig@gordonrees.com, lgallegos@gordonrees.com,

20   opidgorodetskaya@gordonrees.com

21
22    Kristin M Houser    houser@sgb-law.com, bell@sgb-law.com, farley@sgb-law.com,

23   jones@sgb-law.com, oneil@sgb-law.com, ylitalo@sgb-law.com

24    Kristine E Kruger    kkruger@perkinscoie.com, docketpor@perkinscoie.com,

25   DWilliams@perkinscoie.com, kristinekruger@gmail.com, MLewis@perkinscoie.com

26
STIPULATION AND [PROPOSED] ORDER
FOR FILING OF SECOND AMENDED
COMPLAINT– 10

SCHROETER GOLDMARK & BENDER
500 Central Building, 810 Third AvenueSeattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

644430

1  Lucas W.H. Garrett      garrett@sgb-law.com

2  Marc Marshall Carlton      marc.carlton@lewisbrisbois.com, Seattle-

3  Asbestos@lewisbrisbois.com, stacey.miller@lewisbrisbois.com

4  Mark B Tuvim      mtuvim@gordonrees.com, akendrick@gordonrees.com,

5
   lgallegos@gordonrees.com, opidgorodetskaya@gordonrees.com
6

7  Mark J Fucile      mark@frllp.com, service@frllp.com, signe@frllp.com

8  Mary P Gaston      mgaston@perkinscoie.com, docketsea@perkinscoie.com,

9  HW_Asbestos_SEA@perkinscoie.com, jstarr@perkinscoie.com

10  Michael Edward Ricketts      mricketts@gth-law.com, gschardt@gth-law.com,

11  imoservice@gth-law.com, kcalkins@gth-law.com

12
    Michael J Madderra      mmadderra@selmanlaw.com
13
    Michael Mackenzie Brown      mac.brown@bullivant.com,
14
15  Freida.Mason@bullivant.com

16  Nicole R. MacKenzie      nmackenzie@williamskastner.com,

17  cberry@williamskastner.com, wkgasbestos@williamskastner.com

18  Rachel Tallon Reynolds      asbestos@bullivant.com, elizabeth.pina@bullivant.com,

19  racheltallon@gmail.com, tonyha.davies@bullivant.com

20
    Randy J Aliment      randy.aliment@lewisbrisbois.com,
21
    colette.saunders@lewisbrisbois.com
22

23  Richard D Ross      rross@selmanlaw.com, mmadderra@selmanlaw.com

24  Richard G Gawlowski      gawlowski@wscd.com, ossenkop@wscd.com,

25  reyes@wscd.com

26
    STIPULATION AND [PROPOSED] ORDER
    FOR FILING OF SECOND AMENDED
    COMPLAINT– 11

    644430

1    Ronald C Gardner    rgardner@gandtlawfirm.com, khensley@gandtlawfirm.com

2    Ryan T Moore    rmoore@bcrslaw.com

3    Ryan W Vollans    rvollans@williamskastner.com, cberry@williamskastner.com

4    Thomas J. Breen    breen@sgb-law.com, bell@sgb-law.com, farley@sgb-law.com,

5
jones@sgb-law.com, liberio@sgb-law.com, ylitalo@sgb-law.com
6

7    Tim D. Wackerbarth    wackerbartht@lanepowell.com, docketing-

8    sea@lanepowell.com, mitchells@lanepowell.com, wallg@lanepowell.com

9    Viiu Spangler Khare    vspanglerkhare@bcrslaw.com

10    William Joel Rutzick    rutzick@sgb-law.com, jones@sgb-law.com, liberio@sgb-

11
law.com, ross@sgb-law.com, scrawford@sgb-law.com, ylitalo@sgb-law.com
12

13    DATED:    February 22, 2018, at Seattle, Washington.

14                                          s/ Shannon Liberio
                                            Shannon Liberio, Legal Assistant
15                                          SCHROETER GOLDMARK & BENDER
                                            810 Third Avenue, Suite 500
16                                          Seattle, WA  98104
                                            Phone:  (206) 622-8000
17                                          Fax:  (206) 682-2305
                                            liberio@sgb-law.com
18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
FOR FILING OF SECOND AMENDED
COMPLAINT– 12

SCHROETER GOLDMARK & BENDER
500 Central Building, 810 Third AvenueSeattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

644430