The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK JACK AND LESLIE JACK, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | NO. 2:17-cv-00537 JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO DEFENDANTS STANDARD MOTOR PRODUCTS, INC. AND PARKER-HANNIFIN CORPORATION |

## STIPULATION

Plaintiffs Patrick Jack and Leslie Jack and defendants Standard Motor Products, Inc. and Parker-Hannifin Corporation, by and through their respective counsel of record, hereby stipulate and agree that all claims against defendants Standard Motor Products, Inc. and Parker-Hannifin Corporation only may be dismissed in their entirety without prejudice and without costs.

\\
\\
\\
\\

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO
DEFENDANTS STANDARD MOTOR PRODUCTS, INC. AND
PARKER-HANNIFIN CORPORATION 1
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6385472.1

1   DATED this 21st day of March, 2018.

2   s/Nicole R. MacKenzie
    Nicole R. MacKenzie, WSBA #45741
3   Ryan W. Vollans, WSBA #45302
    WILLIAMS, KASTNER & GIBBS PLLC
4   601 Union Street, Suite 4100
    Seattle, WA  98101-2380
5   Telephone:  (206) 628-6600
    Email:   nmackenzie@williamskastner.com
6   rvollans@williamskastner.com

7   Attorneys for Standard Motor Products Inc.
    and Parker-Hannifin Corporation
8

DATED this 21st day of March, 2018.

s/Benjamin H. Adams (with permission)
Benjamin H. Adams *(Pro Hac Vice)*
Charles W. Branham, III *(Pro Hac Vice)*
DEAN OMAR BRANHAM LLP
302 N. Market Street, Suite 300
Dallas, Texas 75202
Telephone: (214) 722-5990
Email: badams@dobllp.com
cbranham@dobllp.com

Thomas J. Breen, WSBA #34574
Lucas Garrett, WSBA #38452
William Rutzick, WSBA #11533
Kristin Houser, WSBA #7286
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 622-8000
Email: breen@sgb-law.com
garrett@sgb-law.com
rutzick@sgb-law.com
houser@sgb-law.com

Attorneys for Plaintiffs

---

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO
DEFENDANTS STANDARD MOTOR PRODUCTS, INC. AND
PARKER-HANNIFIN CORPORATION 2
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6385472.1

## ORDER OF DISMISSAL

The Court having considered the Stipulation by the plaintiffs and defendants Standard Motor Products, Inc. and Parker-Hannifin Corporation and being fully advised in the premises, now, therefore, hereby ORDERS that all claims against defendants Standard Motor Products, Inc. and Parker-Hannifin Corporation only are hereby dismissed without prejudice and without costs to any party.

FURTHER, the Court finds that there is no just reason for delaying entry of final judgment in regard to Standard Motor Products, Inc. and Parker-Hannifin Corporation. Based on the foregoing finding, the Court hereby directs that pursuant to CR 54(b) final judgment be entered dismissing all claims against Defendants Standard Motor Products, Inc. and Parker-Hannifin Corporation.

DATED this 21st day of March, 2018.

_____
THE HONORABLE JAMES L. ROBART

PRESENTED BY:

s/Nicole R. MacKenzie
Nicole R. MacKenzie, WSBA #45741
Ryan W. Vollans, WSBA #45302
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Email: nmackenzie@williamskastner.com
       rvollan@williamskastner.com
*Attorneys for* **Standard Motor Products, Inc. and Parker-Hannifin Corporation**

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANTS STANDARD MOTOR PRODUCTS, INC. AND PARKER-HANNIFIN CORPORATION 3
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6385472.1

1  APPROVED as to form and content:

2  *s/Benjamin H. Adams (with permission)*
   Benjamin H. Adams *(Pro Hac Vice)*
3  Charles W. Branham, III *(Pro Hac Vice)*
   DEAN OMAR BRANHAM LLP
4  302 N. Market Street, Suite 300
   Dallas, Texas 75202
5  Telephone: (214) 722-5990
   Email: badams@dobllp.com
6  cbranham@dobllp.com

7  Thomas J. Breen, WSBA #34574
   Lucas Garrett, WSBA #38452
8  William Rutzick, WSBA #11533
   Kristin Houser, WSBA #7286
9  SCHROETER GOLDMARK & BENDER
   810 Third Avenue, Suite 500
10 Seattle, WA 98104
   Telephone: (206) 622-8000
11 Email: breen@sgb-law.com
   garrett@sgb-law.com
12 rutzick@sgb-law.com
   houser@sgb-law.com
13

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO
DEFENDANTS STANDARD MOTOR PRODUCTS, INC. AND
PARKER-HANNIFIN CORPORATION 4
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6385472.1