The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | No. 2:17-cv-00537-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT CROSBY VALVES' REQUEST TO CONDUCT FIBER BURDEN STUDY |

The Court has before it Crosby Valves' Motion for Fiber Burden Study. The Court considered the Motion, and the Declaration of Victor Roggli filed by Crosby in support of its motion, ~~and the Plaintiff's response~~. The Court finds the request for a fiber burden study is well within the scope of permissible discovery and grants the Motion. Counsel shall cooperate and arrange to have the entire lungs of the decedent sent to Dr. Roggli so that he may examine them and take samples to conduct a fiber burden analysis. Dr. Roggli shall return the lungs to Dr. Wigren after he has taken the samples for the fiber burden study.

[~~PROPOSED~~] ORDER GRANTING DEFENDANT CROSBY VALVES' REQUEST TO CONDUCT FIBER BURDEN STUDY
USDC WD WA/SEA NO. No. 2:17-cv-00537-JLR - 1

Gardner Trabolsi & Associates PLLC
ATTORNEYS
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309
Facsimile (206) 256-6318

DATED: this 22ⁿᵈ day of _____March_____, 2018.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

GARDNER TRABOLSI & ASSOCIATES, PLLC

*/s/ Ronald C. Gardner*
Ronald C. Gardner, WSBA #9270
Attorney for Defendant Crosby Valve, LLC.

[~~PROPOSED~~] ORDER GRANTING DEFENDANT
CROSBY VALVES' REQUEST TO CONDUCT
FIBER BURDEN STUDY
USDC WD WA/SEA NO. No. 2:17-cv-00537-JLR - 2

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318