THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK JACK and LESLIE JACK, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al,<br><br>Defendants. | No.: 2:17-cv-00537 JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT GENUINE PARTS COMPANY |

## STIPULATION

Plaintiffs Patrick Jack and Leslie Jack and defendant Genuine Parts Company (incorrectly named as Genuine Parts Company, d/b/a Rayloc, a/k/a NAPA) ("Genuine Parts Company"), by and through their respective counsel of record, hereby stipulate and agree that all claims against defendant Genuine Parts Company only may be dismissed in their entirety with prejudice, with all parties to bear their own costs and fees.

///

///

///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT GENUINE PARTS COMPANY (2:17–CV-00537 JLR)   PAGE 1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

| DATED this 2nd day of April, 2018. | DATED this 2nd day of April, 2018. |
|---|---|
| /s/ Jeanne F. Loftis<br>Jeanne F. Loftis, WSBA #35355<br>E-mail: jeanne.loftis@bullivant.com<br>BULLIVANT HOUSER BAILEY<br>888 SW Fifth Avenue, Ste 300<br>Portland, OR 97024<br>Telephone: (503) 499-4430<br><br>/s/ Brendan Hanrahan<br>Brendan Hanrahan, WSBA #42980<br>E-mail: brendan.hanrahan@bullivant.com<br>BULLIVANT HOUSER BAILEY<br>1700 Seventh Ave., Ste. 1810<br>Seattle, WA 98101<br>Telephone: (206) 292-8930<br><br><br>Attorneys for Genuine Parts Company | /s/ Benjamin H. Adams (with permission)<br>Benjamin H. Adams *(Pro Hac Vice)*<br>Charles W. Branham, III *(Pro Hac Vice)*<br>Email: badams@dobllp.com,<br>cbranham@dobllp.com<br>DEAN OMAR BRANHAM LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>Telephone: (214) 722-5990<br><br>Thomas J. Breen, WSBA #34574<br>Lucas Garrett, WSBA #32452<br>William Rutzick, WSBA #11533<br>Kristin Houser, WSBA #7286<br>SCHROETER GOLDMARK & BENDER<br>Email: breen@sgb-law.com, garrett@sgb-law.com, rutzick@sgb-law.com, houser@sgb-law.com<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>Telephone: (206) 622-8000<br><br>Attorneys for Plaintiffs |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT GENUINE PARTS COMPANY (2:17 –CV-00537 JLR)  PAGE 2

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

## ORDER OF DISMISSAL

The Court having considered the Stipulation by the plaintiffs and defendant Genuine Parts Company, and being fully advised in the premises, now, therefore hereby ORDERS that all claims against defendant Genuine Parts Company are dismissed with prejudice and without costs to any party.

FURTHER, the Court finds that there is no just reason for delaying entry of final judgment in regard to defendant Genuine Parts Company. Based on the foregoing finding, the Court hereby directs that pursuant to CR 54(b) final judgment be entered dismissing all claims against defendant Genuine Parts Company.

DATED this 9th day of April, 2018

_____
THE HONORABLE JAMES L. ROBART

PRESENTED BY:

*/s/ Brendan Hanrahan*
Brendan Hanrahan, WSBA #42980
E-mail: brendan.hanrahan@bullivant.com
BULLIVANT HOUSER BAILEY
1700 Seventh Ave., Ste. 1810
Seattle, WA 98101
Telephone: (206) 292-8930

Attorneys for Genuine Parts Company

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT GENUINE PARTS COMPANY (2:17–CV-00537 JLR)  PAGE 3

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

APPROVED as to form and content:

*/s/ Benjamin H. Adams (with permission)*
Benjamin H. Adams *(Pro Hac Vice)*
Charles W. Branham, III *(Pro Hac Vice)*
Email: badams@dobllp.com, cbranham@dobllp.com
DEAN OMAR BRANHAM LLP
302 N. Market Street, Suite 300
Dallas, TX 75202
Telephone: (214) 722-5990

