THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICK JACK and LESLIE JACK, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al,<br><br>Defendants. | No.: 2:17-cv-00537 JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT AURORA PUMP COMPANY |

## STIPULATION

Plaintiffs Patrick Jack and Leslie Jack and defendant Aurora Pump Company, by and through their respective counsel of record, hereby stipulate and agree that all claims against defendant Aurora Pump Company only may be dismissed in their entirety without prejudice, with all parties to bear their own costs and fees.

///

///

///

///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT AURORA PUMP COMPANY (2:17-CV-00537 JLR)   PAGE 1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

| DATED this 2nd day of April, 2018. | DATED this 2nd day of April, 2018. |
|---|---|
| /s/ Jeanne F. Loftis<br>Jeanne F. Loftis, WSBA #35355<br>E-mail: jeanne.loftis@bullivant.com<br>BULLIVANT HOUSER BAILEY<br>888 SW Fifth Avenue, Ste 300<br>Portland, OR 97024<br>Telephone: (503) 499-4430<br><br>/s/ Brendan Hanrahan<br>Brendan Hanrahan, WSBA #42980<br>E-mail: brendan.hanrahan@bullivant.com<br>BULLIVANT HOUSER BAILEY<br>1700 Seventh Ave., Ste. 1810<br>Seattle, WA 98101<br>Telephone: (206) 292-8930<br><br>Attorneys for Aurora Pump Company | /s/ Benjamin H. Adams (with permission)<br>Benjamin H. Adams *(Pro Hac Vice)*<br>Charles W. Branham, III *(Pro Hac Vice)*<br>Email: badams@dobllp.com,<br>cbranham@dobllp.com<br>DEAN OMAR BRANHAM LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>Telephone: (214) 722-5990<br><br>Thomas J. Breen, WSBA #34574<br>Lucas Garrett, WSBA #32452<br>William Rutzick, WSBA #11533<br>Kristin Houser, WSBA #7286<br>SCHROETER GOLDMARK & BENDER<br>Email: breen@sgb-law.com, garrett@sgb-law.com, rutzick@sgb-law.com, houser@sgb-law.com<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>Telephone: (206) 622-8000<br><br>Attorneys for Plaintiffs |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT AURORA PUMP COMPANY (2:17-CV-00537 JLR)    PAGE 2

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

## ORDER OF DISMISSAL

The Court having considered the Stipulation by the plaintiffs and defendant Aurora Pump Company, and being fully advised in the premises, now, therefore hereby ORDERS that all claims against defendant Aurora Pump Company are dismissed without prejudice and without costs to any party.

FURTHER, the Court finds that there is no just reason for delaying entry of final judgment in regard to defendant Aurora Pump Company. Based on the foregoing finding, the Court hereby directs that pursuant to CR 54(b) final judgment be entered dismissing all claims against defendant Aurora Pump Company.

DATED this 9th day of April, 2018

_____
THE HONORABLE JAMES L. ROBART

PRESENTED BY:

*/s/ Brendan Hanrahan*
Brendan Hanrahan, WSBA #42980
E-mail: brendan.hanrahan@bullivant.com
BULLIVANT HOUSER BAILEY
1700 Seventh Ave., Ste. 1810
Seattle, WA 98101
Telephone: (206) 292-8930

Attorneys for Aurora Pump Company

APPROVED as to form and content:

*/s/ Benjamin H. Adams (with permission)*
Benjamin H. Adams *(Pro Hac Vice)*
Charles W. Branham, III *(Pro Hac Vice)*
Email: badams@dobllp.com, cbranham@dobllp.com
DEAN OMAR BRANHAM LLP
302 N. Market Street, Suite 300
Dallas, TX 75202
Telephone: (214) 722-5990

Thomas J. Breen, WSBA #34574
Lucas Garrett, WSBA #32452
William Rutzick, WSBA #11533
Kristin Houser, WSBA #7286
SCHROETER GOLDMARK & BENDER
Email: breen@sgb-law.com, garrett@sgb-law.com, rutzick@sgb-law.com, houser@sgb-law.com
810 Third Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 622-8000

