THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,

Plaintiffs,

v.

ASBESTOS CORPORATION LTD., et al.,

Defendants.

No.: 2:17-cv-00537-JLR

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING EXPERT DISCLOSURE DEADLINE FOR DR. GODWIN REPORT

Defendant M.W. Custom Papers, LLC requests, and Plaintiffs do not oppose, extending the deadline for Disclosure of Expert Testimony under FRCP 26(a)(2) with respect to Defendant's expert, Dr. David Godwin, by two weeks -- from the current deadline of April 18, 2018 to May 2, 2018.

Plaintiffs bring this action against MWCP and others alleging that exposure to asbestos caused the death of Patrick Jack ("Mr. Jack"), due to mesothelioma.

Dr. Godwin is a board certified radiologist and a certified B-reader. Dr. Godwin is expected to testify as to radiologic methods and techniques of diagnosis, which may include chest X-rays, CT scans, thin slice CT scans and ventilation perfusion scans. Dr. Godwin may testify as to his interpretation of the abnormalities, if any, found in radiologic studies of Mr. Jack.

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

Despite diligent efforts, including repeated follow up and requests to expedite, MWCP has been unable to obtain Mr. Jack's radiology for Dr. Godwin's review. Plaintiffs' counsel provided releases for medical records on March 13, 2018, designating Written Deposition Services, Inc. as the records service. Bullivant Houser Bailey requested records through Written Deposition Services on March 14, 2018. On April 4, 2018, Bullivant expedited the request and has since followed up repeatedly. Bullivant is told that films from at least one provider are now on the way.

Plaintiffs do not take a position on the foregoing, but do not oppose this extension.

**STIPULATION**

Plaintiffs and defendant M.W. Custom Papers, LLC, by and through their respective counsel of record, hereby stipulate and agree that the deadline for Disclosure of Expert Testimony under FRCP 26(a)(2) with respect to Defendants' expert, Dr. Godwin, may be extended two weeks from the current deadline of April 18, 2018 to May 2, 2018.

DATED this 17th day of April, 2018.

DEAN OMAR & BRANHAM, LLP

By: */s/ Benjamin H. Adams*
Benjamin H. Adams, ______________.
Attorney for Plaintiff

BULLIVANT HOUSER BAILEY PC

By: */s/ Katherine M. Steele*
Katherine M. Steele, WSBA #11927
Attorney for M.W. Custom Papers, LLC

**ORDER EXTENDING EXPERT DISCLOSURE DEADLINE**

The Court having considered the Stipulation by the Plaintiffs and defendant M.W. Custom Papers, LLC, and being fully advised in the premises, now, therefore hereby ORDERS that the deadline for Disclosure of Expert Testimony under FRCP 26(a)(2) with respect to Defendant's expert, Dr. Godwin, is extended two weeks from the current deadline of April 18, 2018, to May 2, 2018.

DATED this 19th day of April, 2018

THE HONORABLE JAMES L. ROBART

Presented by:

BULLIVANT HOUSER BAILEY PC

By: */s/ Katherine M. Steele*
Katherine M. Steele, WSBA #11927
Attorneys for M.W. Custom Papers, LLC

***Approved as to form and content:***

DEAN OMAR & BRANHAM, LLP

By: */s/ Benjamin H. Adams*
Benjamin H. Adams, ____________.
Attorney for Plaintiff

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**
**(Jack)**

I hereby certify under penalty of perjury under the laws of the State of Washington that on April 17, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

Thomas J. Breen
Lucas W.H. Garrett
William J. Rutzick
Kristin M. Houser
SCHROETER, GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
E-mail: SGBasbestos@sgb-law.com
***Attorneys for Plaintiffs***

Benjamin H. Adams (*Pro Hac Vice*)
DEAN OMAR & BRANHAM, LLP
302 N. Market Street, Suite 300
Dallas, Texas 75202
Email: badams@dobllp.com; lshirley@dobllp.com; cweeks@dobllp.com; DSmith-Hogan@dobllp.com
***Attorneys for Plaintiffs***

David E. Chawes
Bennett J. Hansen
William E. Fitzharris
PREG O'DONNELL & GILLETT PLLC
901 Fifth Avenue, Suite 3400
Seattle, WA 98164
Email: Asbestos@pregodonnell.com
***Attorneys for Armstrong International, Inc.***

Mark B. Tuvim
Kevin J. Craig
GORDON & REES, LLP
701 Fifth Avenue, Suite 2130
Seattle, WA 98104
Email: SEAAsbestos@gordonrees.com
***Attorneys for Asbestos Corporation LTD.; Ingersoll-Rand Company; Velan Valve Corporation***

Richard D. Ross
Michael J. Madderra
SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Email: AsbestosWA@selmanlaw.com; RRoss@selmanlaw.com; MMadderra@selmanlaw.com
***Attorneys for Borg-Warner Morse TEC, LLC; John Crane, Inc.***

