The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DIVISION OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br>v.<br><br>ASBESTOS CORPORATION LTD, et al.<br><br>Defendants. | No. 2:17-cv-00537 JLR<br><br>UNOPPOSED MOTION AND ~~PROPOSED~~ ORDER EXTENDING EXPERT DISCLOSURE DEADLINE FOR EXPERT JOHN HENSHAW<br><br>NOTE ON MOTION CALENDAR APRIL 30, 2018 |

Defendant John Crane, Inc. ("JCI") by and through its respective counsel of record, hereby request that the deadline for Disclosure of Expert Testimony under FRCP 26(a)(2) with respect to Defendant's expert, Mr. John Henshaw, be extended three weeks from the current deadline of April 18, 2018 to May 9, 2018. Defendant JCI requests this short extension for the following reasons:

(1) Mr. Henshaw had a scheduling conflict precluding him from providing an earlier case report; and

(2) JCI was not identified in discovery responses, and contends that any expert report directly relating to its liability in this matter is premature.

Plaintiffs take no position as to Defendant's request for extension of time.

---

UNOPPOSED MOTION AND ~~PROPOSED~~ ORDER
EXTENDING EXPERT DISCLOSURE DEADLINE FOR
EXPERT JOHN HENSHAW - 1
NO. 2:17-CV-00537 JLR

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:
206.588.4185

DATED this 18th day of April, 2018.

| | |
|---|---|
| DEAN OMAR & BRANHAM, LLP | SELMAN BREITMAN LLP |
| By: /s/ Benjamin H. Adams<br>Benjamin H. Adams<br>Attorney for Plaintiff | By: /s/ Richard D. Ross<br>RICHARD D. ROSS, WSBA #34502<br>rross@selmanlaw.com<br>SELMAN BREITMAN LLP<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Telephone: 206.447.6461<br>Facsimile: 206.588.4185<br>Attorneys for Defendant John Crane, Inc. |

### ORDER EXTENDING EXPERT DISCLOSURE DEADLINE

The Court having considered the Unopposed Motion by Defendant John, Crane Inc., and being fully advised in the premises, now, therefore hereby ORDERS that the deadline for Disclosure of Expert Testimony under FRCP 26(a)(2) with respect to Defendant's expert, Mr. John Henshaw, is extended three weeks from the current deadline of April 18, 2018 to May 9, 2018.

DATED this 19th day of April, 2018

_____
THE HONORABLE JAMES L. ROBART

Presented by:

SELMAN BREITMAN LLP

By: /s/ Richard D. Ross
RICHARD D. ROSS, WSBA #34502
rross@selmanlaw.com
mmadderra@selmanlaw.com
SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: 206.447.6461
Facsimile: 206.588.4185
Attorneys for Defendant John Crane, Inc.

UNOPPOSED MOTION AND ~~PROPOSED~~ ORDER
EXTENDING EXPERT DISCLOSURE DEADLINE FOR
EXPERT JOHN HENSHAW - 2
NO. 2:17-CV-00537 JLR

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F: 206.588.4185

*Approved as to form and content:*

DEAN OMAR & BRANHAM, LLP


By: /s/ *Benjamin H. Adams*
Benjamin H. Adams
Attorney for Plaintiff

UNOPPOSED MOTION AND ~~PROPOSED~~ ORDER
EXTENDING EXPERT DISCLOSURE DEADLINE FOR
EXPERT JOHN HENSHAW - 3
NO. 2:17-CV-00537 JLR

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:
206.588.4185

**CERTIFICATE OF SERVICE**

I hereby certify that on the following date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receive CM/ECF notification.

DATED this 18th day of April, 2018.

*/s/ Richard D. Ross*
RICHARD D. ROSS, WSBA #34502
SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: 206.447.6461
Facsimile: 206.588.4185
rross@selmanlaw.com

UNOPPOSED MOTION AND ~~PROPOSED~~ ORDER
EXTENDING EXPERT DISCLOSURE DEADLINE FOR
EXPERT JOHN HENSHAW - 4
NO. 2:17-CV-00537 JLR

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F:
206.588.4185