Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLIE JACK, individually and as
Personal Representative of PATRICK
JACK; DAVID JACK, individually,,

Plaintiffs,

v.

ASBESTOS CORPORATION LTD., et al.,

Defendants.

NO. 2:17-cv-00537-JLR

STIPULATION AND [PROPOSED]
ORDER DISMISSING DEFENDANT
UNIROYAL HOLDING INC.

**STIPULATION**

Defendant Uniroyal Holding Inc. and Plaintiffs Leslie Jack, individually, and as personal representative of the Estate of Patrick Jack, and David Jack stipulate that all claims brought against defendant Uniroyal Holding, Inc. may be dismissed without prejudice and without an award of attorneys' fees or costs to any party.

DATED: April 19, 2018.

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER

_s/ Chris R. Youtz_
Chris R. Youtz  (WSBA #7786)
701 5th Ave., Ste. 2560, Seattle, WA 98104
Tel. (206) 223-0303; Fax (206) 223-0246
Email: cyoutz@sylaw.com
Attorneys for Defendant
Uniroyal Holding, Inc.

STIPULATION AND [PROPOSED]
ORDER DISMISSING DEFENDANT UNIROYAL HOLDING INC.– 1
[Case No. 2:17-cv-00537-JLR]

1

2

DEAN OMAR BRANHAM LLP

3

4

*s/ Benjamin H. Adams (with permission)*

5
Benjamin H. Adams *(Pro Hac Vice)*
Charles W. Branham, III *(Pro Hac Vice)*

6
302 N. Market Street, Suite 300

7
Dallas, Texas 75202
Telephone: (214) 722-5990

8
Email: badams@dobllp.com
cbranham@dobllp.com

9

10
Thomas J. Breen, WSBA #34574
Lucas Garrett, WSBA #38452

11
William Rutzick, WSBA #11533
Kristin Houser, WSBA #7286

12
SCHROETER GOLDMARK & BENDER

13
810 Third Avenue, Suite 500
Seattle, WA 98104

14
Telephone: (206) 622-8000
Email: breen@sgb-law.com

15
garrett@sgb-law.com

16
rutzick@sgb-law.com
houser@sgb-law.com

17
Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED]
ORDER DISMISSING DEFENDANT UNIROYAL HOLDING INC.– 2
[Case No. 2:17-cv-00537-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 5TH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

## ORDER DISMISSING CLAIMS

Pursuant to the stipulation by the plaintiffs and defendant Uniroyal Holding Inc., the court ORDERS that all claims brought against defendant Uniroyal Holding, Inc. are dismissed without prejudice and without an award of attorneys' fees or costs to any party.

DATED: April 19, 2018

James L. Robart
United States District Judge

STIPULATION AND [PROPOSED]
ORDER DISMISSING DEFENDANT UNIROYAL HOLDING INC.– 3
[Case No. 2:17-cv-00537-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 5TH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- Benjamin H. Adams
  badams@dobllp.com, dsmith-hogan@dobllp.com, case@dobllp.com

- Randy J. Aliment
  randy.aliment@lewisbrisbois.com, colette.saunders@lewisbrisbois.com

- Claude Bosworth
  cbosworth@rizzopc.com, recordsmanagement@rizzopc.com

- Charles W. Branham, III
  tbranham@dobllp.com

- Thomas J. Breen
  breen@sgb-law.com, sgbasbestos@sgb-law.com

- Michael Mackenzie Brown
  mac.brown@bullivant.com, Freida.Mason@bullivant.com

- Marc Marshall Carlton
  marc.carlton@lewisbrisbois.com, Seattle-Asbestos@lewisbrisbois.com, stacey.miller@lewisbrisbois.com

- David E. Chawes
  dchawes@pregodonnell.com, hvanburen@pregodonnell.com

- Kevin J. Craig
  kcraig@gordonrees.com, lgallegos@gordonrees.com

- Allen Eraut
  aeraut@rizzopc.com, recordsmanagement@rizzopc.com

- William E. Fitzharris, Jr.
  wfitzharris@pregodonnell.com, hvanburen@pregodonnell.com

- Erin P. Fraser
  efraser@tktrial.com, mtiegen@tktrial.com

- Mark J. Fucile
  mark@frllp.com, service@frllp.com, signe@frllp.com

- Ronald C. Gardner

STIPULATION AND [PROPOSED]
ORDER DISMISSING DEFENDANT UNIROYAL HOLDING INC.– 4
[Case No. 2:17-cv-00537-JLR]

rgardner@gandtlawfirm.com, khensley@gandtlawfirm.com

- Lucas W.H. Garrett
  garrett@sgb-law.com, sgbasbestos@sgb-law.com

- Mary P. Gaston
  mgaston@perkinscoie.com, docketsea@perkinscoie.com,
  HW_Asbestos_SEA@perkinscoie.com, jstarr@perkinscoie.com

- Richard G. Gawlowski
  gawlowski@wscd.com, reyes@wscd.com, ossenkop@wscd.com

- John G. Goller
  jgoller@vonbriesen.com, jmitten@vonbriesen.com, tdahms@vonbriesen.com

