The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DIVISION OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br>v.<br><br>ASBESTOS CORPORATION LTD, et al.<br><br>Defendants. | No. 2:17-cv-00537- JLR<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT CROSBY VALVES' MOTION FOR DEADLINE EXTENSION TO DISCLOSE EXPERT WITNESS VICTOR ROGGLI |

The Court has before it Defendant Crosby Valves' Motion for Deadline Extension to (Dkt. #284) Disclose Expert Witness Victor Roggli. The Court considered the Motion and Declaration of Ronald Gardner in support of the motion along with joinders by Defendants Kelsey-Hayes, (Dkt. #296) (Dkt. #303) (Dkt. #302) (Dkt. #323) (Dkt. #327) (Dkt. #329) Warren Pumps, Armstrong International, Union Pacific, Asbestos Corp. Ltd., Borg Warner, (Dkt. #330) and John Crane. Ford Motor Company is the only party that opposed the Motion. Crosby filed a Reply advising that the disclosure of Dr. Roggli was completed April 24, 2018. Crosby also file a Supplemental Reply informing the Court Ford Motor Company withdrew its opposition.

The Court finds the Motion is unopposed and the request for an extension is based on good cause. The Court grants the Motion and, because the parties completed the disclosure of

[~~PROPOSED~~] ORDER GRANTING DEFENDANT
CROSBY VALVES' MOTION FOR DEADLINE
EXTENSION TO DISCLOSE EXPERT WITNESS
VICTOR ROGGLI
USDC WD WA/SEA NO. No. 2:17-cv-00537-JLR - 1

Gardner Trabolsi & Associates PLLC
ATTORNEYS
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309
Facsimile (206) 256-6318

Dr. Roggli on April 24, 2018, the deadline for disclosing Dr. Roggli's opinions is extended to April 24, 2018. **All pending motions for joinder are granted (Dkt. ## 296, 302, 329, 330).** /JLR/

DATED: this 27th day of April, 2018.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

GARDNER TRABOLSI & ASSOCIATES, PLLC

*/s/ Ronald C. Gardner*
Ronald C. Gardner, WSBA #9270
Attorney for Defendant Crosby Valve, LLC.

[~~PROPOSED~~] ORDER GRANTING DEFENDANT
CROSBY VALVES' MOTION FOR DEADLINE
EXTENSION TO DISCLOSE EXPERT WITNESS
VICTOR ROGGLI
USDC WD WA/SEA NO. No. 2:17-cv-00537-JLR - 2

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318