Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.<br><br>Defendants. | NO. 2:17-CV-00537-JLR<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT ARMSTRONG INTERNATIONAL, INC.<br><br>[Clerk's Action Required] |

## STIPULATION

Defendant Armstrong International, Inc. and Plaintiffs Leslie Jack, individually, and as personal representative of the Estate of Patrick Jack, and David Jack, hereby stipulate that all claims brought against defendant Armstrong International, Inc. may be dismissed without prejudice and without an award of attorneys' fees, expenses or costs to any party.

///

///

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT ARMSTRONG INTERNATIONAL, INC. - 1
10331-0022 5486709 No. 2:17-CV-00537-JLR

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  DATED this 3rd day of May, 2018.

2  DEAN OMAR BRANHAM LLP                    SCHROETER GOLDMARK & BENDER

3
4  By /s/ Benjamin H. Adams                    Thomas J. Breen, WSBA #34574
   Benjamin H. Adams (Pro Hac Vice)            Lucas Garrett, WSBA #38452
5  Charles W. Branham, III (Pro Hac            William Rutzick, WSBA #11533
   Vice)                                       Kristin Houser, WSBA #7286
6  Attorneys for Plaintiffs                    Attorneys for Plaintiffs
   302 N. Market Street, Suite 300             810 Third Avenue, Suite 500
7  Dallas, Texas 75202                         Seattle, WA 98104
   Telephone: (214) 722-5990                   Telephone: (206) 622-8000
8  Email: badams@dobllp.com                    Email: breen@sgb-law.com
   cbranham@dobllp.com                         garrett@sgb-law.com
9                                              rutzick@sgb-law.com
                                               houser@sgb-law.com
10 PREG O'DONNELL & GILLETT PLLC

11
12 By /s/ David E. Chawes
   David E. Chawes, WSBA #36322
13 Bennett J. Hansen, WSBA #24205
   William E. Fitzharris, WSBA #7122
14 Attorneys for Defendant Armstrong
   International, Inc.
15 901 Fifth Avenue, Suite 3400
   Seattle, Washington 98164
16 Telephone: (206) 287-1775
   Firm Email:
17 dchawes@pregodonnell.com
   bhansen@pregodonnell.com
18 wfitzharris@pregodonnell.com

19

20

21

22

23

24

25

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT ARMSTRONG INTERNATIONAL, INC.

Pursuant to the stipulation by the plaintiffs and defendant Armstrong International, Inc., the Court ORDERS that all claims brought against defendant Armstrong International, Inc., are dismissed without prejudice and without an award of attorneys' fees, expenses or costs to any party.

DATED: May 4, 2018.

_____
Hon. James L. Robart
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
DISMISSING DEFENDANT ARMSTRONG
INTERNATIONAL, INC. - 3
10331-0022 5486709 No. 2:17-CV-00537-JLR

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

# DECLARATION OF SERVICE

I hereby declare that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

DATED at Seattle, Washington, this 3rd day of May, 2018.

/s/ David E. Chawes
David E. Chawes, WSBA #36322

STIPULATION AND [PROPOSED] ORDER
DISMISSING DEFENDANT ARMSTRONG
INTERNATIONAL, INC. - 4
10331-0022 5486709 No. 2:17-CV-00537-JLR

PREG O'DONNELL & GILLETT PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113