The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | NO. 2:17-cv-00537 JLR<br><br>[~~PROPOSED~~] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT WEIR VALVES & CONTROLS USA, INC. d/b/a ATWOOD & MORRILL CO., INC. |

## STIPULATION

The above-captioned plaintiffs and defendant Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill Co., Inc., stipulate to the entry of the following Order of Dismissal without further Notice, with prejudice and without costs to either party, reserving to plaintiffs all of plaintiffs' rights of action, claims, and demands against any and all other parties.

///
///
///
///

[~~PROPOSED~~] STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT WEIR VALVES & CONTROLS USA, INC. d/b/a
ATWOOD & MORRILL CO., INC. - 1
2:17-cv-00537 JLR

6445638.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

| | |
|---|---|
| DATED this 16th day of May, 2018. | DATED this 16th day of May, 2018. |
| WILLIAMS, KASTNER & GIBBS PLLC | SCHROETER GOLDMARK & BENDER |
| By *s/Dana C. Kopij*<br>    Dana C. Kopij, WSBA #31648 | By *s/Benjamin H. Adams*<br>    Thomas J. Breen, WSBA #34574<br>    Lucas Garrett, WSBA #38452<br>    Kristin Houser, WSBA #7286 |
| ***Attorneys for Defendant Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill Co., Inc.*** | DEAN OMAR BRANHAM LLP<br><br>    Benjamin H. Adams *(Pro Hac Vice)*<br><br>***Attorneys for Plaintiffs*** |

DATED this 16th day of May, 2018.

WILLIAMS, KASTNER & GIBBS PLLC

By *s/Dana C. Kopij*
   Dana C. Kopij, WSBA #31648

***Attorneys for Defendant Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill Co., Inc.***

DATED this 16th day of May, 2018.

SCHROETER GOLDMARK & BENDER

By *s/Benjamin H. Adams*
   Thomas J. Breen, WSBA #34574
   Lucas Garrett, WSBA #38452
   Kristin Houser, WSBA #7286

DEAN OMAR BRANHAM LLP

   Benjamin H. Adams *(Pro Hac Vice)*

***Attorneys for Plaintiffs***

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT WEIR VALVES & CONTROLS USA, INC. d/b/a
ATWOOD & MORRILL CO., INC. - 2
2:17-cv-00537 JLR

6445638.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

# ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendant Weir Valves & Controls USA, Inc. d/b/a Atwood & Morrill Co., Inc., are dismissed in their entirety with prejudice and without costs to either party, reserving to plaintiffs all of plaintiffs' right of action, claims, and demands against any and all other parties.

DATED this 16th day of May, 2018.

_____
JUDGE/~~COURT COMMISSIONER~~
JAMES L. ROBART

PRESENTED BY:
WILLIAMS, KASTNER & GIBBS PLLC

By *s/Dana C. Kopij*
    Dana C. Kopij, WSBA #31648
    *Attorneys for Defendant Weir Valves & Controls USA, Inc.*
    *d/b/a Atwood & Morrill Co., Inc.*

APPROVED AS TO FORM AND CONTENT BY:
SCHROETER GOLDMARK & BENDER

By *s/Benjamin H. Adams*
    Thomas J. Breen, WSBA #34574
    Lucas Garrett, WSBA #38452
    Kristin Houser, WSBA #7286

DEAN OMAR BRANHAM LLP

    Benjamin H. Adams *(Pro Hac Vice)*

    *Attorneys for Plaintiffs*

[~~PROPOSED~~] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT WEIR VALVES & CONTROLS USA, INC. d/b/a ATWOOD & MORRILL CO., INC. - 3
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6445638.1