The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICK JACK AND LESLIE JACK, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | NO. 2:17-cv-00537 JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT CARRIER CORPORATION |

## STIPULATION

Plaintiffs Patrick Jack and Leslie Jack and defendant Carrier Corporation, by and through their respective counsel of record, hereby stipulate and agree that all claims against defendant Carrier Corporation only may be dismissed in their entirety with prejudice and without costs.

\\
\\
\\
\\
\\
\\

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT CARRIER CORPORATION- 1
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6384669.1

| | | |
|---|---|---|
| 1 | DATED this 17th day of May, 2018. | DATED this 17th day of May, 2018. |

DATED this 17th day of May, 2018.                    DATED this 17th day of May, 2018.

s/Ryan W. Vollans
Nicole R. MacKenzie, WSBA #45741
Ryan W. Vollans, WSBA #45302
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Email: nmackenzie@williamskastner.com
rvollans@williamskastner.com

Attorneys for Carrier Corporation

s/Benjamin H. Adams
Benjamin H. Adams *(Pro Hac Vice)*
Charles W. Branham, III *(Pro Hac Vice)*
DEAN OMAR BRANHAM LLP
302 N. Market Street, Suite 300
Dallas, Texas 75202
Telephone: (214) 722-5990
Email: badams@dobllp.com
cbranham@dobllp.com

Thomas J. Breen, WSBA #34574
Lucas Garrett, WSBA #38452
William Rutzick, WSBA #11533
Kristin Houser, WSBA #7286
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Telephone: (206) 622-8000
Email: breen@sgb-law.com
garrett@sgb-law.com
rutzick@sgb-law.com
houser@sgb-law.com

Attorneys for Plaintiffs

---

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO
DEFENDANT CARRIER CORPORATION- 2
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6384669.1

# ORDER OF DISMISSAL

The Court having considered the Stipulation by the plaintiffs and defendant Carrier Corporation and being fully advised in the premises, now, therefore, hereby ORDERS that all claims against defendant Carrier Corporation only are hereby dismissed with prejudice and without costs to any party.

FURTHER, the Court finds that there is no just reason for delaying entry of final judgment in regard to Carrier Corporation. Based on the foregoing finding, the Court hereby directs that pursuant to CR 54(b) final judgment be entered dismissing all claims against Defendant Carrier Corporation.

DATED this 17th day of May, 2018.

_____
THE HONORABLE JAMES L. ROBART

PRESENTED BY:

s/Ryan W. Vollans
Nicole R. MacKenzie, WSBA #45741
Ryan W. Vollans, WSBA #45302
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone: (206) 628-6600
Email:  nmackenzie@williamskastner.com
        rvollan@williamskastner.com
*Attorneys for* **Carrier Corporation**

APPROVED as to form and content:

s/Benjamin H. Adams
Benjamin H. Adams *(Pro Hac Vice)*
Charles W. Branham, III *(Pro Hac Vice)*
DEAN OMAR BRANHAM LLP
302 N. Market Street, Suite 300
Dallas, Texas 75202
Telephone: (214) 722-5990
Email: badams@dobllp.com
cbranham@dobllp.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT CARRIER CORPORATION- 3
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6384669.1

1  Thomas J. Breen, WSBA #34574
   Lucas Garrett, WSBA #38452
2  William Rutzick, WSBA #11533
   Kristin Houser, WSBA #7286
3  SCHROETER GOLDMARK & BENDER
   810 Third Avenue, Suite 500
4  Seattle, WA 98104
   Telephone: (206) 622-8000
5  Email: breen@sgb-law.com
   garrett@sgb-law.com
6  rutzick@sgb-law.com
   houser@sgb-law.com

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO       Williams, Kastner & Gibbs PLLC
DEFENDANT CARRIER CORPORATION- 4                          601 Union Street, Suite 4100
2:17-cv-00537 JLR                                         Seattle, Washington 98101-2380
                                                          (206) 628-6600

6384669.1