The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | NO. 2:17-cv-00537 JLR<br><br>[~~PROPOSED~~] STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT THE NASH ENGINEERING COMPANY |

## STIPULATION

Defendant The Nash Engineering Company and Plaintiffs Leslie Jack, individually and as Personal Representative of the Estate of Patrick Jack, and David Jack, individually, hereby stipulate that all claims herein brought against The Nash Engineering Company may be dismissed with prejudice and without costs to either party, reserving to Plaintiffs all rights of action, claims, and demands against any and all other parties. Plaintiffs and The Nash Engineering Company further stipulate to the entry of the following Order of Dismissal without further Notice.

///

///

[~~PROPOSED~~] STIPULATION AND ORDER OF DISMISSAL AS TO
DEFENDANT THE NASH ENGINEERING COMPANY - 1
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6484770.1

1  DATED this 23rd day of May, 2018.          DATED this 23rd day of May, 2018.

   WILLIAMS, KASTNER & GIBBS PLLC            SCHROETER GOLDMARK & BENDER

   By *s/Dana C. Kopij*                       By *s/Benjamin H. Adams*
      Dana C. Kopij, WSBA #31648            Thomas J. Breen, WSBA #34574
                                             Lucas Garrett, WSBA #38452
   *Attorneys for Defendant The Nash*             Kristin Houser, WSBA #7286
   *Engineering Company*
                                               DEAN OMAR BRANHAM LLP

      Benjamin H. Adams *(Pro Hac Vice)*

   *Attorneys for Plaintiffs Leslie Jack,*
   *Individually and as Personal Representative*
   *of Patrick Jack, and David Jack, Individually*

---

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL AS TO
DEFENDANT THE NASH ENGINEERING COMPANY - 2
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6484770.1

# ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against defendant The Nash Engineering Company are dismissed in their entirety with prejudice and without costs to either party, reserving to Plaintiffs all of Plaintiffs' rights of action, claims and demands against any and all other parties. *The pending motion for summary judgment filed by The Nash Engineering Company is denied as moot (Dkt. #360).*

DATED this 24th day of May, 2018.

_____
HONORABLE JAMES L. ROBART

PRESENTED BY:

WILLIAMS, KASTNER & GIBBS PLLC

By s/Dana C. Kopij
  Dana C. Kopij, WSBA #31648
  *Attorneys for Defendant The Nash Engineering Company*

APPROVED AS TO FORM AND CONTENT BY:

SCHROETER GOLDMARK & BENDER

By s/Benjamin H. Adams
  Thomas J. Breen, WSBA #34574
  Lucas Garrett, WSBA #38452
  Kristin Houser, WSBA #7286

DEAN OMAR BRANHAM LLP

  Benjamin H. Adams *(Pro Hac Vice)*
  *Attorneys for Plaintiffs Leslie Jack,
  Individually and as Personal Representative
  of Patrick Jack, and David Jack, Individually*

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL AS TO
DEFENDANT THE NASH ENGINEERING COMPANY - 3
2:17-cv-00537 JLR

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

6484770.1