The Honorable James L. Robart

IN THE UNITED STATE DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PATRICK JACK AND LESLIE JACK, HUSBAND AND WIFE,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., ET AL.,<br><br>Defendants. | Case No. 2:17-cv-00537-JLR<br><br>(~~PROPOSED~~) ORDER GRANTING DEFENDANT JOHN CRANE, INC.'S MOTION TO EXTEND DEADLINE TO SERVE WRITTEN DISCOVERY UPON PLAINTIFFS<br><br>[Clerk's Action Required] |



This matter having come before the Court on DEFENDANT JOHN CRANE, INC.'S MOTION TO EXTEND DEADLINE TO SERVE WRITTEN DISCOVERY UPON PLAINTIFFS, and the Court having reviewed the records and files therein, including:

1. Defendant John Crane, Inc.'s (hereinafter "JCI") Motion to Extend Deadline to Serve Written Discovery Upon Plaintiffs;

2. Declaration of Richard Ross in Support of JCI's Motion to Extend Deadline to Serve Written Discovery Upon Plaintiffs;

3. Plaintiffs' Statement of Non-Opposition (Dkt #389)

4. _____

DEFENDANT JOHN CRANE, INC.'S ~~PROPOSED~~ ORDER
GRANTING MOTION TO EXTEND DEADLINE- 1
CASE NO. 2:17-CV-00537-JLR

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F: 206.588.4185

42266.1 2909.42088

5. _____

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant JCI's Motion to Extend Deadline to Serve Written Discovery is hereby GRANTED. Defendant JCI has until May 22, 2018 to serve its Interrogatories, Requests for Production and Requests for Admission on Plaintiffs. Plaintiffs will have 30 days to respond to the written discovery.

Dated this 1st day of June, 2018.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

By: */s/ Richard D. Ross*
RICHARD D. ROSS, WSBA #34502
rross@selmanlaw.com
SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: 206.447.6461
Facsimile: 206.588.4185
Attorneys for Defendant JOHN CRANE, INC.

DEFENDANT JOHN CRANE, INC.'S ~~PROPOSED~~ ORDER
GRANTING MOTION TO EXTEND DEADLINE- 2
CASE NO. 2:17-CV-00537-JLR

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F: 206.588.4185

42266.1 2909.42088