The Honorable James L. Robart

IN THE UNITED STATE DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PATRICK JACK AND LESLIE JACK, HUSBAND AND WIFE,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., ET AL.,<br><br>Defendants. | Case No. 2:17-cv-00537-JLR<br><br>~~PROPOSED~~ ORDER GRANTING DEFENDANT BORGWARNER MORSE TEC, INC.'S MOTION TO EXTEND DEADLINE TO SERVE WRITTEN DISCOVERY UPON PLAINTIFFS<br><br>[Clerk's Action Required] |

This matter having come before the Court on DEFENDANT BORGWARNER MORSE TEC, INC.'S MOTION TO EXTEND DEADLINE TO SERVE WRITTEN DISCOVERY UPON PLAINTIFFS, and the Court having reviewed the records and files therein, including:

1. Defendant BorgWarner Morse TEC, Inc.'s (hereinafter "BorgWarner") Motion to Extend Deadline to Serve Written Discovery Upon Plaintiffs;

2. Declaration of Richard Ross in Support of Defendant BorgWarner's Motion to Extend Deadline to Serve Written Discovery Upon Plaintiffs;

3. <u>Plaintiffs' statement of Non-Opposition (Dkt. #389)</u>

4. _____

DEFENDANT BORGWARNER'S ~~PROPOSED~~ ORDER GRANTING MOTION TO EXTEND DEADLINE- 1
CASE NO. 2:17-CV-00537-JLR

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F: 206.588.4185

42276.1 2183.42089

1    5. _____

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant BorgWarner's Motion to Extend Deadline to Serve Written Discovery is hereby GRANTED. Defendant BorgWarner has until May 22, 2018 to serve its Interrogatories, Requests for Production and Requests for Admission on Plaintiffs. Plaintiffs will have 30 days to respond to the written discovery.

Dated this 1ST day of June, 2018.

_____
THE HONORABLE JAMES L. ROBART

Presented by:

By:   */s/ Richard D. Ross*
     RICHARD D. ROSS, WSBA #34502
     rross@selmanlaw.com
     SELMAN BREITMAN LLP
     800 Fifth Avenue, Suite 4100
     Seattle, WA 98104
     Telephone: 206.447.6461
     Facsimile: 206.588.4185
Attorney for Defendant BORGWARNER MORSE TEC, INC.

DEFENDANT BORGWARNER'S ~~PROPOSED~~ ORDER
GRANTING MOTION TO EXTEND DEADLINE- 2
CASE NO. 2:17-CV-00537-JLR

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F: 206.588.4185

42276.1 2183.42089