THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8    IN THE UNITED STATE DISTRICT COURT WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

9

10   LESLIE JACK, individually and as personal       Case No. 2:17-cv-00537 JLR
representative of PATRICK JACK; DAVID
11   JACK, individually,                             STIPULATION AND (PROPOSED)
ORDER OF DISMISSAL OF
12            Plaintiffs,                            DEFENDANT JOHN CRANE, INC.

13       v.                                          NOTE ON MOTION CALENDAR
JUNE 7, 2018
14   ASBESTOS CORPORATION LTD., et al.,

15            Defendants.

16

## I.   STIPULATION

17

18      COME NOW Plaintiffs Leslie Jack, individually and as the Personal Representative of

19   Patrick Jack, and David Jack, individually, and Defendant John Crane, Inc., who hereby

20   stipulate to the dismissal without prejudice of Defendant John Crane, Inc. pursuant to Fed. R.

21   Civ. P. 41, without costs or fees to either party, reserving to Plaintiffs all Plaintiffs' rights of

22   action, claims, and demands against any and all other parties.

23

24

25

26

STIPULATION AND (PROPOSED) ORDER OF                    SELMAN BREITMAN LLP
DISMISSAL OF DEFENDANT JOHN CRANE, INC.- 1                800 Fifth Avenue, Suite 4100
CASE NO. 2:17-CV-00537 JLR                                    Seattle, WA 98104
T: 206.447.6461 F:  206.588.4185

1

DATED this 7th day of June, 2018.

2

3

By: _s/ Ben Adams_____        By: _s/ Richard D. Ross_____

4        Ben Adams                                Richard D. Ross, WSBA #34502

5        DEAN OMAR & BRANAM, LLP                  SELMAN BREITMAN LLP
         302 N. Market St., Suite 300             600 University St., Suite 1800

6        Dallas, TX  75202                        Seattle, WA  98101-4129
         (214) 722-5990 | Phone                   (206) 447-6461 | Phone

7                                                 (206) 588-4185 | Fax

8        _Attorney for Plaintiffs_                _Attorney for Defendant John Crane, Inc._

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    STIPULATION AND (PROPOSED) ORDER OF                  SELMAN BREITMAN LLP
      DISMISSAL OF DEFENDANT JOHN CRANE, INC. - 2          800 Fifth Avenue, Suite 4100
      CASE NO. 2:17-CV-00537 JLR                           Seattle, WA 98104
                                                           T: 206.447.6461 F:  206.588.4185

1                                  **ORDER OF DISMISSAL**

2         THIS MATTER having come on regularly for hearing before this Court upon the

3 foregoing Stipulation, and the Court being fully advised in the premises.

4         NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

5 Plaintiffs' claims against Defendant John Crane, Inc. are dismissed without prejudice and

6 without costs to either party, reserving to Plaintiffs all Plaintiffs' rights of action, claims, and

7 demands against any and all other parties.

8         IT IS SO ORDERED.

9

10         ENTERED this ___7th___ day of June, 2018.

11

12                         _____

13                   THE HONORABLE JAMES L. ROBART

14 Presented by:

15

16 By: _s/ Richard D. Ross_____

17       Richard D. Ross, WSBA #34502
      SELMAN BREITMAN LLP

18       600 University St., Suite 1800
      Seattle, WA 98101-4129

19       (206) 447-6461 | Phone
      (206) 588-4185 | Fax

20

21       _Attorney for Defendant John Crane, Inc._

22

23

24

25

26 STIPULATION AND (PROPOSED) ORDER OF
DISMISSAL OF DEFENDANT JOHN CRANE, INC. - 3
CASE NO. 2:17-CV-00537 JLR

                                              SELMAN BREITMAN LLP
                                         800 Fifth Avenue, Suite 4100
                                                Seattle, WA 98104
                          T: 206.447.6461 F: 206.588.4185

42335.1 2909.42088

## CERTIFICATE OF SERVICE

I hereby certify that on the following date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all counsel of record who receives CM/ECF notification.

DATED this 7th day of June, 2018.

*s/ Eudora Powell*
Eudora Powell

STIPULATION AND (~~PROPOSED~~) ORDER OF
DISMISSAL OF DEFENDANT JOHN CRANE, INC. - 4
CASE NO. 2:17-CV-00537 JLR

SELMAN BREITMAN LLP
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
T: 206.447.6461 F: 206.588.4185

42335.1 2909.42088