The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | NO. 2:17-cv-00537 JLR<br><br>DEFENDANT DCo LLC'S STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO EXTEND TO TAKE THE DEPOSITION OF DCo LLC'S CORPORATE REPRESENTATIVE |

Counsel for Defendant DCo, LLC, formerly known as Dana Companies, LLC (hereinafter "DCo) and counsel for Plaintiffs Leslie Jack and David Jack, hereby stipulate to an extension of time beyond the current discovery cutoff of June 18, 2018 to June 30, 2018 to conduct the deposition of DCo corporate representative Marcy Duncan. By agreement Plaintiffs scheduled Ms. Duncan's deposition in this matter for June 5, 2018. Ms. Duncan was unable to present for the deposition as she was involved in an accident and was hospitalized a few days before June 5th.

DEFENDANT DCo'S STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO TAKE THE DEPOSITION
OF DCo'S CORPORATE REPRESENTATIVE - 1 of 6
(2:17-cv-00537 JLR)
[4815-5854-7048]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Assuming Ms. Duncan is cleared to travel to Seattle and testify, DCo intends to call Ms. Duncan to testify in person at trial. DCo counsel and Plaintiff counsel are cooperating in re-setting the deposition, with expectation that it can go forward on or before June 30, 2018. However, Ms. Duncan is scheduled for medical follow up on June 18th and the parties must delay setting the actual date for the deposition until after June 18th.

Accordingly, should Ms. Duncan not be cleared for her deposition on or before June 30, 2018, the parties will seek Court approval of a further extension of the discovery deadline so that her deposition may be taken prior to testifying at trial.

Further, though not anticipated at this time, should Ms. Duncan not be cleared for deposition or trial appearance, DCo will promptly make available another witness to testify as its corporate representative and will seek court approval to further extend the discovery cut-off to allow the deposition to proceed.

DCo notified all defendants of this stipulation and proposed order with no objections.

Dated this 11th day of June, 2018.

| GORDON THOMAS HONEYWELL LLP | DEAN OMAR BRANHAM, LLP |
|---|---|
| By /s/ Diane J. Kero<br>    Diane J. Kero, WSBA No. 11874<br>    dkero@gth-law.com | By /s/ Benjamin H. Adams<br>    Benjamin H. Adams *(Pro hac vice)*<br>    badams@dobllp.com |
| Attorneys for Defendant DCo LLC | Attorneys for Plaintiffs |

DEFENDANT DCo'S STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO TAKE THE DEPOSITION
OF DCo'S CORPORATE REPRESENTATIVE - 2 of 6
(2:17-cv-00537 JLR)
[4815-5854-7048]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the discovery deadline for the deposition of DCo's corporate representative, Marcy Duncan be extended to July 30, 2018.

_____
HONORABLE JAMES L. ROBART

Presented by:

GORDON THOMAS HONEYWELL LLP


By /s/ Diane J. Kero
   Diane J. Kero, WSBA No. 11874
   dkero@gth-law.com

Attorneys for Defendant DCo, LLC


DEAN OMAR BRANHAM, LLP


By/s/ Benjamin H. Adams
   Benjamin H. Adams (Pro hac vice)
   badams@dobllp.com

Attorneys for Plaintiffs

DEFENDANT DCo'S STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO TAKE THE DEPOSITION
OF DCo'S CORPORATE REPRESENTATIVE - 3 of 6
(2:17-cv-00537 JLR)
[4815-5854-7048]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I, Sarah Campbell, hereby certify that on June 11, 2018, the foregoing was electronically filed with the Clerk of the U.S. District Court for the Western District of Washington at Seattle using the CM/ECF system, which will send notification to all parties of record.

| Attorneys for Plaintiff | Attorneys for CBS Corporation; General Electric Company; Foster Wheeler Energy Corporation |
|---|---|
| SCHROETER GOLDMARK & BENDER<br>William Rutzick<br>Kristin Houser<br>Thomas J. Breen<br>SGBAsbestos@sgb-law.com<br>breen@sgb-law.com<br>houser@sgb-law.com<br>Jones@sgb-law.com<br>Farley@sgb-law.com<br>Ylitalo@sgb-law.com<br>bell@sgb-law.com<br><br>DEAN OMAR BRANHAM LLP<br>Benjamin H. Adams, *Pro Hac Vice*<br>Charles W. Branham III, *Pro Hac Vice*<br>Lisa White Shirley, *Pro Hac Vice*<br>badams@dobllp.com<br>tbranham@dobllp.com<br>DSmith-Hogan@dobllp.com<br>lshirley@dobllp.com | Chris S. Marks<br>Erin P. Fraser<br>Malika Johnson<br>TANENBAUM KEALE LLP<br>seattle.asbestos@tktrial.com<br><br>**Co-Counsel for CBS only**<br>William D. Harvard, *Pro Hac Vice*<br>EVERT WEATHERSBY HOUFF<br>wdhavard@ewhlaw.com<br>kacook@ewhlaw.com |

