THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LESLIE JACK, Individually and as Personal Representative of the Estate of PATRICK JACK, DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | Case No. 2:17-cv-00537-JLR<br><br>[~~PROPOSED~~] STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GARDNER DENVER, INC. |

## STIPULATION

Plaintiff and Defendant Gardner Denver, Inc. stipulate and agree that the Court dismiss Plaintiff's claims and causes of action against Gardner Denver, Inc. without prejudice and without costs to any party, reserving to Plaintiff's all claims against other parties.

Dated: 6/12/2018

DEAN OMAR BRANHAM, LLP

*s/Benjamin H. Adams*
Benjamin H. Adams (*Pro Hac Vice*)
CA Bar No. 272909
badama@dobllp.com
Attorney for Plaintiffs

Dated: 6/12/2018

RIZZO MATTINGLY BOSWORTH PC

*s/Claude Bosworth*
Claude Bosworth, WSBA#42568
cbosworth@rizzopc.com
Attorney for Gardner Denver, Inc.

[~~PROPOSED~~] STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GARDNER DENVER, INC. [CASE NO. 2:17-CV-00537-JLR] – PAGE 1

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

Dated: ___6/12/2018___

SCHROETER GOLDMARK & BENDER

_s/Thomas J. Breen_
Thomas J. Breen, WSBA#34574
breen@sgb-law.com
Attorney for Plaintiffs

## ORDER OF DISMISSAL

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, upon stipulation between Plaintiff and Defendant Gardner Denver, Inc., through their respective and duly authorized attorneys, the Court having been fully advised and finding no just reason for delay, it is now, therefore,

ADJUDGED, ORDERED AND DECREED, that Plaintiff's claims and causes of action against Gardner Denver, Inc. only, are DISMISSED without prejudice and without costs to any party, reserving to Plaintiff all claims against other parties.

Dated this 12th of June, 2018.

_____
JUDGE/COURT COMMISSIONER
JAMES L. ROBART

Presented by:

RIZZO MATTINGLY BOSWORTH PC
Claude Bosworth, WSBA#42568
cbosworth@rizzopc.com
1300 SW Sixth Avenue, Suite 330
Portland, Oregon 97201
Telephone: 503-229-1819
Fax: 503-229-0630
*Attorney for Gardner Denver, Inc.*

[CASE NO. 2:17-CV-00537-JLR] – PAGE 2

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LESLIE JACK, Individually and as Personal Representative of the Estate of PATICK JACK, DAVID JACK, individually,<br><br>Plaintiff,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | CASE NO. 2:17-cv-00537-JLR<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Rizzo Mattingly Bosworth PC in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Ste. 330, Portland, Oregon 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof **[PROPOSED] STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GARDNER DENVER, INC.** in the following manner unless otherwise indicated.

**VIA ECF**

Thomas J. Breen
Schroeter, Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
SGBasbestos@sgb-law.com
*Attorneys for Plaintiffs*

Barry N. Mesher
Alice C. Serko
Rachel Tallon Reynolds
Sedgwick LLP
600 University Street, Suite 2915
Seattle, WA 98101
Asbestos.seattle@sedgwicklaw.com
*Attorneys for Air & Liquid Systems Corporation; Crown Cork & Seal Company, Inc.*

David E. Chawes
Preg O'Donnell & Gillett PLLC
901 Fifth Avenue, Suite 3400
Seattle, WA 98164
asbestos@poglaw.com
*Attorneys for Armstrong International, Inc.*

Jeanne E. Loftis
Bullivant Houser Bailey, PC
888 SW Fifth Avenue, Ste 300
Portland, OR 97024
Asbestos-pdx@bullivant.com
*Attorneys for Aurora Pump Company; Genuine Parts Company*

