THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

7

## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| 8 | PATRICK JACK AND LESLIE JACK, | ) No. 2:17-CV-00537-JLR |
| 9 | Husband and Wife, | ) |
| | Plaintiffs, | ) |
| 10 | | ) **STIPULATION AND ORDER OF** |
| | | ) **DISMISSAL WITH PREJUDICE AS TO** |
| | v. | ) **DEFENDANT THE WM. POWELL** |
| 11 | | ) **COMPANY** |
| | ASBESTOS CORPORATION LTD., et.al, | ) |
| 12 | | ) |
| 13 | Defendants. | ) [PROPOSED] |
| | | ) |
| 14 | | ) |

15    Plaintiffs PATRICK JACK AND LESLIE JACK, Husband and Wife, and Defendant

16  THE WM. POWELL COMPANY, by their attorneys of record,  stipulate that all claims against

17  Defendant THE WM. WILLIAM POWELL COMPANY only, be dismissed, with prejudice and

    without costs to either party.

18
19    Dated this 12th day of June, 2018.

20    SCHROETER, GOLDMARK & BENDER        FOLEY & MANSFIELD, P.L.L.P.

21
      BY:    *s/ Thomas J. Breen*                BY:    */s/ Brian Smith*
22           THOMAS J. BREEN, WSBA #34574              Brian Smith, WSBA #45930
             breen@sgb-law.com                         bsmith@foleymansfield.com
23
             *s/ Lucas Garrett*                        */s/ James D. Hicks*
24           LUCAS GARRETT, WSBA #38452                James D. Hicks, WSBA #36126
             garrett@sgb-law.com;
25

STIPULATION AND ORDER OF                Page 1        **Foley & Mansfield, PLLP**
DISMISSAL WITH PREJUDICE AS TO                        999 Third Avenue, Suite 3760
DEFENDANT THE WM. POWELL COMPANY                      Seattle, WA  98104
CASE NO. 2:17-CV-00537-JLR                            Telephone:  (206) 456-5360

1

sgbasbestos@sgb-law.com                    hicks@foleymansfield.com

2    and                                          Attorneys for Defendant
                                                  The Wm. Powell Company

3         s/ Benjamin H. Adams
4         BENJAMIN H. ADAMS (*Pro hac vice*)
          CA. BAR NO. 272909
5         badams@dobllp.com

6         *Counsel for Plaintiffs*

7

8         Based upon the above stipulation,

9         IT IS ORDERED that THE WM. POWELL COMPANY only, is dismissed with

10   prejudice and without costs, reserving to the plaintiffs their claims against other defendants.

11        DONE IN OPEN COURT June 13, 2018.

12

13        HONORABLE JAMES L. ROBART

14

15   *Presented by:*
     FOLEY & MANSFIELD, P.L.L.P.

16   /s/ Brian Smith
17   Brian Smith, WSBA #45930
     bsmith@foleymansfield.com

18
     /s/ James D. Hicks
19   James D. Hicks, WSBA #36126
     hicks@foleymansfield.com
20   Attorneys for Defendant The Wm. Powell Company

21   *Agreed as to Form and Notice of*
22   *Presentation Waived:*
     SCHROETER, GOLDMARK & BENDER

23
     s/ Thomas J. Breen
24   THOMAS J. BREEN, WSBA #34574

25

STIPULATION AND ORDER OF                  Page 2          **Foley & Mansfield, PLLP**
DISMISSAL WITH PREJUDICE AS TO                            999 Third Avenue, Suite 3760
DEFENDANT THE WM. POWELL COMPANY                         Seattle, WA  98104
CASE NO. 2:17-CV-00537-JLR                               Telephone:  (206) 456-5360

*[handwritten in right margin]* The pending motion for summary judgment is hereby denied as moot (Dkt. #369).

1    breen@sgb-law.com

2    *s/ Lucas Garrett*
    LUCAS GARRETT, WSBA #38452
3    garrett@sgb-law.com;
    sgbasbestos@sgb-law.com
4
    and
5
6    *s/ Benjamin H. Adams*
    BENJAMIN H. ADAMS (*Pro hac vice*)
7    CA. BAR NO. 272909
    badams@dobllp.com
8    *Counsel for Plaintiffs*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE AS TO
DEFENDANT THE WM. POWELL COMPANY
CASE NO. 2:17-CV-00537-JLR

Page 3

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA 98104
Telephone: (206) 456-5360