1

The Honorable James L. Robart

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DIVISION OF WASHINGTON AT SEATTLE

8

9

LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,

10

11

Plaintiffs,

12

v.

13

ASBESTOS CORPORATION LTD, et al.

Defendants.

No.  2:17-cv-00537- JLR

STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CROSBY VALVE, LLC, ONLY

***CLERK'S ACTION REQUIRED***

14

STIPULATION

15

16

Plaintiffs and Defendant Crosby Valve, LLC, hereby stipulate that all claims against

Defendant Crosby Valve, LLC, only, may be dismissed without prejudice and without costs

17

and/or attorneys' fees as to either party.

18

DATED this _____ day of _____, 2018.

19

SCHROETER GOLDMARK & BENDER        GARDNER TRABOLSI & ASSOCIATES PLLC

20

21

By */s/ Thomas J. Breen*
Thomas J. Breen, WSBA #34574
Lucas Garrett, WSBA #38452
Benjamin H. Adams, Bar #272909
(Pro Hac Vice)
Attorneys for Plaintiffs

22

23

By */s/ Ronald C. Gardner*
Ronald C. Gardner, WSBA #9270
Attorney for Defendant Defendant Crosby Valve, LLC

STIPULATED MOTION TO DISMISS AND ORDER
OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANT CROSBY VALVE, LLC, ONLY
USDC WD WA/SEA NO. No. 2:17-cv-00537-JLR - 1

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

ORDER

It is ORDERED, ADJUDGED and DECREED that Plaintiffs' action against Defendant, Crosby Valve, LLC, only, is hereby dismissed without prejudice, no costs to be awarded.

DATED this 13th day of June , 2018.

_____
The Honorable James L. Robart

*Presented by:*

GARDNER TRABOLSI & ASSOCIATES PLLC

By /s/ Ronald C. Gardner
Ronald C. Gardner, WSBA #9270
Attorney for Defendant Crosby Valve, LLC

*Approved as to form; notice of presentation waived;*

SCHROETER GOLDMARK & BENDER

By /s/ Thomas J. Breen
Thomas J. Breen, WSBA #34574
Lucas Garrett, WSBA #38452
Benjamin H. Adams, Bar #272909 (*Pro Hac Vice*)
Attorneys for Plaintiffs

GARDNER TRABOLSI & ASSOCIATES PLLC
A T T O R N E Y S
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318