THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  PATRICK JACK and LESLIE JACK,              )
   husband and wife,                          )     Case No. 2:17-cv-00537-JLR
10                                            )
                             Plaintiffs,      )     **STIPULATION AND [PROPOSED]**
11                                            )     **ORDER FOR EXTENSION OF TIME**
        v.                                    )     **TO TAKE THE DEPOSITION OF**
12                                            )     **UNION PACIFIC RAILROAD**
   ASBESTOS CORPORATION LTD, et al.,          )     **COMPANY'S CORPORATE**
13                                            )     **REPRESENTATIVE**
                             Defendants.      )
14                                            )

15      Counsel for Defendant Union Pacific Railroad Company ("Union Pacific") and counsel

16  for Plaintiffs Leslie Jack and David Jack ("Plaintiffs"), hereby stipulate to an extension of time

17  beyond the current discovery cutoff of June 18, 2018, solely for the purposes of conducting the

18  deposition of Union Pacific's corporate representative pursuant to Federal Rule of Civil

19  Procedure 30(b)(6).

20      Due to numerous scheduling conflicts, Union Pacific is unable to produce a corporate

21  representative on or before June 18, 2018. The parties are meeting and conferring in good faith

22  to obtain a mutually convenient date, time, and location and have agreed that the deposition will

23  go forward no later than July 18, 2018.

24
25
26
27

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1    Union Pacific notified all defendants of this stipulation and proposed order with no

2  objections.

3        DATED this 13th day of June 2018.

4                        LANE POWELL PC

5

6                        By: *Tim D. Wackerbarth*
                              Tim D. Wackerbarth, WSBA No. 13673
7                             wackerbartht@lanepowell.com
                              Jeffrey M. Odom, WSBA No. 36168
8                             odomj@lanepowell.com
                              Andrew G. Yates, WSBA No. 34239
9                             yatesa@lanepowell.com

10                       *AND*

11                       BERKES CRANE ROBINSON & SEAL

12

13                       By: */s/ Viiu Spangler Khare*
                              Robert H. Berkes, *Admitted Pro Hac Vice*
14                            rberkes@bcrslaw.com
                              Viiu Spangler Khare, *Admitted Pro Hac Vice*
15                            vspanglerkhare@bcrslaw.com
                              Ryan T. Moore, *Admitted Pro Hac Vice*
16                            rmoore@bcrslaw.com

17                       Attorneys for Defendant Union Pacific Railroad
                         Company
18
                         DEAN OMAR BRANHAM, LLP
19

20
                         By: */s/ Benjamin H. Adams*
21                            Benjamin H. Adam, *Admitted Pro Hac Vice*
                              Attorneys for Plaintiffs
22

23

24

25

26

27

1

2 **[PROPOSED] ORDER**

3     Based on the foregoing Stipulation, it is hereby ORDERED that the discovery deadline

4 for the deposition of Union Pacific's corporate representative may be extended to July 18, 2018.

*No other deadlines shall be extended.*

5     DATED this __14th__ day of June 2018.

6

7

THE HONORABLE JAMES L. ROBART

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIP & [PROPOSED] ORDER FOR EXTENSION OF TIME TO TAKE
THE DEP OF UPRC'S CORPORATE REP  - 3
CASE NO. 2:17-CV-00537-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

## **CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 13th day of June 2018, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Thomas J. Breen
Lucas W.H. Garrett
William J. Rutzick
Kristin M. Houser
Schroeter Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104-1657
breen@sgb-law.com
garrett@sgb-law.com
rutzick@sgb-law.com
houser@sgb-law.com

Benjamin H. Adams
Dean Omar & Branham, LLP
4343 Finley Avenue, #5
Los Angeles, CA 90027
badams@dobllp.com

Allen Eraut
Rizzo Mattingly Bosworth PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
aeraut@rizzopc.com

James E. Horne
Michael E. Ricketts
Gordon Thomas Honeywell
600 University Street, Suite 2100
Seattle, WA 98101-4185
jhorne@gth-law.com
mricketts@gth-law.com

Dana C. Kopij
Williams Kastner
601 Union Street, Suite 4100
Seattle, WA 98101
dkopij@williamskastner.com

Christopher S. Marks
Erin P. Fraser
Sedgwick LLP
600 University Street, Suite 2915
Seattle, WA 98101-4172
chris.marks@sedgwicklaw.com
erin.fraser@sedgwicklaw.com

Nicole R. MacKenzie
Ryan W. Vollans
Williams Kastner & Gibvbs, PLLC
601 Union Street, Suite 4100
Seattle, WA 98101
nmackenzie@williamskastner.com
rvollans@williamskastner.com

Brian Smith
Foley & Mansfield, PLLC
800 Fifth Avenue, Suite 3850
Seattle, WA 98104
asbestos-sea@foleymansfield.com

STIP & [PROPOSED] ORDER FOR EXTENSION OF TIME TO TAKE
THE DEP OF UPRC'S CORPORATE REP - 4
CASE NO. 2:17-CV-00537-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1  Jeanne F. Loftis                          Chris R. Youtz
   Melissa Kenney                            Sirianni Youtz Spoonemore Hamburger
2  Bullivant Houser Bailey PC                701 Fifth Avenue, Suite 2560
   999 SW Fifth Avenue, Suite 300            Seattle, WA 98104
3  Portland, OR 97204-2089                   cyoutz@sylaw.com
   jeanne.loftis@bullivant.com
4  melissa.kenney@bullivan.com

5  Richard D. Ross                           Barry N. Mesher
   Michael J. Madderra                       Rachel T. Reynolds
6  Selman Breitman LLP                       Alice C. Serko
   800 Fifth Avenue, Suite 4100              Sedgwick, LLP
7  Seattle, WA 98104                         600 University Street, Suite 2915
   rross@selmanlaw.com                       Seattle, WA 98101
8  mmadderra@selmanlaw.com                   barry.mesher@sedgwicklaw.com
                                             rachel.reynolds@sedgwicklaw.com
9                                            alice.serko@sedgwicklaw.com
                                             asbestos.seattle@sedgwicklaw.com
10
   Mark J. Fucile
11 Fucile & Reising, LLP
   800 NW Sixth Avenue, Suite 211
12 Portland, OR 97209
   mark@frllp.com
13

14 and I hereby certify that I have mailed by United States Postal Service the document to the

15 following non-CM/ECF participants:

16
   Executed on the 13ᵗʰ day of June 2018.
17

18

19                        _Sabrina Mitchell_

20                        Sabrina Mitchell

21

22

23

24

25

26

27

STIP & [PROPOSED] ORDER FOR EXTENSION OF TIME TO TAKE
THE DEP OF UPRC'S CORPORATE REP - 5
CASE NO. 2:17-CV-00537-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107