UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants | NO. 2:17-cv-00537-JLR<br><br>**DEFENDANT INGERSOLL RAND COMPANY AND VELAN VALVE CORPORATION'S STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO EXTEND TO TAKE THE DEPOSITION OF EXPERT GAIL STOCKMAN** |

Counsel for Defendants Ingersoll Rand Company and Velan Valve Corporation and counsel for Plaintiffs Leslie Jack and David Jack, hereby stipulate to an extension beyond the current discovery cutoff of June 18, 2018 to June, 22, 2018 to conduct the deposition of expert Gail Stockman. By agreement Plaintiffs schedule Ms. Stockman's deposition in this matter for June 18, 2018. Ms. Stockman is unable to be present as she is testifying at trial in another matter.

Ingersoll Rand Company and Velan Valve Corporation has notified all defendants of this stipulation and proposed order with no objections.

///

DEFENDANT VELAN VALVE CORPORATION'S
CORPORATE DISCLOSURE STATEMENT - 1
No. 2:17-cv-00537-BAT

**GORDON SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100

Dated this 13th day of June 2018.

| | |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP | DEAN OMAR BRANHAM, LLP |
| *s/Mark B. Tuvim* <br> Mark B. Tuvim, WSBA No. 31909 <br> Kevin J. Craig, WSBA No. 29932 <br> Attorney for Ingersoll Rand Company <br> And Velan Valve Corporation <br> seaasbestos@gordonrees.com | *s/Benjamin H. Adams* <br> Benjamin H. Adam (Pro Hac Vice) <br> badams@dobllp.com |

DEFENDANT VELAN VALVE CORPORATION'S
CORPORATE DISCLOSURE STATEMENT - 2
No. 2:17-cv-00537-BAT

**GORDON SCULLY MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the discovery deadline for the deposition of expert Gail Stockman be extended to June 22, 2018. *No other deadlines will be extended.*

Dated this 14th of June, 2018

_____
HONORABLE JAMES L. ROBART

Presented by:

GORDON REES SCULLY
MANSUKHANI, LLP

s/Mark B. Tuvim
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Ingersoll Rand Company
And Velan Valve Corporation
seaasbestos@gordonrees.com

DEAN OMAR BRANHAM, LLP

s/Benjamin H. Adams
Benjamin H. Adams (Pro Hac Vice)
Attorney for Plaintiff
badams@dobllp.com

DEFENDANT VELAN VALVE CORPORATION'S
CORPORATE DISCLOSURE STATEMENT - 3
No. 2:17-cv-00537-BAT

1136613/3883500v.1

**GORDON SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100

# CERTIFICATE OF SERVICE

The undersigned declares under the penalty of perjury under the laws of the State of Washington that on this day a true and correct copy of the foregoing document was filed with the Clerk of the Court served via email on all counsel of record below:

**Attorneys for Plaintiffs**
Thomas J. Breen
Lucas Garrett
Schroeter Goldmark & Bender
500 Central Building
810 3rd Avenue
Seattle, WA 98104-1693
SGBasbestos@sgb-law.com

**Attorneys for Plaintiffs**
Benjamin H. Adams
Charles W. Branham, III
Dean Omar & Branham, LLP
4343 Finley Avenue, #5
Los Angeles, CA 90027
badams@dobllp.com
jjohnson@dobllp.com

**Attorneys for Borg Warner Corporation**
Richard D. Ross
Michael Madderra
Selman Breitman LLP
600 University Street, Suite 1800
Seattle, WA 98101
rros@selmanlaw.com
mmadderra@selmanlaw.com
asbestoswa@selmanlaw.com

**Attorneys for IMO Industries, Inc.**
Jim Horne
Gordon Thomas Honeywell LLP
600 University, Suite 2100
Seattle, WA 98101-4185
IMOservice@gth-law.com

CERTIFICATE OF SERVICE - 1

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**Attorneys for Honeywell International Inc.**
Mary Z. Gaston
Kristine E. Kruger
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101
mgaston@perkinscoie.com
kkruger@perkinscoie.com
HW_Asbestos_SEA@perkinscoie.com

**Attorneys for Flowserve US Inc.**
Randy J. Aliment
Marc M. Carlton
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Seattle-asbestos@lewisbrisbois.com

**Attorneys for Pneumo Abex LLC and Dana Companies, LLC**
Diane J. Kero
Gordon Thomas Honeywell
600 University, Suite 2101
Seattle, WA 98101-4185
service@gth-law.com

**Attorneys for Union Pacific Railroad Company**
Tim D. Wackerbarth
Lane Powell PC
Andrew G. Yates
1420 5th Avenue, Suite 4100
Seattle, WA 98101
asbestos@lanepowell.com
rmoore@bcrslaw.com
bpartida@bcrslaw.com

and

Robert H. Berkes
Berkes Crane Robinson & Seal LLP
515 S. Figueroa Street, Suite 1500
Los Angeles, CA 90071
rberkes@bcrslaw.com
Ryan T. Moore (Pro Se)
Viiu Spangler Khaer (Pro Se)
Berkes Crane Robinson & Seal
515 S. Figueroa Street, Suite 1500
Los Angeles, CA 90071
rmoore@bcrslaw.com
vspanglerkhare@bcrslaw.com

CERTIFICATE OF SERVICE - 2

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**Attorneys for Vlad Corporation and Crosby Valve, LLC**
Ronald C. Gardner
Gardner Trabolsi & Associates PLLC
2200 Sixth Ave., Suite 600
Seattle, WA 98121
asbestos@gandtlawfirm.com

**Attorneys for Kelsey-Hayes Company, MeadWestvaco Corporation**
Katherine M. Steele
Rachel Tallon Reynolds
Bullivant Houser Bailey
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101-1618
asbestos@bullivant.com

**Attorneys for Ford Motor Company**
Mark J. Fucile
Daniel Reising
Fucile & Reising, LLP
800 NW 6th Avenue, Suite 211
Portland, OR 97209-3883
service@frllp.com

**Attorneys for Metropolitan Life Insurance Company**
Richard Gawlowski
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
metlifeasbestos@wscd.com

**Attorneys for Warren Pumps, Inc.**
J. Michael Mattingly
Rizzo Mattingly Bosworth PC
1300 SW Sixth Avenue, Suite 330
Portland, OR 97201
asbestos@rizzopc.com

**Attorneys for CBS Corporation, General Electric Co. and Foster Wheeler Energy Corporation**
Christopher S. Marks
Erin P. Fraser
Malika Johnson
Tanenbaum Keale LLP
701 Pike Street, Suite 1575
Seattle, WA 98101
seattle.asbestos@tktrial.com

CERTIFICATE OF SERVICE - 3

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**Pro Hac Attorney for CBS**
William D. Harvard
Evert Weathersby Houff
200 Cleveland Road, Suite 6
Bogart, GA 30622
wdharvard@ewhlaw.com
kacook@ewhlaw.com

DATED this 13th day of June, 2018.

                                                   *s/Angela M. Kendrick*
                                                 Angela M. Kendrick
                                                 akendrick@gordonrees.com

CERTIFICATE OF SERVICE - 4

1136613/37304676v.1

GORDON REES SCULLY
MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822