UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>　　　　　Plaintiffs,<br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>　　　　　Defendants | NO. 2:17-cv-00537-JLR<br><br>[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF VELAN VALVE CORPORATION |

## STIPULATION

The above-captioned plaintiffs and defendant Velan Valve Corporation, stipulate to the entry of the following Order of Dismissal without further Notice, without prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties.

DATED this 27th day of June, 2018.

SCHROETER, GOLDMARK & BENDER
DEAN OMAR BRANHAM, LLP

s/Benjamin H. Adams
Thomas J. Breen, WSBA No. 34574
Benjamin H. Adams (Pro Hac Vice)

GORDON REES SCULLY
MANSUKHANI, LLP

s/Mark B. Tuvim
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Velan Valve Corporation

[PROPOSED] STIPULATION AND ORDER OF
DISMISSAL OF VELAN VALVE COPORATION - 1
No. 2:17-cv-00537-BAT

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendant Velan Valve Corporation, its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed without prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' right of action, claims, and demands against any and all other parties.

DONE IN OPEN COURT this 27th day of June, 2018.

_____
HONORABLE JAMES L. ROBART
United States District Court Judge

Presented by:

SCHROETER, GOLDMARK & BENDER
DEAN OMAR BRANHAM, LLP

*s/Benjamin H. Adams*
Thomas J. Breen, WSBA No. 34574
Benjamin H. Adams (Pro Hac Vice)
Attorneys for Plaintiffs

GORDON REES SCULLY MANSUKHANI

*s/Mark B. Tuvim*
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932

[PROPOSED] STIPULATION AND ORDER OF DISMISSAL OF VELAN VALVE COPORATION - 2
No. 2:17-cv-00537-BAT

GORDON REES SCULLY MANSUKHANI, LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822