THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | NO. 2:17-cv-00537-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT IMO INDUSTRIES, INC. WITH PREJUDICE<br><br>[CLERK'S ACTION REQUIRED] |

## STIPULATION

COME NOW Plaintiffs LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually, and Defendant IMO INDUSTRIES, INC., by and through their respective counsel, and stipulate to the entry of an Order of Dismissal as to IMO INDUSTRIES, INC. only, such dismissal to be with prejudice and without costs to either party, and reserving to Plaintiffs their claims against all other parties.

This stipulation and agreed order have been approved as to form; notice of presentation and hearing on said Order of Dismissal is hereby waived by the parties.

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 1 of 4
(NO. 2:17-cv-00537-JLR)
[Jack – IMO – Stip & Order Dismissal]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dated this 29th day of June, 2018.

DEAN OMAR BRANHAM LLP

By: /s/ Benjamin H. Adams [per email authorization]
    Benjamin H. Adams, *Pro Hac Vice*
    4343 Finley Avenue, #5
    Los Angeles, CA  90027
    badams@dobllp.com

SCHROETER GOLDMARK & BENDER
Kristin Houser, WSBA No. 7286
Thomas J. Breen, WSBA No. 34574
William Rutzick, WSBA No. 11533
810 Third Avenue, Suite 500
Seattle, WA  98104
houser@sgb-law.com
breen@sgb-law.com
rutzick@sgb-law.com

*Attorneys for Plaintiff*

Dated this 29th day of June, 2018.

GORDON THOMAS HONEYWELL LLP

By: _____
    James E. Horne, WSBA No. 12166
    jhorne@gth-law.com
    Michael E. Ricketts, WSBA No. 9837
    mricketts@gth-law.com
    600 University Street, Suite 2100
    Seattle, WA  98101
    Phone: (206) 676-7500

*Attorneys for IMO Industries, Inc.*

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 2 of 4
(NO. 2:17-cv-00537-JLR)
[Jack – IMO – Stip & Order Dismissal]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## ORDER

Based on the foregoing Stipulation, Defendant IMO INDUSTRIES, INC. only is hereby dismissed with prejudice and without costs to either party, and reserving to Plaintiffs their claims against all other parties.

DATED this 29th day of June, 2018.

_____
HONORABLE JAMES L. ROBART

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 3 of 4
(NO. 2:17-cv-00537-JLR)
[Jack – IMO – Stip & Order Dismissal]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I certify that on the 29th day of June, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF Electronic Filing System which will send notification of such filing to all parties of record.

/s/ Karen L. Calkins
Karen L. Calkins, Legal Assistant
GORDON THOMAS HONEYWELL LLP

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
IMO INDUSTRIES, INC. WITH PREJUDICE - 4 of 4
(NO. 2:17-cv-00537-JLR)
[Jack – IMO – Stip & Order Dismissal]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575