Randy J. Aliment, WA Bar No. 11440
Marc M. Carlton, WA Bar No. 40069
Lewis Brisbois Bisgaard & Smith LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Phone: (206) 436-2020
Fax: (206) 436-2030
randy.aliment@lewisbrisbois.com
marc.carlton@lewisbrisbois.com
SERVICE: Seattle-Asbestos@lewisbrisbois.com
*Attorneys for Defendant Flowserve US, Inc.*
*as successor-in-interest to Edward Valves, Inc.*

HON. JAMES L. ROBART
Trial Date: October 15, 2018

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | Civil Action No. 2:17-cv-00537-JLR<br><br>[Proposed] **STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT FLOWSERVE US, INC., solely as successor-in-interest to Edward Valves, Inc., ONLY** |

## STIPULATION

Plaintiffs and defendant Flowserve US, Inc., solely as successor-in-interest to Edward Valves, Inc., stipulate to the entry of the following Order of Dismissal without further Notice, without prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties.

Dated: July 2, 2018
SCHROETER, GOLDMARK & BENDER
DEAN OMAR BRANHAM, LLP

s/ Benjamin H. Adams (Pro Hac Vice)
Thomas J. Breen, WA Bar No. 34574
Benjamin H. Adams (Pro Hac Vice)
*Attorney for Plaintiffs*

Dated: July 2, 2018
LEWIS BRISBOIS BISGAARD & SMITH LLP

s/ Marc M. Carlton, WA Bar No. 40069
Marc M. Carlton, WA Bar No. 40069
*Attorney for Defendant Flowserve US, Inc., solely as successor-in-interest to Edward Valves, Inc.*

[Proposed] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT
FLOWSERVE US, INC., solely as successor-in-interest to Edward Valves, Inc.,
ONLY - 1
USDC WD WA CAUSE NO. 2:17-cv-00537-JLR
4826-6216-6123.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

## ORDER OF DISMISSAL

THIS MATTER having come on regularly for hearing before this Court upon the foregoing Stipulation, and the Court being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiffs' claims against defendant Flowserve US, Inc., solely as successor-in-interest to Edward Valves, Inc., its predecessors, successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed without prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties. *Flowserve US, Inc.'s pending motion for summary judgment is denied as moot (Dkt. #437).*

DONE IN OPEN COURT this 3rd day of July, 2018.

_____
HONORABLE JAMES L. ROBART

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

s/ Marc M. Carlton, WA Bar No. 40069
Marc M. Carlton, WA Bar No. 40069
*Attorney for Defendant Flowserve US, Inc.,
solely as successor-in-interest to Edward Valves, Inc.*

[Proposed] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT FLOWSERVE US, INC., solely as successor-in-interest to Edward Valves, Inc., ONLY - 2
USDC WD WA CAUSE NO. 2:17-cv-00537-JLR
4826-6216-6123.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

# DECLARATION OF SERVICE
## (Jack)

I hereby certify that on July 2, 2018, my office electronically filed the foregoing [Proposed] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT FLOWSERVE US, INC., solely as successor-in-interest to Edward Valves, Inc., ONLY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties in this action via CM/ECF.

DATED: July 2, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/ Randy J. Aliment*
Randy J. Aliment, WA Bar No. 11440

*s/ Marc M. Carlton*
Marc M. Carlton, WA Bar No. 40069
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
Phone: (206) 436-2020
Fax: (206) 436-2030
randy.aliment@lewisbrisbois.com
marc.carlton@lewisbrisbois.com
SERVICE: Seattle-Asbestos@lewisbrisbois.com
*Attorneys for Defendant Flowserve US, Inc., solely as successor-in-interest to Edward Valves, Inc.*

DECLARATION OF SERVICE - 1
USDC WD WA CAUSE NO. 2:17-cv-00537-JLR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4826-6216-6123.1