UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PATRICK JACK AND LESLIE JACK, husband and wife,

Plaintiffs,

v.

ASBESTOS CORPORATION LTD., et al.,

Defendants.

NO. 2:17-cv-00537 JLR

DEFENDANT DCO, LLC F/K/A DANA COMPANIES, LLC'S CORRECTED STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO EXTEND TO TAKE THE DEPOSITION OF DCO, LLC F/K/A DANA COMPANIES, LLC'S CORPORATE REPRESENTATIVE

Counsel for Defendant DCo, LLC, formerly known as Dana Companies, LLC (hereinafter "DCo) and counsel for Plaintiffs Leslie Jack and David Jack, hereby stipulate to an extension of the discovery cutoff time beyond the previously requested extension of June 30, 2018 to July 31, 2018 for Plaintiff to conduct the deposition of DCo corporate representative Marcy Duncan. By agreement Plaintiffs scheduled Ms. Duncan's deposition in this matter for June 5, 2018. As explained in the prior Stipulation Ms. Duncan was injured in an accident and hospitalized a few days before June 5th. At the time, when or even if Ms. Duncan could be deposed was unknown. The parties

DEFENDANT DCO, LLC F/K/A DANA COMPANIES, LLC'S CORRECTED STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO EXTEND TO TAKE THE DEPOSITION OF DCO, LLC F/K/A DANA COMPANIES, LLC'S CORPORATE REPRESENTATIVE - 1 of 4
(2:17-cv-00537 JLR)
[4835-9593-3292]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

requested an extension of the deadline for her deposition to June 30, 2018, which the court approved. On June 28, 2018, the parties were informed that Ms. Duncan is well enough for a deposition, with July 24, 2018 offered for the deposition.

DCo notified all defendants of this stipulation and proposed order and received no objections. All parties agree to the requested extension of July 31, 2018 and deposition date of July 24, 2018. Accordingly, DCo and Plaintiff seek Court approval for a second extension to July 31, 2018 for the deposition of Ms. Duncan.

Dated this 6th day of July, 2018.

GORDON THOMAS HONEYWELL LLP

By /s/ Diane J. Kero
Diane J. Kero, WSBA No. 11874
dkero@gth-law.com

Attorneys for Defendant DCo LLC

DEAN OMAR BRANHAM, LLP

By /s/ Benjamin H. Adams
Benjamin H. Adams *(Pro hac vice)*
badams@dobllp.com

Attorneys for Plaintiffs

ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that the discovery deadline for the deposition of DCo's corporate representative, Marcy Duncan be extended to **July 31, 2018**. No extension of the dispositive motions deadline shall be granted.

Dated this 9th day of July, 2018

HONORABLE JAMES L. ROBART

DEFENDANT DCO, LLC F/K/A DANA COMPANIES, LLC'S CORRECTED STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO EXTEND TO TAKE THE DEPOSITION OF DCO, LLC F/K/A DANA COMPANIES, LLC'S CORPORATE REPRESENTATIVE - 2 of 4
(2:17-cv-00537 JLR)
[4835-9593-3292]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Presented by:

GORDON THOMAS HONEYWELL LLP

By */s/ Diane J. Kero*
Diane J. Kero, WSBA No. 11874
dkero@gth-law.com

Attorneys for Defendant DCo, LLC

DEAN OMAR BRANHAM, LLP

By */s/ Benjamin H. Adams*
Benjamin H. Adams *(Pro hac vice)*
badams@dobllp.com

Attorneys for Plaintiffs

DEFENDANT DCO, LLC F/K/A DANA COMPANIES, LLC'S CORRECTED STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO EXTEND TO TAKE THE DEPOSITION OF DCO, LLC F/K/A DANA COMPANIES, LLC'S CORPORATE REPRESENTATIVE - 3 of 4
(2:17-cv-00537 JLR)
[4835-9593-3292]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of the filing to those attorneys of record registered on the CM/ECF system.

*/s/ Karen L. Calkins*
Karen L. Calkins, Legal Assistant
GORDON THOMAS HONEYWELL LLP

DEFENDANT DCO, LLC F/K/A DANA COMPANIES, LLC'S CORRECTED STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO EXTEND TO TAKE THE DEPOSITION OF DCO, LLC F/K/A DANA COMPANIES, LLC'S CORPORATE REPRESENTATIVE - 4 of 4
(2:17-cv-00537 JLR)
[4835-9593-3292]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575