The Honorable James L. Robart
Trial Date: October 15, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD.; et al.,<br><br>Defendants. | No. 2:17-cv-00537-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT FOSTER WHEELER LLC<br><br>[PROPOSED] |

## STIPULATION

Plaintiff Leslie Jack, individually and as Personal Representative of Patrick Jack and David Jack, individually (hereinafter, "Plaintiffs"), and Defendant Foster Wheeler LLC by and through their counsel of record, stipulate that all claims against Foster Wheeler LLC only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims against the other parties.

DATED this 9th day of July 2018.

[PROPOSED] - 1
Case No.: 3:17-cv-00537-JLR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

| | |
|---|---|
| SCHROETER, GOLDMARK & BENDER | TANENBAUM KEALE, LLP |
| By: _____<br>Thomas J. Breen, WSB #34574<br>Attorney for Plaintiff | By: s/Christopher S. Marks<br>Christopher S. Marks, WSB #28634<br>Erin P. Fraser, WSBA #43379<br>Attorneys for Foster Wheeler LLC |

DEAN OMAR BRANHAM

By: /s/Benjamin H. Adams
Benjamin H. Adams, (*Pro Hac Vice*)

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs and Defendant Foster LLC to dismiss all claims against Foster Wheeler LLC only, with prejudice and without costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiff's claims against Foster Wheeler LLC only are hereby dismissed with prejudice and without costs as to any party. The pending motion for summary judgment (Dkt. # 430) is denied as moot.

_____
The Honorable James L. Robert

Dated this 9th day of July, 2018.

PRESENTED BY:

TANENBAUM KEALE, LLP

/s/ Christopher S. Marks
Christopher S. Marks, WSBA #28634
Erin P. Fraser, WSBA #43379
Attorney for Defendant Foster Wheeler LLC

APPROVED BY:

SCHROETER, GOLDMARK & BENDER

By: _____
Thomas J. Breen, WSBA #34574
Attorney for Plaintiff

[~~PROPOSED~~] - 2
Case No.: 3:17-cv-00537-JLR

1

2  DEAN OMAR BRANHAM

3  By: ~~/s/Benjamin H. Adams~~
      Benjamin H. Adams *(Pro Hac Vice)*
4     Attorney for Plaintiff

5

6  DATED this 9th day of July, 2018.    TANENBAUM KEALE, LLP

7

8
                                        s/Christopher S. Marks
9                                       s/Malika Johnson
                                        s/Erin P. Fraser
10                                      Christopher S. Marks, WSBA #28634
                                        Malika Johnson, WSBA #39608
11                                      Erin P. Fraser, WSBA #43379

12
                                        Tanenbaum Keale, LLP
13                                      One Convention Place
                                        701 Pike Street, Suite 1575
14                                      Seattle WA 98101
                                        (206) 889-5150
15                                      Email:  cmarks@tktrial.com
                                                mjohnson@tktrial.com
16                                              efraser@tktrial.com
                                                seattle.asbestos@tktrial.com
17

18                                      Attorneys for Foster Wheeler LLC

[PROPOSED]- 3
Case No.: 3:17-cv-00537-JLR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Kristin Houser<br>Thomas J. Breen<br>William Rutzick<br>Lucas W.H. Garrett<br>Charles W. Branham III<br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, WA  98104-1657<br>Phone:  (206) 622-8000<br>FAX#:  (206) 682-2305<br>Email: SGBasbestos@sgb-law.com<br>***Attorneys for Plaintiffs*** | Benjamin H. Adams<br>Lisa W. Shirley (pro hac vice)<br>DEAN OMAR & BRANHAM, LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>Phone:  (214) 722-5990<br>Fax:  (214) 722-5991<br>Email: badams@dobllp.com<br>        LShirley@dobllp.com<br>        jjohnson@dobllp.com<br>***Attorneys for Plaintiffs*** |
| Allen E. Eraut<br>RIZZO MATTINGLY BOSWORTH PC<br>1300 SW Sixth Avenue, Suite 330<br>Portland, OR  97201-3530<br>Phone: (503) 229-1819<br>FAX #: (503) 229-0630<br>Email: asbestos@rizzopc.com<br>***Attorneys for Warren Pumps, LLC*** | Tim D. Wackerbarth<br>Jeffrey M. Odom<br>Andrew G. Yates<br>LANE POWELL PC<br>1420 Fifth Avenue Suite 4200<br>Seattle, WA 98111-9402<br>Phone: (206)223-7000<br>FAX #: (206)223-7107<br>Email: wackerbartht@lanepowell.com<br>        odomj@lanepowell.com<br>        docketing-sea@lanepowell.com<br>        yatesa@lanepowell.com<br>        asbestos@lanepowell.com<br>***Attorneys for Union Pacific Railroad Company*** |
| Chris Marks<br>Erin Fraser<br>Tanenbaum Keale, LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle WA 98101<br>(206) 889-5150<br>Email seattle.asbestos@tktrial.com<br>***Attorneys for General Electric Company; CBS Corporation; Foster Wheeler Energy Corporation*** | Richard Gawlowski<br>WILSON, SMITH, COCHRAN & DICKERSON<br>901 Fifth Avenue, Suite 1700<br>Seattle, WA 98164<br>Phone:  (206) 623-4100<br>FAX #:  (206) 623-9273<br>Email: MetLifeAsbestos@wscd.com<br>***Attorneys for Defendant Metropolitan Life Insurance Company*** |

