THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>    Defendants. | No.: 2:17-CV-00537-JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANT KELSEY-HAYES COMPANY<br><br>[*Clerk's Action Required*] |

## STIPULATION

Plaintiffs have agreed to dismiss their claims without prejudice against defendant, Kelsey-Hayes Company, as alleged in their complaint filed herein, and defendant has agreed to waive its fees and costs incurred in this matter.

By stipulation, the undersigned parties hereby move the court for entry of the order incorporated herein.

DATED: 7/17/2018

DEAN OMAR BRANOM, LLP

/s/ Benjamin H. Adams
Benjamin H. Adams (*Pro hac vice*)
Attorneys for Plaintiffs

DATED: 7/17/2018

BULLIVANT HOUSER BAILEY PC

/s/ Katherine M. Steele
Katherine M. Steele, WSBA #11927
Attorneys for Defendant
M.W. Custom Papers LLC

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT KELSEY-HAYES COMPANY
No. 2:17-cv-00537-JLR

Page 1

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

## ORDER

The Court, having considered the stipulated order and being otherwise fully advised, hereby ORDERS as follows:

Plaintiffs' claims against defendant Kelsey-Hayes Company are dismissed without prejudice, reserving to plaintiffs their claims against all other parties.

DATED this 17th day of July, 2018 by _____
JUDGE JAMES L ROBART

Prepared and presented by:

BULLIVANT HOUSER BAILEY PC

By /s/ Katherine M. Steel
    Katherine M. Steele, WSBA #11927
    Attorneys for Defendant
    Kelsey-Hayes Company

APPROVED AS TO FORM:
NOTICE OF PRESENTATION WAIVED

DEAN OMAR BRANOM, LLP

By /s/ Benjamin H. Adams
    Benjamin H. Adams *(Pro hac vice)*
    Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT KELSEY-HAYES COMPANY
No. 2:17-cv-00537-JLR

Page 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

**CERTIFICATE OF SERVICE**
(No. 2:17-cv-00537-JLR)

I hereby certify under penalty of perjury under the laws of the State of Washington that on July 17, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

DATED at Seattle, Washington this 17th day of July, 2018.

BULLIVANT HOUSER BAILEY PC

By /s/ *Katherine M. Steele*
Katherine M. Steele, WSBA #11927
E-Mail: Asbestos@bullivant.com
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
Phone: (206) 292-8930
Fax: (206) 386-5130
*Attorneys for Defendant Kelsey-Hayes Company*

4837-3017-5597.1

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT KELSEY-HAYES COMPANY
No. 2:17-cv-00537-JLR

Page 3

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930