THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | NO.  2:17-cv-00537 JLR<br><br>DEFENDANT DCo LLC (F/K/A DANA COMPANIES LLC)'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT DR. CARL BRODKIN'S CAUSATION TESTIMONY AND OPINIONS AND JOINDER IN DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION<br><br>NOTED ON MOTION CALENDAR:<br>Friday, August 3, 2018 |

Defendant DCo, LLC (f/k/a Dana Companies, LLC) moves to preclude Plaintiffs' expert Dr. Carl Brodkin from presenting testimony at trial (1) that "identified exposures" above "de minimis" levels contributed to Decedent's mesothelioma, absent a scientifically based methodology for distinguishing between "de minimis" and "biologically significant" exposures; and (2) that exposure to asbestos purportedly originating from automotive gaskets contributed to Decedent's mesothelioma.  In this regard, DCo adopts and incorporates herein to the extent applicable the facts, legal authorities, and analysis set forth in Honeywell's similar motion, Defendant Honeywell

DEFENDANT DCo'S MOTION TO EXCLUDE
PLAINTIFFS' EXPERT DR. CARL BRODKIN'S
CAUSATION TESTIMONY AND OPINIONS - 1 of 4
(2:17-cv-00537 JLR)
[4846-9853-5533]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575

International Inc.'s Motion to Exclude Plaintiffs' Expert Dr. Carl Brodkin's Causation Testimony and Opinions (ECF 483).

Honeywell's Motion stems from Plaintiffs' allegations that exposure to brakes manufactured by Honeywell predecessor The Bendix Corporation significantly contributed to cause Decedent Patrick Jack's disease. With regard to DCo, Plaintiffs' allegations are similar: That exposure to automotive gaskets manufactured by Victor Gasket Manufacturing Company, for which products DCo is liable, significantly contributed to cause Mr. Jack's disease. The analysis provided by Honeywell as to why the causation opinions of Dr. Brodkin based on supposed "identified exposures" is fully applicable to the claims against DCo as well.

DCo does not join in Honeywell's Motion to the extent it is particular to claims of exposure to brake dust (in particular, Sections II.B., II.D.2, and III.A.2) because allegations of brake dust exposure are not applicable to DCo. However, Honeywell's Motion and analysis is equally applicable and relevant to Plaintiffs' claims that Mr. Jack's work with Victor gaskets (a product for which DCo is liable) resulted in asbestos dust exposure. See Second Amended Complaint (ECF 253) at ¶¶ 14, 46C. There is no basis for concluding that such work increases the risk of developing mesothelioma. *See, e.g.,* Honeywell Exhibit 4 (Expert Report of epidemiology expert Dominik Alexander at 19.).[1] ("In summary, it is my opinion to a reasonable degree of epidemiologic certainty that motor vehicle repair work, including brake, clutch *and automotive gasket work*, which may result in low-level exposure to chrysotile asbestos fibers, is not associated with an increased risk of

---

[1] DCo and Honeywell both retained and disclosed the report of Dr. Alexander.

DEFENDANT DCo'S MOTION TO EXCLUDE
PLAINTIFFS' EXPERT DR. CARL BRODKIN'S
CAUSATION TESTIMONY AND OPINIONS - 2 of 4
(2:17-cv-00537 JLR)
[4846-9853-5533]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

mesothelioma." (Emphasis added.) The conclusion is the same from an industrial hygiene standpoint:

> Based on my review of the literature and my extensive experience in the field, it is my opinion, based on a reasonable degree of scientific certainty, that Mr. Jack's potential dose of chrysotile asbestos related to any work he may have performed with and/or around asbestos-containing gaskets was not a significant risk for developing asbestos-related pleural mesothelioma. [Cites omitted.] No scientific literature currently exists linking gasket work with asbestos-related mesothelioma."

Exhibit 1, Expert Report of DCo Industrial Hygiene expert Dr. Mary Finn (ECF 294-1), at 54.

For all the reasons stated in Honeywell's motion, either generally or with particular regard to brake dust, Dr. Brodkin's flawed analysis attempting to find an "identified exposure" in automotive gaskets likewise fails. He should be precluded from offering such opinions to the trier of fact in this matter.

Dated this 17th day of July, 2018.

GORDON THOMAS HONEYWELL LLP


By /s/ Michael E. Ricketts
Michael E. Ricketts, WSBA No. 9387
mricketts@gth-law.com
Attorneys for Defendant DCo LLC (f/k/a Dana Companies LLC)

DEFENDANT DCo'S MOTION TO EXCLUDE
PLAINTIFFS' EXPERT DR. CARL BRODKIN'S
CAUSATION TESTIMONY AND OPINIONS - 3 of 4
(2:17-cv-00537 JLR)
[4846-9853-5533]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

/s/ Karen L. Calkins
Karen L. Calkins, Legal Assistant
GORDON THOMAS HONEYWELL LLP

DEFENDANT DCo'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT DR. CARL BRODKIN'S CAUSATION TESTIMONY AND OPINIONS - 4 of 4
(2:17-cv-00537 JLR)
[4846-9853-5533]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON  98101-4185
(206) 676-7500 -  FACSIMILE (206) 676-7575