1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| | |
|---|---|
| LESLIE JACK, et al., | CASE NO. C17-0537JLR |
| Plaintiffs, | ORDER GRANTING MOTIONS FOR JOINDER |
| v. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | |
| Defendants. | |

15

16        Before the court are three motions for joinder filed by Defendant Honeywell

17   International Inc. ("Honeywell").  (*See* 1st Joinder (Dkt. # 530); 2d Joinder (Dkt. # 531);

18   3d Joinder (Dkt. # 532).)  Honeywell seeks to join Defendant Ford Motor Company's

19   ("Ford") motions to exclude experts Barry Castleman, Charles Cushing, and Ronald E.

20   Gordon.  (*See id.*; *see also* MTE Castleman (Dkt. # 463); MTE Cushing (Dkt. # 464);

21   //

22   //

ORDER - 1

1   MTE Gordon (Dkt. # 465).)  Ford does not object to these motions.  (*See* Dkt.)

2   Accordingly, the court GRANTS the motions (Dkt. ## 530, 531, 532).

3       Dated this 20th day of July, 2018.

4

5   _____

6   JAMES L. ROBART
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2