THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, Individually and as Personal Representative of the Estate of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | NO. 2:17-CV-00537-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDUCE OF DEFENDANT PNEUMO ABEX, LLC<br><br>[CLERK'S ACTION REQUIRED] |

STIPULATION

COME NOW Plaintiffs LESLIE JACK, Individually and as Personal Representative of the Estate of PATRICK JACK, DAVID JACK and Defendant PNEUMO ABEX, LLC, by and through their respective counsel, and stipulate to the entry of an Order of Dismissal as to PNEUMO ABEX, LLC only, such dismissal to be with prejudice and without costs to either party, reserving all Plaintiffs' claims against all other parties.

This stipulation and agreed order have been approved as to form; notice of presentation and hearing on said Order of Dismissal is hereby waived by the parties

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT PNEUMO ABEX, LLC - 1 of 4
(2:17-cv-00537-JLR)
[4822-8805-8478]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dated this 30th day of July, 2018.

        DEAN OMAR BRANHAM LLP

        By: *Benjamin H. Adams [Per Email Authorization]*
           Benjamin H. Adams, *Pro Hac Vice*
           badams@dobllp.com

        Attorneys for Plaintiffs

Dated this 30th day of July, 2018.

        GORDON THOMAS HONEYWELL LLP

        By: /s/ Diane J. Kero
           Diane J Kero, WSBA #11874
           dkero@gth-law.com

        Attorneys for Defendant Pneumo Abex, LLC

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT PNEUMO ABEX, LLC - 2 of 4
(2:17-cv-00537-JLR)
[4822-8805-8478]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**ORDER**

Based on the foregoing Stipulation, Defendant PNEUMO ABEX, LLC, only is hereby dismissed with prejudice and without costs to either party, reserving all Plaintiff's claims against all other parties. *Pneumo Abex, LLC's pending motion for summary judgment is denied as moot (Dkt# 453).*

DATED this 30th day of July, 2018.

                                                                          /s/ James L. Robart
                                                                          HONORABLE JAMES L. ROBART

Presented by:

GORDON THOMAS HONEYWELL LLP

By /s/ Diane J. Kero
Diane J. Kero, WSBA No. 11874
dkero@gth-law.com
Attorneys for Defendant Pneumo Abex LLC

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT PNEUMO ABEX, LLC - 3 of 4
(2:17-cv-00537-JLR)
[4822-8805-8478]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

I certify that on the 30th day of July, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF Electronic Filing System which will send notification of such filing to all parties of record.

                                              /s/ *Karen L. Calkins*
                                              Karen L. Calkins, Legal Assistant
                                              GORDON THOMAS HONEYWELL LLP

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT PNEUMO ABEX, LLC - 4 of 4
(2:17-cv-00537-JLR)
[4822-8805-8478]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575