HONORABLE JAMES L. ROBERT
Trial Date: October 15, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | Case No. 2: 17-cv-00537-JLR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CRANE CO. |

## STIPULATION

Defendant Crane Co. and Plaintiffs Leslie Jack, individually, and as personal representative of the Estate of Patrick Jack, and David Jack stipulate that all claims brought against Defendant Crane Co. may be dismissed with prejudice and without an award of attorneys' fees or costs to any party in the above-captioned matter, reserving to plaintiffs their claims against all other parties.

///
///
///

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE OF
DEFENDANT CRANE CO. - 1
(Case No. 2:17-cv-00537-JLR)

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 370-7955
FACSIMILE: (206) 370-6169

DATED this 30th day July, 2018.

SCHROETER GOLDMARK & BENDER

By: *s/ Thomas J. Breen (with email permission)*
    Thomas J. Breen, WSBA #34574
    Lucas Garrett, WSBA #38452
    William Rutzick, WSBA #11533
    Kristin Houser, WSBA #7286
    810 Third Avenue, Suite 500
    Seattle, WA 98104
    Email: breen@sgb-law.com
           garrett@sgb-law.com
           rutzick@sgb-law.com
           houser@sgb-law.com

K&L GATES LLP

By: *s/ G. William Shaw*
    G. William Shaw, WSBA # 8573
    Ryan J. Groshong, WSBA # 44133
    925 4th Avenue, Suite 2900
    Seattle, WA  98104
    Phone:  (206) 623-7580
    Email:  bill.shaw@klgates.com
            ryan.groshong@klgates.com
            se.asbestos@klgates.com

*Attorneys for Defendant Crane Co.*

DEAN OMAR BRANHAM LLP

Benjamin H. Adams (*admitted pro hac vice*)
Charles W. Branham, III (*admitted pro hac vice*)
302 N. Market Street, Suite 300
Dallas, Texas 75202
Email: badams@dobllp.com
       cbranham@dobllp.com

*Attorneys for Plaintiffs*

## [~~PROPOSED~~] ORDER DISMISSING CLAIMS

Pursuant to the stipulation by the plaintiffs and defendant Crane Co., the court ORDERS that all claims brought against defendant Crane Co. are dismissed with prejudice and without an award of attorneys' fees to any party, reserving to plaintiff their claims against all other parties.

DATED this 30th day of July, 2018.

_____
Hon. James L. Robart
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER
OF DISMISSAL WITH PREJUDICE OF
DEFENDANT CRANE CO. - 2
(Case No. 2:17-cv-00537-JLR)

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 370-7955
FACSIMILE: (206) 370-6169

Presented by:

K&L GATES LLP

By: *s/ G. William Shaw*
    G. William Shaw, WSBA # 8573
    *Attorneys for Defendant Crane Co.*

Approved by:

SCHROETER GOLDMARK & BENDER

By: *s/ Thomas J. Breen (with email permission)*
    Thomas J. Breen, WSBA # 34574
    *Attorneys for Plaintiffs*

STIPULATION AND [~~PROPOSED~~] ORDER
OF DISMISSAL WITH PREJUDICE OF
DEFENDANT CRANE CO. - 3
(Case No. 2:17-cv-00537-JLR)

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 370-7955
FACSIMILE: (206) 370-6169

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.

DATED this 30th day of July, 2018.

*s/ Mary J. Klemz*
Mary J. Klemz, Sr. Practice Assistant

STIPULATION AND [~~PROPOSED~~] ORDER
OF DISMISSAL WITH PREJUDICE OF
DEFENDANT CRANE CO. - 4
(Case No. 2:17-cv-00537-JLR)

K&L GATES, LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 370-7955
FACSIMILE: (206) 370-6169