THE HONORABLE JAMES ROBART

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LESLIE JACK, Individually and as Personal Representative of the Estate of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | Case No. 2:17-cv-00537-JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WARREN PUMPS, LLC**<br><br>*Clerk's Action Required* |

## **STIPULATION**

Plaintiffs and Defendant Warren Pumps, LLC stipulate and agree that the Court dismiss Plaintiffs' claims and causes of action against Warren Pumps, LLC without prejudice and without costs to any party, reserving to Plaintiffs all claims against other parties.

/ / /

/ / /

/ / /

/ / /

/ / /

1 – STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WARREN PUMPS, LLC

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

1

Dated: July 30, 2018

2

DEAN OMAR BRANHAM, LLP

3

4
   s/*Benjamin Adams*
Benjamin Adams, (*Pro Hac Vice*)

5
CA Bar No. 272909
badams@dobllp.com

6
Of Attorneys for Plaintiffs

Dated: July 30, 2018

RIZZO MATTINGLY BOSWORTH PC

   s/*Allen Eraut*
Allen Eraut, WSBA #30940
aeraut@rizzopc.com
Attorney for Warren Pumps, LLC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2 – STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT WARREN PUMPS, LLC

## ORDER OF DISMISSAL

THIS MATTER having come on regularly before the undersigned Judge of the above-entitled Court, upon stipulation between Plaintiffs and Defendant Warren Pumps, LLC, through their respective and duly authorized attorneys, the Court having been fully advised and finding no just reason for delay, it is now, therefore,

ADJUDGED, ORDERED AND DECREED, that Plaintiffs' claims and causes of action against Warren Pumps, LLC only, are DISMISSED without prejudice and without costs to any party, reserving to Plaintiff all claims against other parties.

Dated this 30th day of July, 2018.

_____
HONORABLE JAMES L. ROBART

Presented by:

RIZZO MATTINGLY BOSWORTH PC

s/Allen Eraut
Allen E. Eraut, WSB# 30940
aeraut@rizzopc.com
1300 SW Sixth Avenue, Suite 330
Portland, Oregon 97201
Telephone: 503-229-1819
Fax: 503-229-0630
Attorneys for Warren Pumps, LLC

3 – STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WARREN PUMPS, LLC

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| LESLIE JACK, Individually and as Personal Representative of the Estate of PATICK JACK, DAVID JACK, individually,<br><br>Plaintiff,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | CASE NO. 2:17-cv-00537-JLR<br><br>**DECLARATION OF DELIVERY AND/OR MAILING** |

I am employed by the law firm of Rizzo Mattingly Bosworth PC in Portland, Oregon. I am over the age of eighteen years and not a party to the subject cause. My business address is 1300 SW Sixth Avenue, Ste. 330, Portland, Oregon 97201.

On the date below, I caused to be served on all parties in this action by transmitting a true copy thereof **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT WARREN PUMPS, LLC** in the following manner unless otherwise indicated.

**VIA ECF**

Thomas J. Breen
Schroeter, Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
SGBasbestos@sgb-law.com
*Attorneys for Plaintiffs*

Barry N. Mesher
Alice C. Serko
Rachel Tallon Reynolds
Sedgwick LLP
600 University Street, Suite 2915
Seattle, WA 98101
Asbestos.seattle@sedgwicklaw.com
*Attorneys for Air & Liquid Systems Corporation; Crown Cork & Seal Company, Inc.*

