HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, Individually and as Personal Representative of the Estate of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | No. 2:17-cv-00537-JLR<br><br>PLAINTIFFS' STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FORD MOTOR COMPANY'S MOTION FOR SUMMARY JUDGMENT<br><br>**NOTING DATE: JULY 31, 2018** |

Plaintiff Leslie Jack, individually and as personal representative of Patrick Jack, and David Jack, ("Plaintiffs") and defendant Ford Motor Company, hereby stipulate to an extension of time for Plaintiffs to file their Response to Ford Motor Company's Motion for Partial Summary Judgment from the current deadline of July 30, 2018 to August 6, 2018.

Ford filed its Motion on July 10, 2018. The remaining defendants all filed their summary judgment motions a week later on July 17, 2018. Per the Court's July 25, 2018 order, Plaintiffs will file one response on many of the common legal issues raised in Ford's motion and those of the other defendants. The parties file the instant stipulation to set a single deadline for that one response.

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE FOR PLAINTIFFS TO
RESPOND TO FORD MOTOR COMPANY'S
MOTION FOR SUMMARY JUDGMENT – 1
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

## STIPULATION

Plaintiffs and defendant Ford Motor Company, by and through their respective counsel of record, hereby stipulate and agree that the deadline for Plaintiffs' Response to Ford Motor Company's Motion for Partial Summary Judgment may be extended from the current deadline of July 30, 2018 to August 6, 2018.

DATED this 31st day of July, 2018.

| | |
|---|---|
| DEAN OMAR & BRANHAM, LLP | FUCILE & REISING LLP |
| By: _s/ Benjamin H. Adams_<br>Benjamin H. Adams, CSB No. 272909<br>Attorney for Plaintiffs | By: _s/ Mark Fucile_<br>Mark Fucile, WSBA No. 23736<br>Attorney for Ford Motor Company |

## ORDER EXTENDING DEADLINE TO RESPOND TO SUMMARY JUDGMENT

The Court having considered the Stipulation by the Plaintiffs and Defendant Ford Motor Company, and being fully advised in the premises, now, therefore hereby ORDERS that the deadline for Plaintiffs to file their Response to Ford Motor Company's Motion for Partial Summary Judgment is extended from the current deadline of July 30, 2018 to August 6, 2018. The court DIRECTS the Clerk to renote Ford Motor Company's motion (Dkt. #449) for August 10, 2018.

DATED this 31st day of July, 2018

_____,
THE HONORABLE JAMES L. ROBART

Presented by:

DEAN OMAR BRANHAM, LLP

By: _s/ Benjamin H. Adams_
Benjamin H. Adams, CSB # 272909
Attorneys for Plaintiffs

STIPULATION AND ~~PROPOSED~~ ORDER
EXTENDING DEADLINE FOR PLAINTIFFS TO
RESPOND TO FORD MOTOR COMPANY'S
MOTION FOR SUMMARY JUDGMENT – 2
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  *Approved as to form and content:*

2  FUCILE & REISING LLP

3  By: *s/ Mark Fucile*
4  Mark Fucile, WSBA No. 23736
   Attorney for Ford Motor Company

STIPULATION AND ~~PROPOSED~~ ORDER
EXTENDING DEADLINE FOR PLAINTIFFS TO
RESPOND TO FORD MOTOR COMPANY'S
MOTION FOR SUMMARY JUDGMENT – 3
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randy J Aliment    randy.aliment@lewisbrisbois.com, annie.kliemann@lewisbrisbois.com

Ronald C Gardner    rgardner@gandtlawfirm.com, khensley@gandtlawfirm.com

James Edward Horne    jhorne@gth-law.com, imoservice@gth-law.com, kcalkins@gth-law.com

Kristin M Houser    houser@sgb-law.com, oneil@sgb-law.com, sgbasbestos@sgb-law.com

Diane J. Kero    dkero@gth-law.com, service@gth-law.com

Barry Neal Mesher (Terminated)    bnm@bnmesherlaw.com

Michael Edward Ricketts    mricketts@gth-law.com, cwallace@gth-law.com, imoservice@gth-law.com, kcalkins@gth-law.com

William Joel Rutzick    rutzick@sgb-law.com, jones@sgb-law.com, liberio@sgb-law.com, ross@sgb-law.com, scrawford@sgb-law.com, ylitalo@sgb-law.com

G William Shaw    bill.shaw@klgates.com, Janet.Lewis2@klgates.com, Ryan.Groshong@klgates.com, mary.klemz@klgates.com, peggy.mitchell@klgates.com, phong.hong@klgates.com

Tim D. Wackerbarth    wackerbartht@lanepowell.com, docketing-sea@lanepowell.com, mitchells@lanepowell.com, wallg@lanepowell.com

Chris Robert Youtz    chris@sylaw.com, matt@sylaw.com, theresa@sylaw.com

Richard G Gawlowski    gawlowski@wscd.com, ossenkop@wscd.com, reyes@wscd.com

Mark J Fucile    mark@frllp.com, service@frllp.com, signe@frllp.com

Christopher S Marks    cmarks@tktrial.com, asbestos.service@tktrial.com, mtiegen@tktrial.com

