The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD.; et al.,<br><br>Defendants. | No. 2:17-cv-00537-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CBS CORPORATION<br><br>[~~PROPOSED~~]  *JLR* |

## STIPULATION

Plaintiff Leslie Jack, individually and as Personal Representative of Patrick Jack and David Jack, individually (hereinafter, "Plaintiffs"), and Defendant CBS Corporation by and through their counsel of record, stipulate that all claims against CBS Corporation only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims against the other parties.

///
///
///
///
///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CBS CORPORATION - 1; CASE NO.: 3:17-CV-00537-JLR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1  DATED this 2nd day of August, 2018.          DATED this 2nd day of August, 2018.

2  s/ Benjamin H. Adams *(with permission)*           s/ Christopher S. Marks
   Benjamin H. Adams *(Pro Hac Vice)*                 s/ Erin P. Fraser
3  DEAN OMAR BRANHAM LLP                              Christopher S. Marks, WSB #28634
4  302 N. Market Street, Suite 300                    Erin P. Fraser, WSBA #43379
   Dallas, TX 75202                                   TANENBAUM KEALE LLP
5  (214) 722-5990                                     One Convention Place
   Email: badams@dobllp.com                           701 Pike Street, Suite 1575
6                                                     Seattle WA 98101
                                                      (206) 889-5150
7  Thomas J. Breen, WSBA #34574                       Email:   cmarks@tktrial.com
   Lucas Garrett, WSBA #32452                                  efraser@tktrial.com
8  William Rutzick, WSBA #11533                                seattle.asbestos@tktrial.com
   Kristin Houser, WSBA #7286
9  SCHROETER GOLDMARK & BENDER                        Attorneys for CBS Corporation
10 810 Third Avenue, Suite 500
   Seattle, WA 98104
11 (206) 622-8000
12 Email: breen@sgb-law.com
          garrett@sgblaw.com
13        rutzick@sgb-law.com
          houser@sgb-law.com
14
15 Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL WITH                    Tanenbaum Keale, LLP
PREJUDICE OF DEFENDANT CBS CORPORATION -                   One Convention Place
2; CASE NO.: 3:17-CV-00537-JLR                             701 Pike Street, Suite 1575
                                                           Seattle WA 98101
                                                           (206) 889-5150

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs and Defendant CBS Corporation to dismiss all claims against CBS Corporation only, with prejudice and without costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiffs' claims against CBS Corporation only are hereby dismissed with prejudice and without costs as to any party.

DATED this 2nd day of August, 2018.

_____
THE HONORABLE JAMES L. ROBART

PRESENTED BY:

s/ Christopher S. Marks
s/ Erin P. Fraser
Christopher S. Marks, WSB #28634
Erin P. Fraser, WSBA #43379
TANENBAUM KEALE LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150
Email:   cmarks@tktrial.com
         efraser@tktrial.com
         seattle.asbestos@tktrial.com

Attorneys for CBS Corporation

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT CBS CORPORATION - 3; CASE NO.: 3:17-CV-00537-JLR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

1  APPROVED as to form and content:

2  s/ Benjamin H. Adams *(with permission)*
   Benjamin H. Adams *(Pro Hac Vice)*
3  DEAN OMAR BRANHAM LLP
   302 N. Market Street, Suite 300
4  Dallas, TX 75202
5  (214) 722-5990
   Email: badams@dobllp.com
6

7  Thomas J. Breen, WSBA #34574
   Lucas Garrett, WSBA #32452
8  William Rutzick, WSBA #11533
   Kristin Houser, WSBA #7286
9  SCHROETER GOLDMARK & BENDER
10 810 Third Avenue, Suite 500
   Seattle, WA 98104
11 (206) 622-8000
   Email: breen@sgb-law.com
12         garrett@sgblaw.com
           rutzick@sgb-law.com
13         houser@sgb-law.com

14
   Attorneys for Plaintiffs
15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT CBS CORPORATION -
4; CASE NO.: 3:17-CV-00537-JLR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150