The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD.; et al.,<br><br>Defendants. | No. 2:17-cv-00537-JLR<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY<br><br>[PROPOSED] |

## STIPULATION

Plaintiff Leslie Jack, individually and as Personal Representative of Patrick Jack and David Jack, individually (hereinafter, "Plaintiffs"), and Defendant General Electric Company by and through their counsel of record, stipulate that all claims against General Electric Company only may be dismissed with prejudice and without costs or attorney fees as to any party in the above-captioned matter, reserving to Plaintiffs their claims against the other parties.

///
///
///
///
///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY - 1; CASE NO.: 3:17-CV-00537-JLR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

| | |
|---|---|
| DATED this 2nd day of August, 2018. | DATED this 2nd day of August, 2018. |
| s/ Benjamin H. Adams *(with permission)*<br>Benjamin H. Adams *(Pro Hac Vice)*<br>DEAN OMAR BRANHAM LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>(214) 722-5990<br>Email: badams@dobllp.com | s/ Christopher S. Marks<br>s/ Erin P. Fraser<br>Christopher S. Marks, WSB #28634<br>Erin P. Fraser, WSBA #43379<br>TANENBAUM KEALE LLP<br>One Convention Place<br>701 Pike Street, Suite 1575<br>Seattle WA 98101<br>(206) 889-5150<br>Email:  cmarks@tktrial.com<br>efraser@tktrial.com<br>seattle.asbestos@tktrial.com |
| Thomas J. Breen, WSBA #34574<br>Lucas Garrett, WSBA #32452<br>William Rutzick, WSBA #11533<br>Kristin Houser, WSBA #7286<br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>(206) 622-8000<br>Email: breen@sgb-law.com<br>garrett@sgblaw.com<br>rutzick@sgb-law.com<br>houser@sgb-law.com | Attorneys for General Electric Company |
| Attorneys for Plaintiffs | |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY - 2; CASE NO.: 3:17-CV-00537-JLR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

# ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by Plaintiffs and Defendant General Electric Company to dismiss all claims against General Electric Company only, with prejudice and without costs, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED as follows:

All of Plaintiffs' claims against General Electric Company only are hereby dismissed with prejudice and without costs as to any party.

DATED this 2nd day of August, 2018.

_____
THE HONORABLE JAMES L. ROBERT

PRESENTED BY:

s/ Christopher S. Marks
s/ Erin P. Fraser
Christopher S. Marks, WSB #28634
Erin P. Fraser, WSBA #43379
TANENBAUM KEALE LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150
Email:   cmarks@tktrial.com
         efraser@tktrial.com
         seattle.asbestos@tktrial.com

Attorneys for General Electric Company

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT GENERAL ELECTRIC
COMPANY - 3; CASE NO.: 3:17-CV-00537-JLR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150

APPROVED as to form and content:

s/ Benjamin H. Adams *(with permission)*
Benjamin H. Adams *(Pro Hac Vice)*
DEAN OMAR BRANHAM LLP
302 N. Market Street, Suite 300
Dallas, TX 75202
(214) 722-5990
Email: badams@dobllp.com

Thomas J. Breen, WSBA #34574
Lucas Garrett, WSBA #32452
William Rutzick, WSBA #11533
Kristin Houser, WSBA #7286
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
(206) 622-8000
Email: breen@sgb-law.com
    garrett@sgblaw.com
    rutzick@sgb-law.com
    houser@sgb-law.com

Attorneys for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE OF DEFENDANT GENERAL ELECTRIC
COMPANY - 4; CASE NO.: 3:17-CV-00537-JLR

Tanenbaum Keale, LLP
One Convention Place
701 Pike Street, Suite 1575
Seattle WA 98101
(206) 889-5150