HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON AT SEATTLE
8

| | |
|---|---|
| 9  LESLIE JACK, individually and as Personal<br>Representative of PATRICK JACK; DAVID<br>10  JACK, individually, | NO.  2:17-cv-00537-JLR |
| 11              Plaintiffs, | [~~PROPOSED~~] STIPULATION AND |
| | ORDER OF DISMISSAL OF |
| 12  v. | DEFENDANT AIR & LIQUID SYSTEMS |
| | CORPORATION |
| 13  ASBESTOS CORPORATION LTD., et al., | |
| 14              Defendants | |

15
                            STIPULATION
16
        The above-captioned plaintiffs and defendant Air & Liquid Systems Corporation,
17
stipulate to the entry of the following Order of Dismissal without further Notice, with
18
prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of
19
action, claims, and demands against any and all other parties.
20
        DATED this 2nd day of August 2018.
21
DEAN OMAR & BRANHAM, LLP              GORDON REES SCULLY
22                                       MANSUKHANI, LLP
23  s/Benjamin H. Adams                  s/Mark B. Tuvim
    Benjamin H. Adams (Admitted Pro Hac Vice)   Mark B. Tuvim, WSBA No. 31909
24  Attorneys for Plaintiff              Kevin J. Craig, WSBA No. 29932
                                         Attorneys for Defendant Air & Liquid
25                                       Systems Corporation

                                         **GORDON REES SCULLY**
[~~PROPOSED~~] STIPULATION AND ORDER OF      **MANSUKHANI, LLP**
DISMISSAL OF DEFENDANT AIR & LIQUID SYSTEMS   701 5th Avenue, Suite 2100
CORPORATION - 1                          Seattle, WA  98104
No. 2:17-cv-00537-JLR                     Telephone: (206) 695-5100
                                         Facsimile: (206) 689-2822

1  ORDER OF DISMISSAL

2  THIS MATTER having come on regularly for hearing before this Court upon the

3  foregoing Stipulation, and the Court being fully advised in the premises.

4  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

5  that plaintiffs' claims against defendant Air & Liquid Systems Corporation, its predecessors,

6  successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed with

7  prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' right of action,

8  claims, and demands against any and all other parties.

9  DONE IN OPEN COURT this __3rd__ day of __August__, 2018.

10

11

12  HONORABLE JAMES L ROBART
   United States District Court Judge

13

14  Presented by:

15  DEAN OMAR & BRANHAM, LLP

16

17  _s/Benjamin H. Adams_
   Benjamin H. Adams (Admitted Pro Hac Vice)

18  Attorney for Plaintiffs

19

20  GORDON REES SCULLY MANSUKHANI, LLP

21  _s/Mark B. Tuvim_

22  Mark B. Tuvim, WSBA No. 31909
   Kevin J. Craig, WSBA No. 29932

23  Attorneys for Defendant Air & Liquid Systems
   Corporation

24

25

[PROPOSED] STIPULATION AND ORDER OF
DISMISSAL OF DEFENDANT AIR & LIQUID SYSTEMS
CORPORATION - 2
No. 2:17-cv-00537-JLR

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1148156/39474400 v.1