HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually, <br><br> Plaintiffs, <br><br> v. <br><br> ASBESTOS CORPORATION LTD., et al., <br><br> Defendants | NO.  2:17-cv-00537-JLR <br><br> [~~PROPOSED~~] STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT ASBESTOS CORPORATION LIMITED |

## STIPULATION

The above-captioned plaintiffs and defendant Asbestos Corporation Limited, stipulate to the entry of the following Order of Dismissal without further Notice, with prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' rights of action, claims, and demands against any and all other parties.

DATED this 2nd day of August 2018.

DEAN OMAR & BRANHAM, LLP

s/Benjamin H. Adams
Benjamin H. Adams (Admitted Pro Hac Vice)
Attorneys for Plaintiff

GORDON REES SCULLY
MANSUKHANI, LLP

s/Mark B. Tuvim
Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932
Attorneys for Defendant Asbestos
Corporation Limited

[~~PROPOSED~~] STIPULATION AND ORDER OF
DISMISSAL OF DEFENDANT ASBESTOS
CORPORATION LIMITED - 1
No. 2:17-cv-00537-JLR

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1

<u>ORDER OF DISMISSAL</u>

2

THIS MATTER having come on regularly for hearing before this Court upon the

3

foregoing Stipulation, and the Court being fully advised in the premises.

4

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED

5

that plaintiffs' claims against defendant Asbestos Corporation Limited, its predecessors,

6

successors, subsidiaries, parents, affiliated entities, directors and officers, are dismissed with

7

prejudice and without costs to either party, reserving to plaintiffs all plaintiffs' right of action,

8

claims, and demands against any and all other parties.

9

DONE IN OPEN COURT this 3ʳᵈ day of ___August___, 2018.

10

11

12

HONORABLE JAMES L ROBART
United States District Court Judge

13

14

Presented by:

15

DEAN OMAR & BRANHAM, LLP

16

17

*s/Benjamin H. Adams*
Benjamin H. Adams (Admitted Pro Hac Vice)

18

Attorney for Plaintiffs

19

20

GORDON REES SCULLY MANSUKHANI, LLP

21

*s/Mark B. Tuvim*

22

Mark B. Tuvim, WSBA No. 31909
Kevin J. Craig, WSBA No. 29932

23

Attorneys for Defendant Asbestos Corporation Limited

24

25

[PROPOSED] STIPULATION AND ORDER OF
DISMISSAL OF DEFENDANT ASBESTOS
CORPORATION LIMITED - 2
No. 2:17-cv-00537-JLR

1135583/39478799v.1

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822