IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, Individually and as Personal Representative of PATRICK JACK; DAVID JACK, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS CORPORATION LTD, *et al*,<br><br>Defendants. | NO. 2:17-cv-0537 JLR<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY |

## STIPULATION

Plaintiffs and Defendant Metropolitan Life Insurance Company stipulate to the entry of the following *Order of Dismissal* without further Notice, without prejudice and without costs to either party.

Dated this 6th day of August, 2018.

| | |
|---|---|
| s/ Thomas J. Breen<br>Thomas Breen, WSBA No. 34574<br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, WA 98104<br>(206) 623-4100 P; (206) 623-9273 F<br>breen@sgb-law.com<br>Attorneys for Plaintiffs | s/ Richard G. Gawlowski<br>Richard G. Gawlowski, WSBA No. 19713<br>WILSON SMITH COCHRAN DICKERSON<br>901 5th Avenue, Suite 1700<br>Seattle, WA 98164<br>(206) 623-4100 P; (206) 623-9273 F<br>gawlwoski@wscd.com<br>Attorney for Defendant Metropolitan Life Insurance Company |

STIPULATION AND ORDER OF DISMISSAL
AS TO DEFENDANT METROPOLITAN LIFE
INSURANCE COMPANY (2:17-cv-0537 JLR) –
1

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of Stipulation by Plaintiffs and Defendant Metropolitan Life to dismiss all claims against Metropolitan Life without prejudice and without costs as to any party; and the Court being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED that all claims against Metropolitan Life Insurance Company are hereby dismissed without prejudice and without costs.

DATED this 7th day of August, 2018.

_____
The Honorable James L. Robart
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL
AS TO DEFENDANT METROPOLITAN LIFE
INSURANCE COMPANY (2:17-cv-0537 JLR) – 2

WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties below:

**Attorneys for Plaintiffs**
Benjamin H. Adams
badams@dobllp.com
Thomas J. Breen
breen@sgb-law.com

**Attorney for Goulds Pump**
**Attorney for Viad Corporation**
Ronald C. Gardner
rgardner@gandtlawfirm.com

**Attorneys for Ingersoll-Rand**
Katherine A. Lawler
Katherine.lawler@nelsonmullins.com
Mark B. Tuvin
mtuvim@gordonrees.com

**Attorney for Dana Companies**
R. Thomas Radcliffe
tradcliffe@dehay.com
Diane J. Kero
dkero@gth-law.com

**Attorneys for Ford Motor Company**
Daniel K. Reising
dan@frllp.com
Mark J. Fucile
mark@frllp.com

**Attorneys for Honeywell International**
Kristine E. Kruger
kkruger@perkinscoie.com
Joseph Pevsner
Joseph.Pevsner@tklaw.com

**Attorneys for Union Pacific Railroad**
Robert H. Berkes
rberkes@bcrslaw.com
Jeffrey M. Odom
odomj@lanepowell.com

**Attorneys for Borg-Warner**
Richard D. Ross
rross@bbllaw.com

**SIGNED** this 6th day of August, 2018.

*s/ Richard G. Gawlowski*
Richard G. Gawlowski, WSBA No. 19713
901 5th Avenue, Suite 1700
Seattle, WA 98164
gawlwoski@wscd.com

STIPULATION AND ORDER OF DISMISSAL
AS TO DEFENDANT METROPOLITAN LIFE
INSURANCE COMPANY (2:17-cv-0537 JLR) –
3



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273