Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually, <br><br> Plaintiffs, <br><br> v. <br><br> ASBESTOS CORPORATION LTD., et al., <br><br> Defendants. | No. 2:17-cv-00537-JLR <br><br> STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GOULDS PUMPS, LLC, ONLY <br><br> ***CLERK'S ACTION REQUIRED*** |

## STIPULATION

Plaintiffs and Defendant Goulds Pumps, LLC, hereby stipulate that all claims against Defendant Goulds Pumps, LLC, only, may be dismissed with prejudice and without costs and/or attorneys' fees as to either party.

DATED this 7th day of July, 2018.

SCHROETER GOLDMARK & BENDER            GARDNER TRABOLSI & ASSOCIATES PLLC

By /s/ Benjamin H. Adams                            By /s/ Ronald C. Gardner
Thomas J. Breen, WSBA #34574                Ronald C. Gardner, WSBA #9270
Lucas Garrett, WSBA #38452                    Attorney for Defendant Goulds Pumps, LLC
Benjamin H. Adams, Bar #272909
(Pro Hac Vice)
Attorneys for Plaintiffs

STIPULATED MOTION TO DISMISS AND ORDER
OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT GOULDS PUMPS, LLC, ONLY - 1
USDC WD WA/SEA NO. No. 2:17-cv-00537-JLR

Gardner Trabolsi & Associates pllc
ATTORNEYS
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309
Facsimile (206) 256-6318

# ORDER

It is ORDERED, ADJUDGED and DECREED that Plaintiffs' action against Defendant, Goulds Pumps, LLC, only, is hereby dismissed with prejudice, no costs to be awarded.

DATED this __9th__ day of __August__, 2018.

_____
The Honorable James L. Robart

*Presented by:*

GARDNER TRABOLSI & ASSOCIATES PLLC

By /s/ Ronald C. Gardner
Ronald C. Gardner, WSBA #9270
Attorney for Defendant Goulds Pumps, LLC

*Approved as to form; notice of presentation waived;*

SCHROETER GOLDMARK & BENDER

By /s/ Benjamin H. Adams
Thomas J. Breen, WSBA #34574
Lucas Garrett, WSBA #38452
Benjamin H. Adams, Bar #272909 (*Pro Hac Vice*)
Attorneys for Plaintiffs

STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GOULDS PUMPS, LLC, ONLY - 2
USDC WD WA/SEA NO. No. 2:17-cv-00537-JLR

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318