UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, et al.,<br><br>               Plaintiffs,<br><br>   v.<br><br>BORG-WARNER MORSE TEC LLC, et al.,<br><br>               Defendants. | CASE NO. C17-0537JLR<br><br>ORDER |

On August 15, 2018, counsel for Plaintiffs informed the court of Plaintiffs' decision to withdraw expert Robert Johnson. Accordingly, the court DENIES as MOOT Defendant Ford Motor Co.'s and Defendant Honeywell International Inc.'s pending

//
//
//
//

ORDER - 1

motions to exclude Mr. Johnson. (Ford MTE Johnson (Dkt. # 466); Honeywell MTE Johnson (Dkt. # 488).)

Dated this 16th day of August, 2018.

JAMES L. ROBART
United States District Judge