HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>ASBESTOS CORPORATION LTD., et al.,<br><br>Defendants. | NO. 2:17-cv-00537 JLR<br><br>STIPULATION AND ORDER EXCUSING TOM RADCLIFFE FROM ATTENDANCE AT THE SEPTEMBER 17, 2018 PRETRIAL CONFERENCE |

DCO RECITATIONS

DCo's primary trial counsel for this case R. Thomas Radcliffe was admitted Pro Hac Vice on July 19, 2018 [DKT 528]. Prior to the change in the trial date from October 15, 2018 to October 1, 2018 Mr. Radcliffe's family had planned and paid for a vacation out of the country from September 15 to 29, 2018, scheduled with the plan that Mr. Radcliffe would attend the Pretrial conference with the Court on October 1, 2018. The

STIPULATION AND ORDER EXCUSING TOM RADCLIFFE FROM
ATTENDANCE AT THE SEPTEMBER 17, 2018 PRETRIAL CONFERENCE - 1
of 5
(2:17-cv-00537 JLR)
[4838-8071-3072]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

change in trial date resulted in a change in the Pretrial Conference to September 17, 2018, that necessitates this request.

Local DCo counsel Michael Ricketts who will try this case with Mr. Radcliffe and Diane Kero will attend the Pretrial conference in Mr. Radcliffe's absence. Both have been involved in this case from the beginning. They will be responsible to represent DCo at the conference and to convey all information and rulings to Mr. Radcliffe.

## STIPULATION

Defendant DCo, LLC f/k/a Dana Companies, LLC ("DCo") requests this Court excuse the personal attendance of R. Thomas Radcliffe, National Counsel for the September 17, 2018 Pretrial Conference. Before submitting this request to the Court DCo counsel obtained the agreement of all parties to this request.

Dated: August 24, 2018.

SCHROETER GOLDMARK & BENDER

By /s/ Thomas J. Breen
   Thomas J. Breen, WSBA No. 34574
Counsel for Plaintiff

Dated: August 24, 2018.

GORDON THOMAS HONEYWELL LLP

By /s/ Diane J. Kero
   Diane J. Kero, WSBA NO. 11874
Counsel for Defendant DCo, LLC f/k/a Dana Companies, LLC

Dated: August 24, 2018.

DEAN OMAR BRANHAM LLP

By /s/ Benjamin H. Adams
   Benjamin H. Adams, *Pro Hac Vice*
Counsel for Plaintiff

Dated: August 24, 2018.

BENNETT BIGELOW & LEEDOM PS

By /s/ Richard D. Ross
   Richard D. Ross, WSBA No. 34502
Counsel for Defendant BorgWarner Morse Tec LLC

ATTENDANCE AT THE SEPTEMBER 17, 2018 PRETRIAL CONFERENCE - 2
of 5
(2:17-cv-00537 JLR)
[4838-8071-3072]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Dated: August 24, 2018.

GARDNER TRABOLSI & ASSOCIATES

By /s/ Ronald Gardner
   Ronald Gardner, WSBA No. 9270
Counsel for Defendant Viad Corporation

Dated: August 24, 2018.

PERKINS COIE LLP

By /s/ Kristine E. Kruger
   Kristine E. Kruger, WSBA No. 44612
Counsel for Honeywell International, Inc.

Dated: August 24, 2018.

LANE POWELL PC

By /s/ Jeffrey M. Odom
   Jeffrey M. Odom, WSBA No. 36168
Counsel for Union Pacific Railroad Co.

Dated: August 24, 2018.

FUCILE & REISING LLP

By /s/ Dan Reising
   Mark J. Fucile, WSBA No. 23736
   Daniel K. Reising, WSBA No. 41175
Counsel for Ford Motor Company

## ORDER

IT IS NOW ORDERED that attorney R. Thomas Radcliffe, National Counsel for DCo, LLC f/k/a Dana Companies, LLC is excused from attending the September 17, 2018 Pretrial Conference.

DATED this 27th day of August, 2018.

HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented By:

GORDON THOMAS HONEYWELL LLP

By /s/ Diane J. Kero
   Diane J. Kero, WSBA No. 11874
Attorney for Defendant DCo, LLC f/k/a
Dana Companies, LLC

STIPULATION AND ORDER EXCUSING TOM RADCLIFFE FROM
ATTENDANCE AT THE SEPTEMBER 17, 2018 PRETRIAL CONFERENCE - 3
of 5
(2:17-cv-00537 JLR)
[4838-8071-3072]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Approved as to Form; Notice of Presentation Waived

SCHROETER GOLDMARK & BENDER

By /s/ Thomas J. Breen
    Thomas J. Breen, WSBA No. 34574
Counsel for Plaintiff

DEAN OMAR BRANHAM LLP

By /s/ Benjamin H. Adams
    Benjamin H. Adams, *Pro Hac Vice*
Counsel for Plaintiff

BENNETT BIGELOW & LEEDOM PS

By /s/ Richard D. Ross
    Richard D. Ross, WSBA No. 34502
Counsel for Defendant BorgWarner Morse Tec LLC

GARDNER TRABOLSI & ASSOCIATES

By /s/ Ronald Gardner
    Ronald Gardner, WSBA No. 9270
Counsel for Defendant Viad Corporation

LANE POWELL PC

By /s/ Jeffrey M. Odom
    Jeffrey M. Odom, WSBA No. 36168
Counsel for Union Pacific Railroad Co.

STIPULATION AND ORDER EXCUSING TOM RADCLIFFE FROM
ATTENDANCE AT THE SEPTEMBER 17, 2018 PRETRIAL CONFERENCE - 4
of 5
(2:17-cv-00537 JLR)
[4838-8071-3072]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1. PERKINS COIE LLP

2. By /s/ Kristine E. Kruger
   Kristine E. Kruger, WSBA No. 44612
3. Counsel for Honeywell International, Inc.

5. FUCILE & REISING LLP

6. By /s/ Daniel K. Reising
   Mark J. Fucile, WSBA No. 23736
7. Daniel K. Reising, WSBA No. 41175
   Counsel for Ford Motor Company

STIPULATION AND ORDER EXCUSING TOM RADCLIFFE FROM
ATTENDANCE AT THE SEPTEMBER 17, 2018 PRETRIAL CONFERENCE - 5
of 5
(2:17-cv-00537 JLR)
[4838-8071-3072]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575