HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

LESLIE JACK, Individually and as Personal Representative of the Estate of PATRICK JACK; DAVID JACK, individually,

Plaintiffs,

v.

ASBESTOS CORPORATION LTD., et al.,

Defendants.

No. 2:17-cv-00537-JLR

STIPULATION AND [PROPOSED] ORDER TO MODIFY SETTLEMENT CONFERENCE DEADLINE

**NOTING DATE: AUGUST 29, 2018**

## STIPULATION

Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate and agree to modify the scheduling conference deadline from the current deadline of August 16, 2018 to September 7, 2018.

DATED this 29th day of August, 2018.

STIPULATION AND [PROPOSED] ORDER TO MODIFY SETTLEMENT CONFERENCE DEADLINE – 1
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

| | | |
|---|---|---|
| 1 | s/ Thomas J. Breen<br>Thomas J. Breen, WSBA # 34574 | s/ Benjamin H. Adams<br>Benjamin H. Adams (*Pro Hac Vice*) |
| 2 | Lucas Garrett, WSBA # 38452<br>Elizabeth McLafferty, WSBA # 45291 | CA Bar No. 272909<br>DEAN OMAR BRANHAM, LLP |
| 3 | SCHROETER, GOLDMARK & BENDER<br>810 Third Avenue, Suite 500 | 4343 Finley Avenue, #5<br>Los Angeles, CA 90027 |
| 4 | Seattle, WA 98104 | Counsel for Plaintiffs |
| 5 | Counsel for Plaintiffs<br>Email: breen@sgb-law.com; | Email: badams@dobllp.com |
| 6 | garrett@sgb-law.com;<br>mclafferty@sgb-law.com | |
| 7 | | |
| 8 | s/ Richard D. Ross<br>Richard D. Ross, WSBA # 34502 | s/ Kristine E. Kruger<br>Kristine E. Kruger WSBA # 44612 |
| 9 | SELMAN BREITMAN LLP<br>600 University Street, Suite 1800 | Mary Z. Gaston, WSBA # 27258<br>PERKINS COIE |
| 10 | Seattle, WA 98101-4129<br>Counsel for Borg-Warner Corporation | 1201 Third Avenue, 40th Floor<br>Seattle WA 98101-3099 |
| 11 | Email: rross@bbllaw.com | Counsel for Honeywell International, Inc.<br>Email: mgaston@perkinscoie.com; |
| 12 | | kkruger@perkinscoie.com |
| 13 | | |
| 14 | s/ Viiu Spangler Khare<br>Tim D. Wackerbarth, WSBA # 13673 | s/ Diane Kero<br>Diane Kero, WSBA # 11874 |
| 15 | Jeffrey M. Odom, WSBA # 36168<br>LANE POWELL PC | GORDON, THOMAS, HONEYWELL<br>600 University Street, #2100 |
| 16 | 1420 Fifth Ave, Suite 4200<br>Seattle, WA 98101-2338 | Seattle, WA 98101<br>Counsel for DCo, LLC f/k/a Dana |
| 17 | | Companies LLC |
| 18 | Viiu Spangler Khare (*Pro Hac Vice*)<br>CA Bar No. 190429 | Email: dkero@gth-law.com;<br>service@gth-law.com |
| 19 | Berkes Crane Robinson & Seal<br>515 S. Figueroa Street, Suite 1500 | |
| 20 | Los Angeles, CA 90071<br>Counsel for Union Pacific Railroad Company | |
| 21 | Email: odomj@lanepowell.com; | |
| 22 | wackerbartht@lanepowell.com;<br>vspanglerkhare@bcrslaw.com | |

STIPULATION AND [PROPOSED] ORDER TO
MODIFY SETTLEMENT CONFERENCE
DEADLINE – 2
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

s/ Daniel Reising
Mark J. Fucile, WSBA # 23736
Daniel Reising, WSBA # 41175
FUCILE & REISING LLP
800 NW 6th Ave, Suite 211
Portland, OR 97209-3783
Counsel for Ford Motor Company
Email: mark@frllp.com;
dan@frllp.com

s/ Ronald C. Gardner
Ronald C. Gardner, WSBA # 9270
GARDNER TRABOLSI & ASSOCIATES PLLC
2200 Sixth Avenue, Suite 600
Seattle, WA 98121
Counsel for Viad Corp
Email: rgardner@gandtlawfirm.com

## ORDER EXTENDING DEADLINE FOR SETTLEMENT CONFERENCE

The Court having considered the Stipulation by the Plaintiffs and Defendants, and being fully advised in the premises, now, therefore hereby ORDERS that the deadline for the scheduling conference deadline be extended from August 16, 2018 to September 7, 2018.

