THE HONORABLE JAMES L. ROBART

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8
9
10
11
12
13
14
15

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of the Estate of PATRICK JACK; DAVID JACK, individually, <br><br> Plaintiffs, <br><br> v. <br><br> ASBESTOS CORPORATION LTD., *et al.*, <br><br> Defendants. | No. 2:17-cv-00537 JLR <br><br> NOTICE OF SETTLEMENT AS TO DEFENDANT HONEYWELL INTERNATIONAL INC. |

16  To:    The Honorable James L. Robart

17

18      Notice is hereby given that Defendant Honeywell International Inc., f/k/a AlliedSignal,

19  Inc., Successor-in-Interest to The Bendix Corporation ("Honeywell") and Plaintiffs Leslie Jack,

20  individually and as Personal Representative of the Estate of Patrick Jack and David Jack have

reached a settlement in the above-captioned matter. Plaintiffs and Honeywell will submit a

21  Stipulation and Proposed Order of Dismissal as to Honeywell upon completion of settlement

22  terms.

23
24
25
26

NOTICE OF SETTLEMENT AS TO DEFENDANT
HONEYWELL INTERNATIONAL INC. (No. 2:17-
cv-00537 JLR) –1

141237218.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

2   DATED:  September 10, 2018

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

By:  s/ Mary Z. Gaston
By:  s/ Kristine E. Kruger
Mary Z. Gaston #27258
Kristine E. Kruger #44612
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  MGaston@perkinscoie.com
          KKruger@perkinscoie.com

NOTICE OF SETTLEMENT AS TO DEFENDANT
HONEYWELL INTERNATIONAL INC. (No. 2:17-
cv-00537 JLR) –2

141237218.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

## CERTIFICATE OF SERVICE

2

3      I certify that, on the 10th day of September, 2018, I electronically served the foregoing

document all parties of record, as listed below:

4

5

| Benjamin H. Adams<br>Jason Johnson<br>DEAN OMAR & BRANHAM, LLP<br>4343 Finley Ave., Suite 5<br>Los Angeles, CA  90027<br>badams@dobllp.com<br>jjohnson@dobllp.com<br>**Attorney for Plaintiffs** | Shannon Liberio<br>Thomas J. Breen<br>Lucas W.H. Garrett<br>William Joel Rutzick<br>Kristin M. Houser<br>Elizabeth McLafferty<br><br>SCHROETER GOLDMARK & BENDER<br>810 Third Avenue, Suite 500<br>Seattle, WA  98104<br>SGBasbestos@sgb-law.com<br>**Attorneys for Plaintiffs** |
| --- | --- |
| Ronald C. Gardner<br>GARDNER TRABOLSI & ASSOCIATES PLLC<br>2200 Sixth Avenue, Suite 600<br>Seattle, WA  98121<br>asbestos@gandtlawfirm.com<br>**Attorneys for Viad Corporation** | Diane J. Kero<br>GORDON THOMAS HONEYWELL<br>600 University Street, Suite 2100<br>Seattle, WA  98101-4185<br>service@gth-law.com<br>**Attorneys for Dana Companies, LLC** |
| Mark J. Fucile<br>Daniel K. Reising<br><br>FUCILE & REISING<br>Portland Union Station<br>800 NW Sixth Avenue, Suite 211<br>Portland, OR  97209<br>mark@frllp.com<br>dan@frllp.com<br>**Attorneys for Ford Motor Company** | Richard D. Ross<br>Michael Maddera<br><br>BENNETT BIGELOW & LEEDOM, P.S.<br>601 Union Street, Suite 1500<br>Seattle, WA  98101-1363<br>Phone: 206-622-5511<br>rross@bbllaw.com<br>**Attorneys for BorgWarner Morse** |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| | |
|---|---|
| Jeffrey M. Odom<br>Tim D. Wackerbarth<br><br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4200<br>Seattle, WA  98111-9402|<br>odomj@lanepowell.com<br>wackerbartht@lanepowell.com<br><br>**Attorneys for Union Pacific Railroad**<br>**Company** | |

I certify under the laws of the United States that the foregoing is true and correct.

DATED this 10th day of September, 2018.

s/Cynthia Boshell
Cynthia Boshell, Legal Practice Assistant

NOTICE OF SETTLEMENT AS TO DEFENDANT
HONEYWELL INTERNATIONAL INC. (No. 2:17-
cv-00537 JLR) –4

141237218.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000