Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LESLIE JACK, individually and as Personal Representative of PATRICK JACK; DAVID JACK, individually, <br><br> Plaintiffs, <br><br> v. <br><br> ASBESTOS CORPORATION LTD., et al., <br><br> Defendants. | No. 2:17-cv-00537-JLR <br><br> STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT VIAD CORP, ONLY <br><br> **CLERK'S ACTION REQUIRED** |

STIPULATION

Plaintiffs and Defendant Viad Corp, hereby stipulate that all claims against Defendant Viad Corp, only, may be dismissed without prejudice and without costs and/or attorneys' fees as to either party.

DATED this 13th day of September, 2018.

SCHROETER GOLDMARK & BENDER	GARDNER TRABOLSI & ASSOCIATES PLLC


By /s/ Benjamin H. Adams	By /s/ Ronald C. Gardner
Thomas J. Breen, WSBA #34574	Ronald C. Gardner, WSBA #9270
Lucas Garrett, WSBA #38452	Attorney for Defendant Viad Corp
Benjamin H. Adams, Bar #272909
(Pro Hac Vice)
Attorneys for Plaintiffs

STIPULATED MOTION TO DISMISS AND
ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT VIAD CORP, ONLY - 1
USDC WD WA/SEA NO. No. 2:17-cv-00537-JLR

Gardner Trabolsi & Associates PLLC
ATTORNEYS
2200 Sixth Avenue, Suite 600
Seattle, Washington 98121
Telephone (206) 256-6309
Facsimile (206) 256-6318

ORDER

It is ORDERED, ADJUDGED and DECREED that Plaintiffs' action against Defendant, Viad Corp, only, is hereby dismissed without prejudice, no costs to be awarded. *In the event settlement is not perfected, either party may move to reopen the case, provided such motion is filed within 60 days of the date of this order.*

DATED this 16th day of Sept., 2018.

_____
The Honorable James L. Robart

*Presented by:*

GARDNER TRABOLSI & ASSOCIATES PLLC

By /s/ Ronald C. Gardner
Ronald C. Gardner, WSBA #9270
Attorney for Defendant Viad Corp

*Approved as to form; notice of presentation waived;*

SCHROETER GOLDMARK & BENDER

By /s/ Benjamin H. Adams
Thomas J. Breen, WSBA #34574
Lucas Garrett, WSBA #38452
Benjamin H. Adams, Bar #272909 (*Pro Hac Vice*)
Attorneys for Plaintiffs

STIPULATED MOTION TO DISMISS AND
ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT VIAD CORP, ONLY - 2
USDC WD WA/SEA NO. No. 2:17-cv-00537-JLR

GARDNER TRABOLSI & ASSOCIATES PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318