UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, et al.,<br><br>      Plaintiffs,<br> v.<br><br>BORG-WARNER MORSE TEC, LLC et al.,<br><br>      Defendants. | CASE NO. C17-0537JLR<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY EXHIBIT LIMITATION |

  Before the court is Leslie Jack and David Jack's (collectively, "Plaintiffs") Motion for Modification of Exhibit Limitation, Equal Application Thereto, and Offer of Proof. (Mot. (Dkt. # 703).) Defendants Ford Motor Company and DCo, LLC (f/k/a Dana Companies, LLC) oppose Plaintiffs' motion. (Ford Resp. (Dkt. # 705); DCo Resp. (Dkt. # 710).)

  Having considered the motion and Defendants' responses, the court GRANTS Plaintiffs' motion to modify its exhibit list to include those exhibits listed in Exhibit 1 to

ORDER - 1

Thomas J. Breen's declaration in support of Plaintiffs' motion. (*See* Breen Decl. (Dkt. # 704) ¶ 9, Ex. 1.) The court makes no ruling on the authenticity or admissibility of the exhibits at this time. Defendants may designate additional exhibits responsive to Plaintiffs' new ones within six (6) days of the date of this order.

Dated this 20th day of September, 2018.

The Honorable James L. Robart
U.S. District Court Judge