UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, et al., | CASE NO. C17-0537JLR |
| Plaintiffs, | ORDER DIRECTING RESPONSE TO MOTION FOR RECONSIDERATION |
| v. | |
| BORG-WARNER MORSE TEC, LLC, et al., | |
| Defendants. | |

Before the court is Plaintiffs Leslie Jack and David Jack's (collectively, "Plaintiffs") motion for reconsideration of portions of the court's September 17, 2018, order on summary judgment motions. (Mot. (Dkt. # 714).) Pursuant to Local Rule LCR 7(h)(3), the court ORDERS Defendant Union Pacific Railroad ("Union Pacific") to respond to Plaintiffs' motion for reconsideration no later than Thursday, September 27, 2018. *See* Local Rules W.D. Wash. LCR 7(h)(3). Union Pacific shall file a responsive memorandum no longer than eight pages. Plaintiffs shall not file a reply. The court

DIRECTS the Clerk to re-note Plaintiffs' motion for reconsideration (Dkt. # 714) to September 27, 2018.

Dated this 24th day of September, 2018.

The Honorable James L. Robart
U.S. District Court Judge