HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LESLIE JACK, et al.,

           Plaintiffs,

v.

BORG-WARNER MORSE TEC LLC, et al.,

           Defendants.

CASE NO. C17-0537JLR

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable James L. Robart, United States District Court Judge.

The Court will allow the following attorneys to bring food, water, and soda into the courthouse for the jury trial scheduled to begin October 1, 2018, and expected to conclude on or around October 15, 2018:

For Plaintiffs:

    Thomas Breen
    Benjamin Adams
    Accompanying staff members

For Defendants:

    Richard Ross
    Gary Elliston
    Michael Madderra
    R. Thomas Radcliffe
    Michael Ricketts

MINUTE ORDER – 1

| | |
|---|---|
| 1 | Mahsa Tippins |
| 2 | Mark Fucile |
|   | Daniel Reising |
| 3 | Harry Johnson |
| 4 | Accompanying staff members |

DATED this 25th day of September, 2018.

                        WILLIAM M. McCOOL,
                        Clerk of the Court

                        By:  */s/ Ashleigh Drecktrah*
                              Deputy Clerk to the
                              Hon. James L. Robart

MINUTE ORDER – 2