HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, et al.,<br><br>                  Plaintiffs,<br><br>      v.<br><br>BORG-WARNER MORSE TEC LLC, et al.,<br><br>                  Defendants. | CASE NO. C17-0537JLR<br><br>AMENDED MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable James L. Robart, United States District Court Judge.

The Court will allow the following attorneys to bring food and liquids into the courthouse for the jury trial scheduled to begin October 1, 2018, and expected to conclude on or around October 15, 2018:

For Plaintiffs:

    Thomas Breen
    Benjamin Adams
    Accompanying staff members

For Defendants:

    Richard Ross
    Gary Elliston
    Michael Madderra
    R. Thomas Radcliffe
    Michael Ricketts

Mahsa Tippins
Mark Fucile
Daniel Reising
Harry Johnson
Accompanying staff members

DATED this 26th day of September, 2018.

       WILLIAM M. McCOOL,
       Clerk of the Court

      By: /s/ Ashleigh Drecktrah
        Deputy Clerk to the
        Hon. James L. Robart

MINUTE ORDER – 2