UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE JACK, et al., | CASE NO. C17-0537JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| BORG-WARNER MORSE TEC, LLC, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received the verdict of the jury. (Jury Verdict (Dkt. # 791).) The jury reached a verdict on Plaintiffs Leslie Jack and David Jack's (collectively, "Plaintiffs") product liability design defect claims and product liability failure-to-warn claims, but did not reach a verdict on Plaintiffs' negligence claims. (*Id.* at 2.) The court therefore declares a MISTRIAL on Plaintiffs' negligence claims. *See California v. Altus*

*Fin. S.A.*, 540 F.3d 992, 1005 (9th Cir. 2008) ("If the answered verdict forms do not dispose of all the issues submitted to the jury, the court must either resubmit the unanswered verdicts to the same jury or declare a mistrial with respect to the unresolved issues.").

Filed and entered this 25th day of October, 2018.

            WILLIAM M. MCCOOL
            Clerk of Court

            s/ Ashleigh Drecktrah
            Deputy Clerk