Thomas J. Breen, WSBA #34574
Lucas Garrett, WSBA #32452
William Rutzick, WSBA #11533
Kristin Houser, WSBA #7286
SCHROETER GOLDMARK & BENDER
Email: breen@sgb-law.com, garrett@sgb-law.com, rutzick@sgb-law.com, houser@sgb-law.com
810 Third Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 622-8000

Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT GENUINE PARTS COMPANY (2:17–CV-00537 JLR)   PAGE 4

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas J. Breen
Lucas Garrett
SCHROETER GOLDMARK & BENDER
500 Central Bldg.
810 3rd Ave.
Seattle, WA 98104-1693
breen@sgb-law.com; garrett@sgb-law.com; rutzick@sgb-law.com; houser@sgb-law.com

Benjamin Adams
DEAN OMAR BRANHAM
3900 Elm St.
Dallas, TX 75226
badams@dobllp.com

**Attorneys for Plaintiffs**

Barry N Mesher
Brian D. Zeringer
SEDGWICK LLP
600 University St., Ste. 2915
Seattle, WA 98101-4172
Asbestos.Seattle@sedgwicklaw.com

**Attorneys for Air & Liquid Systems Corporation, Buffalo Pumps, Inc., Crown Cork & Seal**

William E. Fitzharris, Jr.
David Chawes
PREG ODONNELL & GILLETT, PLLC
901 5th Ave., Ste. 3400
Seattle, WA 98164
asbestos@pregodonnell.com

**Attorneys for Armstrong International**

CERTIFICATE OF SERVICE — PAGE 1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

Mark Tuvim
Kevin Craig
GORDON REES SCULLY MANSUKHANI, LLP
701 5th Ave., Ste. 2100
Seattle, WA 98104
SEAAsbestos@gordonrees.com

**Attorneys for Asbestos Corporation Ltd., Hennessy Industries, Inc., Ingersoll Rand Company, Velan Valve**

Richard D. Ross
Michael J. Madderra
Selman Breitman LLP
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
rross@selmanlaw.com; asbestoswa@selmanlaw.com

**Attorneys for Borg Warner Corporation**

Christopher S. Marks
Erin P. Fraser
TANENBAUM KEELE LLP
One Convention Place
701 Pike St., Suite 1575
Seattle, WA 98101
efraser@tktrial.com

**Attorneys for CBS Corp., General Electric Company**

Philip S. Van Der Weele
K&L GATES
925 4th Ave., Ste. 2900
Seattle, WA 98104-1158
SE.Asbestos@klgates.com

**Attorneys for Crane Co.**

Barry N Mesher
John G. Goller - von Briesen & Roper, S.C.
SEDGWICK LLP
600 University St., Ste. 2915
Seattle, WA 98101-4172
asbestos.seattle@sedgwicklaw.com

**Attorneys for Crosby Valve, Inc.**

Randy J Aliment
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Ave., Ste. 2700
Seattle, WA 98101
seattle-asbestos@lewisbrisbois.com

**Attorneys for Flowserve US, Inc.**

Mark J Fucile
Daniel Reising
FUCILE & REISING, LLP
Portland Union Station
800 NW 6th Ave., Ste. 211
Portland, OR 97209-3783
service@frllp.com

**Attorneys for Ford Motor Company**

Dirk Bernhardt
SEDGWICK LLP
600 University St., Ste. 2915
Seattle, WA 98101-4172
Asbestos.Seattle@sedgwicklaw.com

**Attorneys for Foster Wheeler Energy Corp.**

Claude F. Bosworth
RIZZO MATTINGLY BOSWORTH PC
1300 SW 6th Ave., Ste. 330
Portland, OR 97201-3530
asbestos@rizzopc.com

**Attorneys for Gardner Denver, Inc.**

Jeanne F. Loftis
BULLIVANT HOUSER BAILEY
888 SW Fifth Avenue, Suite 300
Portland, OR 97204
asbestos@bullivant.com