Attorneys for Plaintiffs

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO DEFENDANT AURORA PUMP COMPANY (2:17-CV-00537 JLR)　　PAGE 4

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Thomas J. Breen
Lucas Garrett
SCHROETER GOLDMARK & BENDER
500 Central Bldg.
810 3rd Ave.
Seattle, WA 98104-1693
breen@sgb-law.com; garrett@sgb-law.com; rutzick@sgb-law.com; houser@sgb-law.com

Benjamin Adams
DEAN OMAR BRANHAM
3900 Elm St.
Dallas, TX 75226
badams@dobllp.com

**Attorneys for Plaintiffs**

Barry N Mesher
Brian D. Zeringer
SEDGWICK LLP
600 University St., Ste. 2915
Seattle, WA 98101-4172
Asbestos.Seattle@sedgwicklaw.com

**Attorneys for Air & Liquid Systems Corporation, Buffalo Pumps, Inc., Crown Cork & Seal**

William E. Fitzharris, Jr.
David Chawes
PREG ODONNELL & GILLETT, PLLC
901 5th Ave., Ste. 3400
Seattle, WA 98164
asbestos@pregodonnell.com

**Attorneys for Armstrong International**

CERTIFICATE OF SERVICE — PAGE 1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

| | |
|---|---|
| 1 | Mark Tuvim |
| 2 | Kevin Craig |
| | GORDON REES SCULLY MANSUKHANI, LLP |
| 3 | 701 5th Ave., Ste. 2100 |
| | Seattle, WA 98104 |
| 4 | SEAAsbestos@gordonrees.com |
| 5 | **Attorneys for Asbestos Corporation Ltd., Hennessy Industries, Inc., Ingersoll Rand Company, Velan Valve** |
| 6 | |
| 7 | Richard D. Ross |
| | Michael J. Madderra |
| 8 | Selman Breitman LLP |
| | 800 Fifth Ave., Ste. 4100 |
| 9 | Seattle, WA 98104 |
| | rross@selmanlaw.com; asbestoswa@selmanlaw.com |
| 10 | |
| | **Attorneys for Borg Warner Corporation** |
| 11 | |
| 12 | Christopher S. Marks |
| | Erin P. Fraser |
| 13 | TANENBAUM KEELE LLP |
| | One Convention Place |
| 14 | 701 Pike St., Suite 1575 |
| | Seattle, WA 98101 |
| 15 | efraser@tktrial.com |
| 16 | |
| | **Attorneys for CBS Corp., General Electric Company** |
| 17 | |
| 18 | Philip S. Van Der Weele |
| | K&L GATES |
| 19 | 925 4th Ave., Ste. 2900 |
| | Seattle, WA 98104-1158 |
| 20 | SE.Asbestos@klgates.com |
| 21 | **Attorneys for Crane Co.** |
| 22 | |
| | Barry N Mesher |
| 23 | John G. Goller - von Briesen & Roper, S.C. |
| | SEDGWICK LLP |
| 24 | 600 University St., Ste. 2915 |
| | Seattle, WA 98101-4172 |
| 25 | asbestos.seattle@sedgwicklaw.com |
| 26 | **Attorneys for Crosby Valve, Inc.** |

CERTIFICATE OF SERVICE — PAGE 2

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

Randy J Aliment
LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Ave., Ste. 2700
Seattle, WA 98101
seattle-asbestos@lewisbrisbois.com

**Attorneys for Flowserve US, Inc.**

Mark J Fucile
Daniel Reising
FUCILE & REISING, LLP
Portland Union Station
800 NW 6th Ave., Ste. 211
Portland, OR 97209-3783
service@frllp.com

**Attorneys for Ford Motor Company**

Dirk Bernhardt
SEDGWICK LLP
600 University St., Ste. 2915
Seattle, WA 98101-4172
Asbestos.Seattle@sedgwicklaw.com

**Attorneys for Foster Wheeler Energy Corp.**

Claude F. Bosworth
RIZZO MATTINGLY BOSWORTH PC
1300 SW 6th Ave., Ste. 330
Portland, OR 97201-3530
asbestos@rizzopc.com

**Attorneys for Gardner Denver, Inc.**

Ronald C. Gardner
GARDNER TRABOLSI & ASSOCIATES PLLC
2200 6th Ave., Ste. 600
Seattle, WA 98121
Rgardner@gandtlawfirm.com; amy.talarico@morganlewis.com;
william.lancaster@morganlewis.com; william.schaub@morganlewis.com