Nicole R. MacKenzie
Ryan W. Vollans
WILLIAMS KASTNER
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Email: WKGasbestos@williamskastner.com
***Attorneys for Carrier Corporation***

Christopher S. Marks
Erin P. Fraser
TANENBAUM KEALE LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle, WA 98101
Email: Seattle.asbestos@tktrial.com
***Attorneys for CBS Corporation; Foster Wheeler Energy Corporation; General Electric Company***

G. William Shaw
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Email: SE.Asbestos@klgates.com
***Attorney for Crane Co.***

Ronald C. Gardner
GARDNER TRABOLSI & ASSOC. PLLC
2200 Sixth Avenue, Suite 600
Seattle, WA 98121
Email: Asbestos@gandtlawfirm.com; amy.talarico@morganlewis.com; william.lancaster@morganlewis.com; william.schaub@morganlewis.com
***Attorneys for Crosby Valve, LLC; Goulds Pumps, Inc.; Viad Corporation***

John G. Goller
von BRIESEN & ROPER, S.C.
411 E. Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
Email: JGoller@vonbriesen.com
***Attorneys for Crosby Valve, LLC***

Randy J. Aliment
Marc M. Carlton
LEWIS BRISBOIS BISGAARD & SMITH
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Email: Seattle-Asbestos@lewisbrisbois.com
***Attorneys for Flowserve US, Inc.***

Mark J. Fucile
Daniel K. Reising
FUCILE & REISING, LLP
800 NW Sixth Avenue, Suite 211
Portland, OR 97209
Email: service@frllp.com
***Attorneys for Ford Motor Company***

Claude Bosworth
RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Email: Asbestos@rizzopc.com
***Attorneys for Gardner-Denver, Inc.***

Mary Z. Gaston
Kristine E. Kruger
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Email: HW_Asbestos_Sea@perkinscoie.com
***Attorneys for Honeywell International, Inc.***

James E. Horne
Michael E. Ricketts
GORDON THOMAS HONEYWELL, LLP
600 University Street, Suite 2100
Seattle, WA 98101
Email: IMOService@gth-law.com
***Attorneys for IMO Industries, Inc.***

Richard G. Gawlowski
WILSON, SMITH, COCHRAN & DICKERSON
901 5th Avenue, Suite 1700
Seattle, WA 98164-2050
Email: Gawlowski@wscd.com; MetLifeAsbestos@wscd.com
***Attorneys for Metropolitan Life Insurance Company***

Dana C. Kopij
WILLIAMS KASTNER
Two Union Square
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Email: WKGasbestos@williamskastner.com
***Attorneys for The Nash Engineering Company; Weir Valves & Controls USA, Inc.***

Diane J. Kero
GORDON THOMAS HONEYWELL, LLP
600 University Street, Suite 2100
Seattle, WA 98101
Email: Service@gth-law.com
***Attorneys for Pneumo Abex, LLC***

Tim D. Wackerbarth
Jeffrey M. Odom
Andrew G. Yates
LANE POWELL PC
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402
Email: odomj@lanepowell.com; wackerbartht@lanepowell.com
***Co-Counsel for Union Pacific Railroad Company***

Viiu Spangler Khare
Ryan T. Moore
BERKES CRANE ROBINSON & SEAL
515 S. Figueroa Street, Suite 1500
Los Angeles, CA 90071
Email: vspanglerkhare@bcrslaw.com; rmoore@bcrslaw.com; bpartida@bcrslaw.com
***Co-Counsel for Union Pacific Railroad Company***

Chris R. Youtz
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
701 Fifth Avenue, Suite 2560
Seattle, WA 98104
Email: cyoutz@sylaw.com
***Attorneys for Uniroyal Holding, Inc.***

Allen E. Eraut
Shaun M. Morgan
RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
Email: Asbestos@rizzopc.com
***Attorneys for Warren Pumps LLC***

Brian B. Smith
James D. Hicks
FOLEY & MANSFIELD, PLLP
999 Third Avenue, Suite 3760
Seattle, WA 98104-4009
Email: Asbestos-sea@foleymansfield.com
***Attorneys for The William Powell Company***

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING EXPERT DISCLOSURE DEADLINE FOR DR. GODWIN REPORT

Page 6

**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

DATED at Seattle, Washington this 17th day of April, 2018.

By: */s/ Katherine M. Steele*
Katherine M. Steele, WSBA #11927
Email: Asbestos@bullivant.com
*Attorneys for Defendant M.W. Custom Papers, LLC*

4833-0779-4530.1

STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING EXPERT DISCLOSURE DEADLINE FOR DR. GODWIN REPORT
Page 7
**Bullivant|Houser|Bailey PC**
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930