- Ryan J. Groshong
  ryan.groshong@klgates.com, anita.spencer@klgates.com

- Brendan Hanrahan
  brendan.hanrahan@bullivant.com, genevieve.schmidt@bullivant.com,
  leslie.narayan@bullivant.com

- Bennett J. Hansen
  bhansen@pregodonnell.com, aanthony@pregodonnell.com

- James D. Hicks
  jhicks@foleymansfield.com

- James Edward Horne
  jhorne@gth-law.com, kcalkins@gth-law.com, gschardt@gth-law.com,
  imoservice@gth-law.com

- Kristin M. Houser
  houser@sgb-law.com, oneil@sgb-law.com, sgbasbestos@sgb-law.com

- Diane J. Kero
  dkero@gth-law.com, gschardt@gth-law.com, service@gth-law.com

- Viiu Spangler Khare
  vspanglerkhare@bcrslaw.com, rcastellanos@bcrslaw.com

- Dana C. Kopij
  dkopij@williamskastner.com, jsteward@williamskastner.com

- Kristine E. Kruger
  kkruger@perkinscoie.com, MLewis@perkinscoie.com, DWilliams@perkinscoie.com,
  docketpor@perkinscoie.com, kristinekruger@gmail.com

STIPULATION AND [PROPOSED]
ORDER DISMISSING DEFENDANT UNIROYAL HOLDING INC.– 5
[Case No. 2:17-cv-00537-JLR]

- Jeanne F. Loftis
  jeanne.loftis@bullivant.com, stephanie.wilken@bullivant.com,
  Asbestos-pdx@bullivant.com, alicia.soine@bullivant.com,
  portlanddocketing@bullivant.com

- Nicole R. MacKenzie
  nmackenzie@williamskastner.com, cberry@williamskastner.com,
  wkgasbestos@williamskastner.com

- Michael J. Madderra
  mmadderra@selmanlaw.com

- Christopher S. Marks
  cmarks@tktrial.com, asbestos.service@tktrial.com, mtiegen@tktrial.com

- Barry Neal Mesher
  bnm@bnmesherlaw.com

- Trevor J. Mohr
  tmohr@gordonrees.com, seaasbestos@gordonrees.com

- Ryan T. Moore
  rmoore@bcrslaw.com, docket@bcrslaw.com, achohlis@bcrslaw.com

- Jeffrey M. Odom
  odomj@lanepowell.com, carchanoh@lanepowell.com,
  carrington-dahlk@lanepowell.com, docketing-sea@lanepowell.com

- Rachel Tallon Reynolds
  asbestos@bullivant.com, racheltallon@gmail.com, elizabeth.pina@bullivant.com,
  tonyha.davies@bullivant.com

- Michael Edward Ricketts
  mricketts@gth-law.com, kcalkins@gth-law.com, imoservice@gth-law.com,
  cwallace@gth-law.com

- Richard D. Ross
  rross@selmanlaw.com, mmadderra@selmanlaw.com

- William Joel Rutzick
  rutzick@sgb-law.com, scrawford@sgb-law.com, ross@sgb-law.com,
  ylitalo@sgb-law.com, jones@sgb-law.com, liberio@sgb-law.com

- G. William Shaw
  bill.shaw@klgates.com, phong.hong@klgates.com, peggy.mitchell@klgates.com,
  Janet.Lewis2@klgates.com, Ryan.Groshong@klgates.com

STIPULATION AND [PROPOSED]
ORDER DISMISSING DEFENDANT UNIROYAL HOLDING INC.– 6
[Case No. 2:17-cv-00537-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 5TH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

- Lisa W. Shirley
  LShirley@dobllp.com, dsmith-hogan@dobllp.com

- Brian Bernard Smith
  bsmith@foleymansfield.com, asbestos-sea@foleymansfield.com,
  brianrunfar@yahoo.com

- Katherine M. Steele
  Asbestos@bullivant.com, freida.mason@bullivant.com

- Mark B. Tuvim
  mtuvim@gordonrees.com, lgallegos@gordonrees.com, akendrick@gordonrees.com

- Ryan W. Vollans
  rvollans@williamskastner.com, cberry@williamskastner.com

- Tim D. Wackerbarth
  wackerbartht@lanepowell.com, docketing-sea@lanepowell.com,
  wallg@lanepowell.com, mitchells@lanepowell.com

- Andrew Gordon Yates
  yatesa@lanepowell.com, beneskik@lanepowell.com, docketing-sea@lanepowell.com,
  mitchells@lanepowell.com

- Chris Robert Youtz
  chris@sylaw.com, matt@sylaw.com, theresa@sylaw.com

- Brian D. Zeringer
  brian.zeringer@sedgwicklaw.com, asbestos.seattle@sedgwicklaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the
following:

- (no manual recipients)

DATED: April 19, 2018, at Seattle, Washington.

_____
/s/ Chris R. Youtz
Chris R. Youtz (WSBA #7786)

STIPULATION AND [PROPOSED]
ORDER DISMISSING DEFENDANT UNIROYAL HOLDING INC.– 7
[Case No. 2:17-cv-00537-JLR]

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER
701 5TH AVENUE, SUITE 2560
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246