DEFENDANT DCo'S STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO TAKE THE DEPOSITION
OF DCo'S CORPORATE REPRESENTATIVE - 4 of 6
(2:17-cv-00537 JLR)
[4815-5854-7048]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

| | |
|---|---|
| Attorneys for Air & Liquid Systems Corporation<br>Barry N. Mesher<br>LAW OFFICE OF BARRY N. MESHER LLC<br>bnm@bnmesherlaw.com | Attorneys for Ingersoll Rand Company; Valen Valve Corporation<br>GORDON & REES LLP<br>Mark B. Tuvim<br>Kevin J. Craig<br>Trevor J. Mohr<br>SeaAsbestos@gordonrees.com<br><br>Katherine A. Lawler<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Katherine.lawler@nelsonmullins.com<br>Shemeka.eldridge@nelsonmullins.com |
| Attorneys for Meadwestvaco Corporation; Kelsey-Hays Co.<br>BULLIVANT HOUSER BAILEY PC<br>Jeanne F. Loftis<br>asbestos-pdx@bullivant.com | Attorneys for Borg-Warner Morse Tec LLC (Borg-Warner Corporation)<br>SELMAN BREITMAN, LLP<br>Richard D. Ross<br>asbestoswa@selmanlaw.com |
| Attorneys for Honeywell International, Inc.<br>PERKINS COIE LLP<br>Kristine E. Kruger<br>HW_Asbestos_SEA@perkinscoie.com | Attorneys for Flowserve US Inc.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>Randy Aliment<br>Seattle-Asbestos@lewisbrisbois.com |
| Attorneys for Crane Co.<br>K&L GATES<br>G. William Shaw<br>Ryan J. Groshong<br>se.asbestos@klgates.com | Attorneys for The William Powell Company<br>FOLEY & MANSFIELD, PLLP<br>J. Scott Wood<br>Brian B. Smith<br>Asbestos-sea@foleymansfield.com |
| Attorneys for Crosby Valve, LLC<br>Von BRIESEN & ROPER, S.C.<br>John G. Goller<br>jgoller@vonbriesen.com<br><br>GARDNER TRABOLSI & ASSOCIATES<br>Ronald Gardner<br>asbestos@gandtlawfirm.com<br><br>Attorneys for Air & Liquid Systems Corporation<br>Barry N. Mesher<br>LAW OFFICE OF BARRY N. MESHER LLC<br>bnm@bnmesherlaw.com | Attorneys for Ford Motor Company<br>FUCILE & REISING LLP<br>Mark J. Fucile<br>Dan Reising<br>service@frllp.com |

DEFENDANT DCo'S STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO TAKE THE DEPOSITION
OF DCo'S CORPORATE REPRESENTATIVE - 5 of 6
(2:17-cv-00537 JLR)
[4815-5854-7048]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

| Attorneys for Viad Corporation; Goulds Pumps, Inc. | Attorneys for Gardner-Denver, Inc.; Warren Pumps, LLC |
|---|---|
| GARDNER TRABOLSI & ASSOCIATES<br>Ronald Gardner<br>David D. Mordekhov<br>asbestos@gandtlawfirm.com | RIZZO MATTINGLY BOSWORTH<br>Claude F. Bosworth<br>asbestos@rizzopc.com |
| Attorneys for Union Pacific Railroad Co. | Attorneys for Metropolitan Life Insurance Company |
| LANE POWELL PC<br>Tim D. Wackerbarth<br>Jeffrey M. Odom<br>Andrew G. Yates<br>HW_Asbestos_SEA@perkinscoie.com<br><br>Viiu Spangler Khare, *Pro Hac Vice*<br>Ryan T. Moore, *Pro Hac Vice*<br>BERKES CRANE ROBINSON & SEAL<br>vspanglerkhare@bcrslaw.com<br>rmoore@bcrslaw.com<br>bpartida@bcrslaw.com | WILSON, SMITH, COCHRAN & DICKERSON<br>John D. Wilson, Jr.<br>Richard G. Gawlowski<br>Alfred E. Donohue<br>MetLifeAsbestos@wscd.com |

/s/ Savanna L. Stevens
Savanna L. Stevens, Legal Assistant
sstevens@gth-law.com
GORDON THOMAS HONEYWELL LLP

DEFENDANT DCo'S STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO TAKE THE DEPOSITION
OF DCo'S CORPORATE REPRESENTATIVE - 6 of 6
(2:17-cv-00537 JLR)
[4815-5854-7048]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575