1 – DECLARATION OF DELIVERY AND/OR MAILING

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

| | | |
|---|---|---|
| 1 | | |
| 2 | Dana C, Kopij, WSBA #31648 | Richard D. Ross |
|   | Nicole R. MacKenzie, WSBA #45741 | Michael Madderra |
| 3 | Williams, Kastner & Gibbs PLLC | Selman Breitman LLP |
|   | 601 Union Street, Suite 4100 | 800 Fifth Avenue, Suite 4100 |
| 4 | Seattle, WA 98101-2380 | Seattle, WA 98104 |
|   | wkgasbestos@williamskastner.com | asbestoswa@selmanlaw.com |
| 5 | *Attorneys for Autosales, Incorporated;* | *Attorneys for Borg-Warner Morse Tec* |
| 6 | *Carrier Corporation; Nash Engineering Co.; Parker-Hannifin Corporation;* | |
| 7 | *Standard Motors Products, Inc; Weir Valves & Controls* | |
| 8 | | |
| 9 | Christopher Marks | G. William Shaw |
|   | Erin Fraser | Ryan J. Groshong |
| 10 | Sedgwick LLP | K&L Gates LLP |
|    | 600 University Street, Suite 2915 | 925 4th Avenue, Suite 2900 |
|    | Seattle, WA 98101 | Seattle, WA 98104 |
| 11 | Asbestos.seattle@sedgwicklaw.com | Se.asbestos@klgates.com |
| 12 | *Attorneys for CBS Corporation; General Electric Company; Foster Wheeler Energy Corporation* | *Attorneys for Crane Co.* |
| 13 | | |
| 14 | Ronald C. Gardner | James Horne |
|    | Gardner Trabolsi & Associates PLLC | Michael Ricketts |
| 15 | 2200 6th Avenue, Suite 600 | Gordon Thomas Honeywell LLP |
|    | Seattle, WA 98121 | 600 University, Suite 2100 |
| 16 | asbestos@gandtlawfirm.com | Seattle, WA 98104-4185 |
|    | | IMOservice@gth-law.com |
| 17 | *Attorneys for Goulds Pumps LLC; Viad Corp* | *Attorneys for Defendant IMO Industries, Inc.* |
| 18 | | |
| 19 | Richard D. Ross | Katherine Steele |
|    | Michael J. Madderra | Michael Brown |
| 20 | Selman Breitman LLP | Bullivant Houser Bailey, PC |
|    | 800 Fifth Avenue, Suite 4100 | 1700 Seventh Ave., Suite 1810 |
| 21 | Seattle, WA 98104 | Seattle, WA 98101 |
|    | asbestoswa@selmanlaw.com | Asbestos@bullivant.com |
| 22 | *Attorneys for Defendant John Crane, Inc.* | *Attorneys for Kelsey Hayes Company; MW Custom Paper* |
| 23 | | |
| 24 | Diane Kero | Tim Wackerbarth |
|    | Gordon Thomas Honeywell LLP | Jeffrey Odom |
| 25 | 600 University Street, Suite 2100 | Lane Powell PC |
|    | Seattle, WA 98101 | 1420 Fifth Avenue, Suite 4200 |
| 26 | service@gth-law.com | Seattle, WA 98111 |
|    | *Attorneys for Pneumo Abex LLC* | |

2 – DECLARATION OF DELIVERY AND/OR MAILING

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

| | | |
|---|---|---|
| 1 | | asbestos@lanepowell.com<br>***Attorneys for Union Pacific Railroad Co.*** |
| 2 | Allen Eraut | |
| 3 | Rizzo Mattingly Bosworth, PC<br>1300 SW 6th Avenue, Suite 330<br>Portland, OR 97201 | |
| 4 | asbestos@rizzopc.com | |
| 5 | ***Attorney for Warren Pumps, LLC*** | |
| 6 | Brian Smith | Randy Aliment |
| 7 | James D. Hicks<br>Foley & Mansfield PLLP | Lewis Brisbois Bisgaard & Smith LLP<br>1111 3rd Ave Ste 2700 |
| 8 | 800 Fifth Avenue, Suite 3850<br>Seattle, WA 98104 | Seattle, WA 98101-3224<br>Randy.Aliment@lewisbrisbois.com |
| 9 | sbestos-sea@foleymansfield.com<br>***Attorneys for W.M. Powell Co.*** | ***Attorneys for Edward Valves*** |

1    I declare under penalty of perjury and under the laws of the State of Washington (RCW 9A.72.085) that the foregoing is true and correct.

    Executed at Portland, Oregon, this 12th day of June, 2018.

                                *s/Hallie Zmroczek*
                                Hallie Zmroczek
                                Paralegal

3 – DECLARATION OF DELIVERY AND/OR MAILING

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630