| | |
|---|---|
| Ronald C. Gardner Esq.<br>GARDNER TRABOLSI & ASSOCIATES PLLC<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA 98121-1849<br>Phone: (206) 256-6309<br>FAX #: (206) 256-6318<br>Email: asbestos@gandtlawfirm.com<br>*Attorneys for Viad Corporation* | Mark B. Tuvim<br>Kevin J. Craig<br>Trevor J. Mohr<br>GORDON & REES LLP<br>701 Fifth Avenue, Suite 2100<br>Seattle WA 98104<br>Phone: (206) 695-5100<br>FAX #: (206) 689-2822<br>E-Mail: SEAAsbestos@gordonrees.com<br>*Attorneys for Ingersoll Rand Company; Velan Valve Corporation; Hennessy Industries, Inc* |
| Dana Kopij<br>Nicole R. MacKenzie<br>WILLIAMS KASTNER & GIBBS<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>Phone: (206) 628-6600<br>FAX #: (206) 628-6611<br>Email: wkgasbestos@williamskastner.com<br>*Attorneys for Weir Valve & Controls USA, Inc.* | James Horne<br>Michael Ricketts<br>GORDON, THOMAS, HONEYWELL LLP<br>600 University Street, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 676-7500<br>FAX #: (206) 676-7575<br>Email: IMOservice@gth-law.com<br>*Attorneys for IMO Industries, Inc.* |
| Mark Fucile<br>Daniel K. Reising<br>FUCILE & REISING LLP<br>800 NW 6th Ave., Suite 211<br>Portland OR 97209<br>Phone: (503)224-4895<br>FAX #: (503)224-4332<br>Email: mark@frllp.com<br>     dan@frllp.com<br>     service@frllp.com<br>*Attorneys for Ford Motor Company* | G. William Shaw<br>K&L GATES<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>Phone: (206) 370-7955<br>FAX #: (206) 370-6169<br>Email: se.asbestos@klgates.com<br>*Attorneys for Crane Co.* |
| Brian Smith<br>James D. Hicks<br>FOLEY & MANSFIELD PLLP<br>800 Fifth Avenue, Suite 3850<br>Seattle, WA 98104<br>Phone: (206)456-5360<br>FAX #: (206)456-5361<br>Email: asbestos-sea@foleymansfield.com<br>*Attorneys for WM Powell Company* | Richard D. Ross<br>Michael J. Madderra<br>SELMAN BREITMAN LLP<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: 206.447.6461<br>FAX #: 206.588.4185<br>Email: rross@selmanlaw.com<br>     mmadderra@selmanlaw.com<br>     asbestoswa@selmanlaw.com<br>*Attorneys for Borg-Warner Morse Tec, LLC* |

[PROPOSED] - 5
Case No.: 3:17-cv-00537-JLR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

| | | |
|---|---|---|
| 1 | Diane J. Kero | Rachel Tallon Reynolds |
| 2 | GORDON, THOMAS, HONEYWELL LLP<br>600 University Street, Suite 2100 | BULLIVANT HOUSER BAILEY PC<br>1700 Seventh Avenue, Suite 1810 |
| 3 | Seattle, WA 98101<br>Phone: (206) 676-7500 | Seattle, WA 98101<br>Phone: (206) 292-8930 |
| 4 | FAX #: (206) 676-7575 | FAX #: (206) 386-5130 |
| | Email: Service@gth-law.com | Email: Asbestos@bullivant.com |
| 5 | *Attorneys for Pneumo Abex, LLC; DCo, LLC* | *Attorneys for Kelsey-Hayes Company; M.W.* |
| 6 | *(f/k/a Dana Companies, LLC)* | *Custom Papers, LLC* |
| 7 | Randy J. Aliment | Mary Z. Gaston |
| | Marc M. Carlton | Kristine E. Kruger |
| 8 | LEWIS BRISBOIS BISGAARD | PERKINS COIE LLP |
| | 1111 Third Avenue, Suite 2700 | 1201 Third Avenue, Suite 4900 |
| 9 | Seattle, Washington 98101 | Seattle, WA 98101 |
| | Phone: (206) 436-2020 | Tel: (206) 359-8000 |
| 10 | FAX #: (206) 436-2030 | Email: HW_Asbestos_SEA@perkinscoie.com |
| 11 | Email: randy.aliment@lewisbrisbois.com |     docketpor@perkinscoie.com; |
| | marc.carlton@lewisbrisbois.com |     kkruger@perkinscoie.com |
| 12 | Seattle-Asbestos@lewisbrisbois.com | *Attorneys for Honeywell International, Inc.* |
| | *Attorneys for Flowserve US, Inc.* | |
| 13 | | |
| 14 | Diana J. Kero | |
| | GORDON THOMAS HONEYWELL LLP | |
| 15 | 600 University, Suite 2100 | |
| | Seattle, WA 98101 | |
| 16 | Phone: (206) 676-7500 | |
| | FAX #: (206) 676-7575 | |
| 17 | Email: Service@gth-law.com | |
| |     dkero@gth-law.com | |
| 18 | *Attorneys for Dana Companies, LLC.* | |
| 19 | | |
| 20 | | |
| 21 | Signed at Seattle, Washington this 9th day of July, 2018. | |
| 22 | | s/Yunny Choi |
| 23 | | Yunny Choi |
| | | TANENBAUM KEALE, LLP |
| 24 | | One Convention Place |
| | | 701 Pike Street, Suite 1575 |
| 25 | | Seattle WA 98101 |
| 26 | | (206) 889-5150 |
| | | Email: ychoi@tktrial.com |

[PROPOSED] - 6
Case No.: 3:17-cv-00537-JLR