1 – DECLARATION OF DELIVERY AND/OR MAILING

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

| | | |
|---|---|---|
| 1 | David E. Chawes | Jeanne E. Loftis |
| 2 | Preg O'Donnell & Gillett PLLC<br>901 Fifth Avenue, Suite 3400<br>Seattle, WA 98164 | Bullivant Houser Bailey, PC<br>888 SW Fifth Avenue, Ste 300<br>Portland, OR 97024 |
| 3 | asbestos@poglaw.com | Asbestos-pdx@bullivant.com |
| 4 | *Attorneys for Armstrong International, Inc.* | *Attorneys for Aurora Pump Company; Genuine Parts Company* |
| 5 | | |
| 6 | | |
| 7 | Dana C, Kopij, WSBA #31648 | Richard D. Ross |
| | Nicole R. MacKenzie, WSBA #45741 | Michael Madderra |
| 8 | Williams, Kastner & Gibbs PLLC | Selman Breitman LLP |
| | 601 Union Street, Suite 4100 | 800 Fifth Avenue, Suite 4100 |
| 9 | Seattle, WA 98101-2380 | Seattle, WA 98104 |
| 10 | wkgasbestos@williamskastner.com | asbestoswa@selmanlaw.com |
| | *Attorneys for Autosales, Incorporated;* | *Attorneys for Borg-Warner Morse Tec* |
| 11 | *Carrier Corporation; Nash Engineering Co.; Parker-Hannifin Corporation;* | |
| 12 | *Standard Motors Products, Inc; Weir Valves & Controls* | |
| 13 | | |
| 14 | Christopher Marks<br>Erin Fraser | G. William Shaw<br>Ryan J. Groshong |
| 15 | Sedgwick LLP<br>600 University Street, Suite 2915 | K&L Gates LLP<br>925 4th Avenue, Suite 2900 |
| 16 | Seattle, WA 98101<br>Asbestos.seattle@sedgwicklaw.com | Seattle, WA 98104<br>Se.asbestos@klgates.com |
| 17 | *Attorneys for CBS Corporation; General Electric Company; Foster Wheeler* | *Attorneys for Crane Co.* |
| 18 | *Energy Corporation* | |
| 19 | Ronald C. Gardner | James Horne<br>Michael Ricketts |
| 20 | Gardner Trabolsi & Associates PLLC<br>2200 6th Avenue, Suite 600 | Gordon Thomas Honeywell LLP<br>600 University, Suite 2100 |
| 21 | Seattle, WA 98121<br>asbestos@gandtlawfirm.com | Seattle, WA 98104-4185<br>IMOservice@gth-law.com |
| 22 | *Attorneys for Goulds Pumps LLC; Viad Corp* | *Attorneys for Defendant IMO Industries, Inc.* |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

2 – DECLARATION OF DELIVERY AND/OR MAILING

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630

| | |
|---|---|
| Richard D. Ross<br>Michael J. Madderra<br>Selman Breitman LLP<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>asbestoswa@selmanlaw.com<br>***Attorneys for Defendant John Crane, Inc.*** | Katherine Steele<br>Michael Brown<br>Bullivant Houser Bailey, PC<br>1700 Seventh Ave., Suite 1810<br>Seattle, WA 98101<br>Asbestos@bullivant.com<br>***Attorneys for Kelsey Hayes Company;<br>MW Custom Paper*** |
| Diane Kero<br>Gordon Thomas Honeywell LLP<br>600 University Street, Suite 2100<br>Seattle, WA 98101<br>service@gth-law.com<br>***Attorneys for Pneumo Abex LLC*** | Tim Wackerbarth<br>Jeffrey Odom<br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA 98111<br>asbestos@lanepowell.com<br>***Attorneys for Union Pacific Railroad Co.*** |
| Brian Smith<br>James D. Hicks<br>Foley & Mansfield PLLP<br>800 Fifth Avenue, Suite 3850<br>Seattle, WA 98104<br>sbestos-sea@foleymansfield.com<br>***Attorneys for W.M. Powell Co.*** | Randy Aliment<br>Lewis Brisbois Bisgaard & Smith LLP<br>1111 3rd Ave Ste 2700<br>Seattle, WA 98101-3224<br>Randy.Aliment@lewisbrisbois.com<br>***Attorneys for Edward Valves*** |

I declare under penalty of perjury and under the laws of the State of Washington (RCW 9A.72.085) that the foregoing is true and correct.

Executed at Portland, Oregon, this 30th day of July, 2018.

*s/Shannon Boyd*
Shannon Boyd
Paralegal

3 – DECLARATION OF DELIVERY AND/OR MAILING

RIZZO MATTINGLY BOSWORTH PC
1300 SW Sixth Avenue
Suite 330
Portland, OR 97201
T: 503.229.1819 | F: 503.229.0630