Kevin J Craig    kcraig@gordonrees.com, akendrick@grsm.com

Mark B Tuvim    mtuvim@gordonrees.com, akendrick@gordonrees.com

STIPULATION AND ~~PROPOSED~~ ORDER
EXTENDING DEADLINE FOR PLAINTIFFS TO
RESPOND TO FORD MOTOR COMPANY'S
MOTION FOR SUMMARY JUDGMENT – 4
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  Mary P Gaston     mgaston@perkinscoie.com, HW_Asbestos_SEA@perkinscoie.com, docketsea@perkinscoie.com, jstarr@perkinscoie.com

2

3  Katherine M. Steele     Asbestos@bullivant.com, freida.mason@bullivant.com

4  Charles W Branham, III     tbranham@dobllp.com, jjohnson@dobllp.com

5  Richard D Ross     rross@bbllaw.com, epowell@bbllaw.com, mmadderra@bbllaw.com

6  Jeffrey M Odom     odomj@lanepowell.com, carchanoh@lanepowell.com, carrington-dahlk@lanepowell.com, docketing-sea@lanepowell.com

7

8  Andrew Gordon Yates     yatesa@lanepowell.com, docketing-sea@lanepowell.com, mitchells@lanepowell.com

9

10  John G Goller     jgoller@vonbriesen.com, jmitten@vonbriesen.com, tdahms@vonbriesen.com

11  Jeanne F Loftis     jeanne.loftis@bullivant.com, Asbestos-pdx@bullivant.com, alicia.soine@bullivant.com, portlanddocketing@bullivant.com, stephanie.wilken@bullivant.com

12

13

14  Rachel Tallon Reynolds     asbestos@bullivant.com, elizabeth.pina@bullivant.com, racheltallon@gmail.com, tonyha.davies@bullivant.com

15  Thomas J. Breen     breen@sgb-law.com, sgbasbestos@sgb-law.com

16

17  Marc Marshall Carlton     marc.carlton@lewisbrisbois.com, Seattle-Asbestos@lewisbrisbois.com, stacey.miller@lewisbrisbois.com

18  Allen Eraut     aeraut@rizzopc.com, recordsmanagement@rizzopc.com

19  Daniel K. Reising     dan@frllp.com, service@frllp.com, signe@frllp.com

20

21  Erin P Fraser     efraser@tktrial.com, mtiegen@tktrial.com

22  William D Harvard     WDHarvard@ewhlaw.com, kacook@ewhlaw.com

23  Claude Bosworth     cbosworth@rizzopc.com, recordsmanagement@rizzopc.com

24  Elizabeth Jean McLafferty     mclafferty@sgb-law.com, sgbasbestos@sgb-law.com

25  Brendan Hanrahan     brendan.hanrahan@bullivant.com

26  Kristine E Kruger     kkruger@perkinscoie.com, HW_Asbestos_Sea@perkinscoie.com,

STIPULATION AND ~~PROPOSED~~ ORDER
EXTENDING DEADLINE FOR PLAINTIFFS TO
RESPOND TO FORD MOTOR COMPANY'S
MOTION FOR SUMMARY JUDGMENT – 5
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

docketpor@perkinscoie.com, kristinekruger@gmail.com

Malika Johnson    mjohnson@tktrial.com, mtiegen@tktrial.com

Lucas W.H. Garrett    garrett@sgb-law.com, sgbasbestos@sgb-law.com

Ryan J Groshong    ryan.groshong@klgates.com, anita.spencer@klgates.com

Michael Mackenzie Brown    mac.brown@bullivant.com, Freida.Mason@bullivant.com

Shaun Mary Morgan    smorgan@rizzopc.com, recordsmanagement@rizzopc.com

Benjamin H. Adams    badams@dobllp.com, case@dobllp.com, dsmith-hogan@dobllp.com, jjohnson@dobllp.com

Trevor J. Mohr    tmohr@gordonrees.com, seaasbestos@gordonrees.com

Viiu Spangler Khare    vspanglerkhare@bcrslaw.com, rcastellanos@bcrslaw.com, tmatsumoto@bcrslaw.com

Ryan T Moore    rmoore@bcrslaw.com, achohlis@bcrslaw.com, cbee@bcrslaw.com, nlevonyan@bcrslaw.com

Lisa W Shirley    LShirley@dobllp.com, dsmith-hogan@dobllp.com

Carrie S Lin    clin@mgmlaw.com

Katherine A. Lawler    katherine.lawler@nelsonmullins.com, shemeka.eldridge@nelsonmullins.com

Robert H Berkes    rberkes@bcrslaw.com

R Thomas Radcliffe    tradcliffe@dehay.com, mktippins@dehay.com

Jospeh S Pevsner    Jospeh.Pevsner@tklaw.com

Dated this 31st day of July, 2018, at Seattle, Washington.

*s/ Cameron Colbo*
Cameron Colbo, Legal Assistant
Schroeter, Goldmark & Bender
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 622-8000
colbo@sgb-law.com

STIPULATION AND ~~PROPOSED~~ ORDER
EXTENDING DEADLINE FOR PLAINTIFFS TO
RESPOND TO FORD MOTOR COMPANY'S
MOTION FOR SUMMARY JUDGMENT – 6
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305