DATED this 29th day of August, 2018

_____
THE HONORABLE JAMES L. ROBART

Presented by:

SCHROETER, GOLDMARK & BENDER

s/ Thomas J. Breen
THOMAS J. BREEN, WSBA #34574
LUCAS GARRETT, WSBA #38452
Counsel for Plaintiffs

DEAN OMAR BRANHAM, LLP

s/ Benjamin H. Adams
Benjamin H. Adams, CSB # 272909
Counsel for Plaintiffs

STIPULATION AND [PROPOSED] ORDER TO
MODIFY SETTLEMENT CONFERENCE
DEADLINE – 3
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

*Approved as to form and content:*

SELMAN BREITMAN LLP

*s/ Richard D. Ross*
Richard D. Ross, WSBA # 34502
Counsel for Borg-Warner Corporation

PERKINS COIE

*s/ Kristine E. Kruger*
Kristine E. Kruger WSBA # 44612
Mary Z. Gaston, WSBA # 27258
Counsel for Honeywell International, Inc.

LANE POWELL PC & BERKES CRANE ROBINSON & SEAL

*s/ Viiu Spangler Khare*
Tim D. Wackerbarth, WSBA # 13673
Jeffrey M. Odom, WSBA # 36168
Viiu Spangler Khare (*Pro Hac Vice*)
CA Bar No. 190429
Counsel for Union Pacific Railroad Company

FUCILE & REISING LLP

*s/ Daniel Reising*
Mark J. Fucile, WSBA # 23736
Daniel Reising, WSBA # 41175
Counsel for Ford Motor Company

GARDNER TRABOLSI & ASSOCIATES PLLC

*s/ Ronald C. Gardner*
Ronald C. Gardner, WSBA # 9270
Counsel for Viad Corp.

GORDON, THOMAS, HONEYWELL

*s/ Diane Kero*
Diane Kero, WSBA # 11874
Counsel for DCo, LLC f/k/a Dana Companies LLC

STIPULATION AND [PROPOSED] ORDER TO
MODIFY SETTLEMENT CONFERENCE
DEADLINE – 4
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Randy J Aliment     randy.aliment@lewisbrisbois.com, annie.kliemann@lewisbrisbois.com

Ronald C Gardner     rgardner@gandtlawfirm.com, khensley@gandtlawfirm.com

James Edward Horne     jhorne@gth-law.com, imoservice@gth-law.com, kcalkins@gth-law.com

Kristin M Houser     houser@sgb-law.com, oneil@sgb-law.com, sgbasbestos@sgb-law.com

Diane J. Kero     dkero@gth-law.com, service@gth-law.com

Barry Neal Mesher (Terminated)     bnm@bnmesherlaw.com

Michael Edward Ricketts     mricketts@gth-law.com, cwallace@gth-law.com, imoservice@gth-law.com, kcalkins@gth-law.com

William Joel Rutzick     rutzick@sgb-law.com, jones@sgb-law.com, liberio@sgb-law.com, ross@sgb-law.com, scrawford@sgb-law.com, ylitalo@sgb-law.com

Tim D. Wackerbarth     wackerbartht@lanepowell.com, docketing-sea@lanepowell.com, mitchells@lanepowell.com, wallg@lanepowell.com

Chris Robert Youtz     chris@sylaw.com, matt@sylaw.com, stacy@sylaw.com, theresa@sylaw.com

Brian D Zeringer (Terminated)     zeringerb@lanepowell.com, docketing-sea@lanepowell.com, pottert@lanepowell.com, wallg@lanepowell.com

Richard G Gawlowski     gawlowski@wscd.com, ossenkop@wscd.com, reyes@wscd.com

Mark J Fucile     mark@frllp.com, service@frllp.com, signe@frllp.com

Christopher S Marks     cmarks@tktrial.com, asbestos.service@tktrial.com, mtiegen@tktrial.com

Kevin J Craig     kcraig@gordonrees.com, akendrick@grsm.com

Mark B Tuvim     mtuvim@gordonrees.com, akendrick@gordonrees.com, seaasbestos@grsm.com

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SETTLEMENT CONFERENCE DEADLINE – 5
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  Mary P Gaston   mgaston@perkinscoie.com, HW_Asbestos_SEA@perkinscoie.com, docketsea@perkinscoie.com, jstarr@perkinscoie.com

2

3  Katherine M. Steele   Asbestos@bullivant.com, freida.mason@bullivant.com

4  Charles W Branham, III   tbranham@dobllp.com, jjohnson@dobllp.com

5  Richard D Ross   rross@bbllaw.com, AsbestosWA@bbllaw.com, epowell@bbllaw.com, mmadderra@bbllaw.com

6

7  Jeffrey M Odom   odomj@lanepowell.com, carchanoh@lanepowell.com, carrington-dahlk@lanepowell.com, docketing-sea@lanepowell.com