**Attorneys for Genuine Parts Company**

Ronald C. Gardner
GARDNER TRABOLSI & ASSOCIATES PLLC
2200 6th Ave., Ste. 600
Seattle, WA 98121
Rgardner@gandtlawfirm.com; amy.talarico@morganlewis.com;
william.lancaster@morganlewis.com; william.schaub@morganlewis.com

**Attorneys for Goulds Pumps (IPG), Inc.**

James H Gidley
Kristine E. Kruger
PERKINS COIE LLP
1201 Third Ave., Ste. 4800
Seattle, WA 98101
HW_Asbestos_SEA@perkinscoie.com

**Attorneys for Honeywell International Inc.**

James E. Horne
GORDON THOMAS HONEYWELL
600 University, Suite 2101
Seattle, WA 98101-4185
service@gth-law.com

**Attorneys for IMO Industries, Inc.**

Katherine M Steele
BULLIVANT HOUSER BAILEY
1700 Seventh Ave., Ste. 1810
Seattle, WA 98101-1618
asbestos@bullivant.com

**Attorneys for Kelsey-Hayes Company, MeadWestvaco Corporation, MW Custom Papers, LLC**

Richard Gawlowski
WILSON, SMITH, COCHRAN & DICKERSON
901 5th Ave., Ste. 1700
Seattle, WA 98164-2050
metlifeasbestos@wscd.com

**Attorneys for Metropolitan Life Insurance Company**

CERTIFICATE OF SERVICE PAGE 4

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

Diane J Kero
GORDON THOMAS HONEYWELL
600 University, Suite 2101
Seattle, WA 98101-4185
service@gth-law.com

**Attorneys for Pneumo Abex LLC, Dana Companies, LLC**

Nicole R. MacKenzie
Ryan W. Vollans
WILLIAMS, KASTNER & GIBBS
601 Union St., Ste. 4100
Seattle, WA 98101-2380
wkgasbestos@williamskastner.com

**Attorneys for Carrier Corporation**

Tim D. Wackerbarth
LANE POWELL PC
1420 5th Ave., Ste. 4100
Seattle, WA 98101
asbestos@lanepowell.com

**Attorneys for Union Pacific Railroad Company**

Christopher R. Youtz
SIRIANNI YOUTZ MEIER & SPOONEMORE
719 2nd Ave., Ste. 1100
Seattle, WA 98104-1709
cyoutz@sylaw.com

**Attorneys for Uniroyal Holdings, Inc.**

Ronald C. Gardner
GARDNER TRABOLSI & ASSOCIATES PLLC
2200 6th Ave., Ste. 600
Seattle, WA 98121
asbestos@gandtlawfirm.com

**Attorneys for Viad Corporation**

CERTIFICATE OF SERVICE        PAGE 5

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

| | |
|---|---|
| 1 | J. Michael Mattingly |
| | RIZZO MATTINGLY BOSWORTH PC |
| 2 | 1300 SW 6th Ave., Ste. 330 |
| | Portland, OR 97201-3530 |
| 3 | asbestos@rizzopc.com |
| 4 | **Attorneys for Warren Pumps, Inc.** |
| 5 | |
| | Dana C. Kopij |
| 6 | WILLIAMS, KASTNER & GIBBS |
| | 601 Union St., Ste. 4100 |
| 7 | Seattle, WA 98101-2380 |
| | wkgasbestos@williamskastner.com |
| 8 | |
| | **Attorneys for Weir Valve and Controls USA, Inc., The Nash Engineering Company** |
| 9 | |
| 10 | Brian Smith |
| | FOLEY & MANSFIELD, PLLP |
| 11 | 999 3rd Ave., Ste. 3760 |
| | Seattle, WA 98104 |
| 12 | asbestos-sea@foleymansfield.com |
| 13 | **Attorneys for Wm. Powell** |

By  /s/ Rachel Barbour
Rachel Barbour, Legal Assistant
Bullivant Houser Bailey, PC
888 SW Fifth Avenue, Ste 300
Portland, OR 97024
Telephone: (503) 499-4628
Email: Rachel.barbour@bullivant.com

CERTIFICATE OF SERVICE — PAGE 6

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351