**Attorneys for Goulds Pumps (IPG), Inc.**

CERTIFICATE OF SERVICE　　　　　　　　　　　　　　PAGE 3　　Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

| | |
|---|---|
| 1 | James H Gidley |
| | Kristine E. Kruger |
| 2 | PERKINS COIE LLP |
| | 1201 Third Ave., Ste. 4800 |
| 3 | Seattle, WA 98101 |
| | HW_Asbestos_SEA@perkinscoie.com |
| 4 | |
| 5 | **Attorneys for Honeywell International Inc.** |
| 6 | James E. Horne |
| | GORDON THOMAS HONEYWELL |
| 7 | 600 University, Suite 2101 |
| | Seattle, WA 98101-4185 |
| 8 | service@gth-law.com |
| 9 | **Attorneys for IMO Industries, Inc.** |
| 10 | |
| 11 | Katherine M Steele |
| | BULLIVANT HOUSER BAILEY |
| 12 | 1700 Seventh Ave., Ste. 1810 |
| | Seattle, WA 98101-1618 |
| 13 | asbestos@bullivant.com |
| 14 | **Attorneys for Kelsey-Hayes Company, MeadWestvaco Corporation, MW Custom Papers, LLC** |
| 15 | |
| 16 | Richard Gawlowski |
| | WILSON, SMITH, COCHRAN & DICKERSON |
| 17 | 901 5th Ave., Ste. 1700 |
| | Seattle, WA 98164-2050 |
| 18 | metlifeasbestos@wscd.com |
| 19 | **Attorneys for Metropolitan Life Insurance Company** |
| 20 | Diane J Kero |
| 21 | GORDON THOMAS HONEYWELL |
| | 600 University, Suite 2101 |
| 22 | Seattle, WA 98101-4185 |
| | service@gth-law.com |
| 23 | |
| | **Attorneys for Pneumo Abex LLC, Dana Companies, LLC** |
| 24 | |
| 25 | |
| 26 | |

CERTIFICATE OF SERVICE — PAGE 4

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

```
 1
 2   Nicole R. MacKenzie
     Ryan W. Vollans
 3   WILLIAMS, KASTNER & GIBBS
     601 Union St., Ste. 4100
 4   Seattle, WA 98101-2380
     wkgasbestos@williamskastner.com
 5
```

**Attorneys for Carrier Corporation**

```
 7   Tim D. Wackerbarth
     LANE POWELL PC
 8   1420 5th Ave., Ste. 4100
     Seattle, WA 98101
 9   asbestos@lanepowell.com
```

**Attorneys for Union Pacific Railroad Company**

```
12   Christopher R. Youtz
     SIRIANNI YOUTZ MEIER & SPOONEMORE
     719 2nd Ave., Ste. 1100
13   Seattle, WA 98104-1709
     cyoutz@sylaw.com
```

**Attorneys for Uniroyal Holdings, Inc.**

```
16   Ronald C. Gardner
     GARDNER TRABOLSI & ASSOCIATES PLLC
17   2200 6th Ave., Ste. 600
     Seattle, WA 98121
18   asbestos@gandtlawfirm.com
```

**Attorneys for Viad Corporation**

```
21   J. Michael Mattingly
     RIZZO MATTINGLY BOSWORTH PC
22   1300 SW 6th Ave., Ste. 330
     Portland, OR 97201-3530
23   asbestos@rizzopc.com
```

**Attorneys for Warren Pumps, Inc.**

CERTIFICATE OF SERVICE — PAGE 5

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

Dana C. Kopij
WILLIAMS, KASTNER & GIBBS
601 Union St., Ste. 4100
Seattle, WA 98101-2380
wkgasbestos@williamskastner.com

**Attorneys for Weir Valve and Controls USA, Inc., The Nash Engineering Company**

Brian Smith
FOLEY & MANSFIELD, PLLP
999 3rd Ave., Ste. 3760
Seattle, WA 98104
asbestos-sea@foleymansfield.com

**Attorneys for Wm. Powell**

By  /s/ Rachel Barbour
Rachel Barbour, Legal Assistant
Bullivant Houser Bailey, PC
888 SW Fifth Avenue, Ste 300
Portland, OR 97024
Telephone: (503) 499-4628
Email: Rachel.barbour@bullivant.com

CERTIFICATE OF SERVICE — PAGE 6

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351