8

9  Andrew Gordon Yates   yatesa@lanepowell.com, docketing-sea@lanepowell.com, mitchells@lanepowell.com

10 John G Goller   jgoller@vonbriesen.com, jmitten@vonbriesen.com, tdahms@vonbriesen.com

11

12 Jeanne F Loftis   jeanne.loftis@bullivant.com, Asbestos-pdx@bullivant.com, alicia.soine@bullivant.com, portlanddocketing@bullivant.com,

13 stephanie.wilken@bullivant.com

14 Rachel Tallon Reynolds   asbestos@bullivant.com, elizabeth.pina@bullivant.com, racheltallon@gmail.com, tonyha.davies@bullivant.com

15

16 Thomas J. Breen   breen@sgb-law.com, sgbasbestos@sgb-law.com

17 Marc Marshall Carlton   marc.carlton@lewisbrisbois.com, Seattle-Asbestos@lewisbrisbois.com, stacey.miller@lewisbrisbois.com

18

19 Allen Eraut   aeraut@rizzopc.com, recordsmanagement@rizzopc.com

20 Daniel K. Reising   dan@frllp.com, service@frllp.com, signe@frllp.com

21 Erin P Fraser   efraser@tktrial.com, mtiegen@tktrial.com

22 William D Harvard   WDHarvard@ewhlaw.com, kacook@ewhlaw.com

23

24 Claude Bosworth   cbosworth@rizzopc.com, recordsmanagement@rizzopc.com

25 Elizabeth Jean McLafferty   mclafferty@sgb-law.com, sgbasbestos@sgb-law.com

26 Brendan Hanrahan   brendan.hanrahan@bullivant.com

Kristine E Kruger   kkruger@perkinscoie.com, HW_Asbestos_Sea@perkinscoie.com,

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SETTLEMENT CONFERENCE DEADLINE – 6
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

1  cboshell@perkinscoie.com, docketpor@perkinscoie.com, kristinekruger@gmail.com

2  Malika Johnson    mjohnson@tktrial.com, mtiegen@tktrial.com

3  Lucas W.H. Garrett    garrett@sgb-law.com, sgbasbestos@sgb-law.com

4  Michael Mackenzie Brown    mac.brown@bullivant.com, Freida.Mason@bullivant.com

5  Shaun Mary Morgan    smorgan@rizzopc.com, recordsmanagement@rizzopc.com

6

7  Benjamin H. Adams    badams@dobllp.com, dsmith-hogan@dobllp.com, jjohnson@dobllp.com

8  Trevor J. Mohr    tmohr@gordonrees.com, seaasbestos@gordonrees.com

9  Viiu Spangler Khare    vspanglerkhare@bcrslaw.com, rcastellanos@bcrslaw.com,
10  tmatsumoto@bcrslaw.com

11  Ryan T Moore    rmoore@bcrslaw.com, achohlis@bcrslaw.com, cbee@bcrslaw.com,
12  nlevonyan@bcrslaw.com

13  Lisa W Shirley    LShirley@dobllp.com, dsmith-hogan@dobllp.com

14  Carrie S Lin    clin@mgmlaw.com

15  Katherine A. Lawler    katherine.lawler@nelsonmullins.com,
16  shemeka.eldridge@nelsonmullins.com

17  Robert H Berkes    rberkes@bcrslaw.com

18  R Thomas Radcliffe    tradcliffe@dehay.com, mktippins@dehay.com

19  Joseph S Pevsner    Joseph.Pevsner@tklaw.com, annetta.harrison@tklaw.com,
20  christi.durden@tklaw.com

21  Gary D Elliston    gelliston@dehay.com, lrm@dehay.com

22  Mahsa Kashani Tippins    mktippins@dehay.com, cwallace@gth-law.com

23  Dated this 29th day of August, 2018, at Seattle, Washington.

24

25  *s/ Cameron Colbo*
    Cameron Colbo, Legal Assistant
26  Schroeter, Goldmark & Bender
    810 Third Avenue, Suite 500
    Seattle, WA 98104

STIPULATION AND [~~PROPOSED~~] ORDER TO
MODIFY SETTLEMENT CONFERENCE
DEADLINE – 7
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

(206) 622-8000
colbo@sgb-law.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND [PROPOSED] ORDER TO
MODIFY SETTLEMENT CONFERENCE
DEADLINE – 8
(Case No. 2:17-cv-00537-JLR)

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305